# EXHIBIT A

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
Luce, Forward, Hamilton & Scripps LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

PETER K. HAHN, PARTNER
DIRECT DIAL NUMBER (619) 699-2585

DIRECT FAX: (619) 446-8243
E-MAIL: phahn@luce.com

July 20, 2005

17011-32

**VIA FACSIMILE AND MAIL CONFIRMATION**

Mr. Frederic W. Malek, CEO
TIG Global
5335 Wisconsin Avenue N.W., Suite 780
Washington, DC 20015

Re:   Marks:    **TECHNOLOGY INTEGRATION GROUP**
                **TIG**
      Subject:  Trademark Infringement

Dear Mr. Malek:

This firm is legal counsel to PC Specialists, Inc. ("PC Specialists"), a high-end provider of computer and web-related services, including computer system design, sales, installation, support, network management and control services; data warehousing; web site hosting and other web-related services. PC Specialists provides such services under the service marks TECHNOLOGY INTEGRATION GROUP and TIG, and has been doing so since at least 1994. Over the years, PC Specialists, Inc. has provided hundreds of millions of dollars worth of services in connection with these marks and has invested millions of dollars promoting these marks and the related goods and services. The TECHNOLOGY INTEGRATION GROUP and TIG marks are extremely well known in the industry.

The TECHNOLOGY INTEGRATION GROUP and TIG marks are registered with the United States Patent and Trademark Office as Registration Nos. 2,391,057 and 2,720,478. A copy of each of these registrations is enclosed. PC Specialists' registrations and extensive and exclusive use of the TECHNOLOGY INTEGRATION GROUP and TIG marks afford it the sole and exclusive right to utilize the marks and to authorize others to utilize them.

It has come to our client's attention that your company, Thayer Interaction Group, LLC. has begun using the mark "TIG Global" as its company name and as a service mark. Because these uses are on the Internet through the web site www.tigglobal.com, the use is national in scope. Obviously, your company's use of "TIG Global" is in connection with services which are the same or highly similar to the services provided by PC Specialists. All uses of the mark "TIG" or "TIG Global" as your company name, on advertisements, on the Internet, and as part of a domain name infringes the trademark rights of PC Specialists. Moreover, such uses place your company in direct competition with our client's own use of its marks, and will or has already caused confusion and possibly deception or mistake among customers.

In order to protect our client's valuable rights, we must demand on behalf of PC Specialists that your company immediately cease and desist from any further use of the mark "TIG", "TIG

CARMEL VALLEY DEL MAR   •   LOS ANGELES   •   SAN DIEGO   •   SAN FRANCISCO

Luce Forward et. al. 7/20/05 4:24   PAGE  3/7   RightFax

# LUCE FORWARD
ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Mr. Frederic W. Malek
July 20, 2005
Page 2

Global" or any other confusingly similar mark. Our initial investigation indicates that your infringement may have been inadvertent. Accordingly, PC Specialists, is willing to consider the matter closed without engaging in any further legal proceedings if, on or before July 30, 2005, you confirm to me in a letter each of the following:

(1) that your company will expressly abandon U.S. Trademark Application No. 78/480,995 for the mark TIG GLOBAL;

(2) that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto;

(3) that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto as a part of your company's name;

(4) that you and your company will remove all product(s) or literature bearing the infringing marks from all points of distribution and have the infringing marks removed where possible or in the alternative have the products and literature destroyed; and

(5) that your company will transfer ownership of the domain name registration for the "tigglobal.com" domain name to PC Specialists.

As indicated above, PC Specialists, is willing to defer pursuing legal action at this time. That being said, failure to fully and immediately comply with this letter will force PC Specialists to seek redress through the courts. Please be aware that your company's continued use of the mark after this date would be a basis for a court order awarding my client increased damages and recovery of attorneys fees and costs incurred in resolving this matter.

As you can appreciate, this is a matter of serious concern to our client. We hope you share PC Specialists' desire to resolve this matter quickly and without resorting to costly legal proceedings. We look forward to hearing from you as soon as possible in anticipation of an immediate resolution to this matter.

Sincerely,

Peter K. Hahn
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
PKH/tan
Enclosures
cc:   Ms. Peggy Loeffler (w/enclosure)
2083992.1

Luce Forward et. al. 7/20/05 4:24   PAGE   4/7   RightFax



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Luce Forward et. al. 7/20/05 4:24    PAGE    5/7    RightFax

Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

Reg. No. 2,391,057

**United States Patent and Trademark Office**   Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITATION BY EMPLOYEES AND SALES AGENTS IN THE FIELD OF COMPUTER SOFTWARE AND HARDWARE; ON-LINE RETAIL STORE SERVICES IN THE FIELD OF COMPUTER SOFTWARE AND HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

FOR: INSTALLATION OF COMPUTER SYSTEMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

FOR: COMPUTER SYSTEM DESIGN, AND TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLE SHOOTING OF COMPUTER HARDWARE AND SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Luce Forward et. al. 7/20/05 4:24   PAGE  6/7   RightFax



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Director of the United States Patent and Trademark Office

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,720,478
Registered June 3, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

### TIG

PC SPECIALISTS, INC. (CALIFORNIA CORPORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK INSTALLATION, SUPPORT AND MAINTENANCE SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

FOR: COMPUTER HARDWARE, SOFTWARE AND NETWORK INTEGRATION SERVICES; COMPUTER HARDWARE, SOFTWARE AND NETWORK DESIGN SERVICES; COMPUTER HARDWARE, SOFTWARE AND NETWORK MANAGEMENT AND CONTROL SERVICES; DATA WAREHOUSING; WEB SITE HOSTING SERVICES FOR OTHERS; COMPUTER SOFTWARE INSTALLATION, MAINTENANCE AND SUPPORT; COMPUTER HARDWARE AND NETWORK SUPPORT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY