CO-386-online
10/03

# United States District Court
# For the District of Columbia

THAYER INTERACTIVE GROUP LLC )
)
)  Plaintiff
vs
PC SPECIALISTS, INC.
)
)  Defendant

Civil Action No._____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Thayer Interactive Group LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Thayer Interactive Group LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

481691
BAR IDENTIFICATION NO.

Daniel H. Marti
Print Name

607 14th Street, NW
Address

Washington, DC  20005
City       State       Zip Code

202-508-5800
Phone Number