AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
# for the District of Columbia

**THAYER INTERACTIVE GROUP LLC**

                                     APPEARANCE

      vs

                           CASE NUMBER: 1:05CV01503 (JR)

**PC SPECIALISTS, INC.**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    **PC Specialists, Inc.**

| | |
|---|---|
| December 2, 2005 | /s/ Leslie M. Hill_ |
| Date | Signature |
| | |
| DC Bar #476008 | Leslie M. Hill |
| BAR IDENTIFICATION NO. | Print Name |
| | |
| | Arnold & Porter LLP |
| | 555 12th St., N.W._ |
| | Address |
| | |
| | Washington, D.C.  20004 |
| | City      State     Zip Code |
| | |
| | (202) 942-5000 |
| | Phone Number |