UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

    Plaintiff,

v.

PC SPECIALISTS, INC.,

    Defendant.

Civil Action No. 1:05CV01503 (JR)

### DECLARATION OF PAUL CORSINITA IN SUPPORT OF DEFENDANT PC SPECIALISTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

I, Paul Corsinita, declare and state as follows:

1. I am the General Manager of the La Jolla Marriott, located in San Diego County, California. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. As part of my duties as General Manager, I receive and review many publications which relate to the hospitality industry. Normally I do not read them as they come in, but instead review groups of them as time permits. When I find articles or other interesting information I sometimes forward the information to persons I think might also be interested.

3. I am generally familiar with the types of services provided by Technology Integration Group ("TIG"). TIG is headquartered in San Diego, California and is in the business of helping companies acquire, integrate and use computer systems, including web site related services.

4. In or around July 2005, I noted an advertisement in a magazine that identified "TIG Global" and the services that company provides. The name TIG Global, and the services

identified in the advertisement, were very close to the TIG name and services with which I am familiar. From the advertisement it was unclear to me if TIG Global was the same as or related to TIG locally. If it was not related, I thought the name was so strikingly similar to TIG's that it might cause confusion. Because of this, I forwarded the advertisement to Bruce Geier at TIG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of December, 2005 at La Jolla, California.

*Paul Corsinita*

2132993.2