# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

    Plaintiff,

v.

PC SPECIALISTS, INC.,

    Defendant.

Civil Action No. 1:05CV01503 (JR)

## DECLARATION OF PETER K. HAHN IN SUPPORT OF DEFENDANT PC SPECIALISTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

I, Peter K. Hahn, declare and state as follows:

1.    I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for Defendant PC Specialists, Inc., a California corporation doing business as Technology Integration Group (hereinafter, "TIG"), in the above-referenced matter. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Frederic W. Malek, Chief Executive Officer of TIG Global, on July 20, 2005.

3.    Attached hereto as Exhibit B is a true and correct copy of a letter from Sue Heilbronner, Executive Vice-President of Business Development of TIG Global, to Peggy Leffler (sic), Vice-President of TIG, dated August 2, 2005.

4.    Attached hereto as Exhibit C is a true and correct copy of a letter I sent to Mike Heilbronner, counsel for TIG Global, on October 27, 2005.

5.    Attached hereto as Exhibit D is a true and correct of a letter I received from Mike Heilbronner, counsel for TIG Global, dated October 31, 2005.

6.    Attached hereto as Exhibit E is a true and correct copy of the Complaint filed by PC Specialists, Inc. against Thayer Interactive Group LLC, in the United States District Court for the Southern District of California, Case No. 05-CV-2198 B(JMA), on December 1, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of December, 2005 at San Diego, California.



Peter K. Hahn

2133122.1

2

EXHIBIT A

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

600 West Broadway
Suite 2600
San Diego, CA 92101

619.236.1414
619.232.8311 fax
www.luce.com

PETER K. HAHN, PARTNER
DIRECT DIAL NUMBER (619) 699-2585

DIRECT FAX: (619) 446-8243
E-MAIL: phahn@luce.com

17011-32

July 20, 2005

## VIA FACSIMILE AND MAIL CONFIRMATION

Mr. Frederic W. Malek, CEO
TIG Global
5335 Wisconsin Avenue N.W., Suite 780
Washington, DC 20015

Re:     Marks:     **TECHNOLOGY INTEGRATION GROUP**
                   **TIG**

        Subject:   Trademark Infringement

Dear Mr. Malek:

This firm is legal counsel to PC Specialists, Inc. ("PC Specialists"), a high-end provider of computer and web-related services, including computer system design, sales, installation, support, network management and control services; data warehousing; web site hosting and other web-related services. PC Specialists provides such services under the service marks TECHNOLOGY INTEGRATION GROUP and TIG, and has been doing so since at least 1994. Over the years, PC Specialists, Inc. has provided hundreds of millions of dollars worth of services in connection with these marks and has invested millions of dollars promoting these marks and the related goods and services. The TECHNOLOGY INTEGRATION GROUP and TIG marks are extremely well known in the industry.

The TECHNOLOGY INTEGRATION GROUP and TIG marks are registered with the United States Patent and Trademark Office as Registration Nos. 2,391,057 and 2,720,478. A copy of each of these registrations is enclosed. PC Specialists' registrations and extensive and exclusive use of the TECHNOLOGY INTEGRATION GROUP and TIG marks afford it the sole and exclusive right to utilize the marks and to authorize others to utilize them.

It has come to our client's attention that your company, Thayer Interaction Group, LLC. has begun using the mark "TIG Global" as its company name and as a service mark. Because these uses are on the Internet through the web site www.tigglobal.com, the use is national in scope. Obviously, your company's use of "TIG Global" is in connection with services which are the same or highly similar to the services provided by PC Specialists. All uses of the mark "TIG" or "TIG Global" as your company name, on advertisements, on the Internet, and as part of a domain name infringes the trademark rights of PC Specialists. Moreover, such uses place your company in direct competition with our client's own use of its marks, and will or has already caused confusion and possibly deception or mistake among customers.

In order to protect our client's valuable rights, we must demand on behalf of PC Specialists that your company immediately cease and desist from any further use of the mark "TIG", "TIG

CARMEL VALLEY/DEL MAR   ·   LOS ANGELES   ·   SAN DIEGO   ·   SAN FRANCISCO

# LUCE FORWARD
ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Mr. Frederic W. Malek
July 20, 2005
Page 2

Global" or any other confusingly similar mark. Our initial investigation indicates that your infringement may have been inadvertent. Accordingly, PC Specialists, is willing to consider the matter closed without engaging in any further legal proceedings if, on or before July 30, 2005, you confirm to me in a letter each of the following:

(1)    that your company will expressly abandon U.S. Trademark Application No. 78/480,995 for the mark TIG GLOBAL;

(2)    that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto;

(3)    that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto as a part of your company's name;

(4)    that you and your company will remove all product(s) or literature bearing the infringing marks from all points of distribution and have the infringing marks removed where possible or in the alternative have the products and literature destroyed; and

(5)    that your company will transfer ownership of the domain name registration for the "tigglobal.com" domain name to PC Specialists.

As indicated above, PC Specialists, is willing to defer pursuing legal action at this time. That being said, failure to fully and immediately comply with this letter will force PC Specialists to seek redress through the courts. Please be aware that your company's continued use of the mark after this date would be a basis for a court order awarding my client increased damages and recovery of attorneys fees and costs incurred in resolving this matter.

As you can appreciate, this is a matter of serious concern to our client. We hope you share PC Specialists' desire to resolve this matter quickly and without resorting to costly legal proceedings. We look forward to hearing from you as soon as possible in anticipation of an immediate resolution to this matter.

Sincerely,

Peter K. Hahn
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
PKH/tan
Enclosures
cc:    Ms. Peggy Loeffler (w/enclosure)
2083992.1



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.

*Director of the United States Patent and Trademark Office*



Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

Reg. No. 2,391,057

# United States Patent and Trademark Office

Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

# TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORA-
TION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITA-
TION BY EMPLOYEES AND SALES AGENTS IN
THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, ON-LINE RETAIL STORE SERVICES
IN THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

FOR: COMPUTER SYSTEM DESIGN, AND TECH-
NICAL SUPPORT SERVICES, NAMELY, TROUBLE
SHOOTING OF COMPUTER HARDWARE AND
SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL
AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY



The United States of America

CERTIFICATE OF REGISTRATION
PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



Director of the United States Patent and Trademark Office



Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

Reg. No. 2,720,478

United States Patent and Trademark Office

Registered June 3, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

# TIG

PC SPECIALISTS, INC. (CALIFORNIA COR-
PORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK
INSTALLATION, SUPPORT AND MAINTENANCE
SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

FOR: COMPUTER HARDWARE, SOFTWARE
AND NETWORK INTEGRATION SERVICES; COM-
PUTER HARDWARE, SOFTWARE AND NETWORK
DESIGN SERVICES; COMPUTER HARDWARE,

SOFTWARE AND NETWORK MANAGEMENT
AND CONTROL SERVICES; DATA WAREHOUS-
ING; WEB SITE HOSTING SERVICES FOR OTHERS;
COMPUTER SOFTWARE INSTALLATION, MAIN-
TENANCE AND SUPPORT; COMPUTER HARD-
WARE, AND NETWORK SUPPORT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY

EXHIBIT B



TIC
Global

3335 Wisconsin Ave., NW
Suite 780
Washington, DC 20016
tel: 202.465.5900
fax: 202.465.5950
www.TIGglobal.com

August 2, 2005

By Facsimile: (858) 566-8794
Peggy Leffler
Vice President
Technology Integration Group
7810 Trade Street
San Diego, CA 92121

Dear Ms. Leffler,

Thanks so much for your time last week and the discussion with me and our CEO, Fred Malek, about the trademark issues. As we discussed, we feel that our businesses and target audiences are quite distinct, which we believe should enable an amicable resolution.

You said when we spoke on Friday, July 29th, that you intended to get back with us by phone sometime this week to continue the conversation. We look forward to hearing from you at your next convenience.

Sincerely,

Sue Heilbronner
EVP Business Development

Cc:    Fred Malek
       Peter Hahn, Esq.
       Mike Heilbronner, Esq.

EXHIBIT C

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873

Luce, Forward, Hamilton & Scripps LLP

600 West Broadway
Suite 2600
San Diego CA 92101
619 236 1414
619 232 8311 Fax
www.luce.com

DIRECT FAX: (619) 446-8243
E-MAIL: phahn@luce.com

17011-32

PETER K. HAHN, PARTNER
DIRECT DIAL NUMBER (619) 699-2585

October 27, 2005

## VIA FACSIMILE AND MAIL CONFIRMATION

Mike Heilbronner, Esq.
TIG Global
5335 Wisconsin Avenue N.W., Suite 780
Washington, DC 20015

Re:     Marks:     **TECHNOLOGY INTEGRATION GROUP**
                    **TIG**

        Subject:    Trademark Infringement

Dear Mr. Heilbronner:

As you are aware, this firm is legal counsel to PC Specialists, Inc. ("PC Specialists"). We are in receipt of Ms. Heilbronner's facsimile correspondence of September 28, 2005 wherein she enclosed a copy of prior correspondence to Ms. Peggy Loeffler of Technology Integration Group/PC Specialists. In that letter Ms Heilbronner asserts that she and Ms. Loeffler agreed that the companies' respective businesses were "quite distinct" and that an amicable resolution should therefore be possible.

First, I was a little surprised that Ms. Heilbronner contacted my client directly instead of working through legal counsel. In the future, please ask your client to address all issues relating to this matter to me through you.

As for the July 29, 2005 conversation, Ms. Loeffler's recollection is not in agreement with the position taken by Ms. Heilbronner. According to Ms. Loeffler, they discussed why your client's use of TIG and TIG GLOBAL is likely to cause confusion in the marketplace. Specifically, it appears both companies provide the same services to the same class of customers. This is unacceptable.

As previously discussed, PC Specialists' has United States Trademark Registrations for the marks TECHNOLOGY INTEGRATION GROUP and TIG. These marks have been used for many years in connection with the sales of hundreds of millions of dollars of goods and services. These marks have also been promoted heavily in millions of dollars of advertising and marketing each year. Given the extensive use, the marks are very well known in the computer industry. PC

LUCE FORWARD
ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

Mike Heilbronner, Esq.
October 27, 2005
Page 2

Specialists' registrations and widespread use afford it the sole and exclusive right to utilize the marks and to authorize others to utilize them.

Your client, Thayer Interactive Group, LLC. ("Thayer") recently began using the mark "TIG Global" as its company name and as a service mark. Thayer's use of "TIG Global" is in connection with services which are the same as services provided by PC Specialists causing a high likelihood of confusion. Thayer's uses of the marks "TIG" and/or "TIG Global" clearly infringe the trademark rights of PC Specialists.

While we appreciate Thayer's desire to continue to use the TIG mark, we continue our demand that that Thayer must immediately cease and desist from any further use of the mark "TIG", "TIG Global" or any other mark or designation which is confusingly similar to either of these marks.

PC Specialists, is willing to consider the matter closed without engaging in any further legal proceedings if you immediately confirm in a letter to me each of the following:

(1)    that Thayer will expressly abandon U.S. Trademark Application No. 78/480,995 for the mark TIG GLOBAL;

(2)    that Thayer will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto;

(3)    that Thayer will discontinue all uses of "TIG", "TIG Global" and any other term confusingly similar thereto as a part of your company's name;

(4)    that Thayer will remove all product(s) or literature bearing the infringing marks from all points of distribution and have the infringing marks removed where possible or in the alternative have the products and literature destroyed; and

(5)    that Thayer will transfer ownership of the registration for the "tigglobal.com" domain name to PC Specialists.

As indicated previously, failure to fully and immediately comply with this letter will force PC Specialists to seek redress through the courts. Please be aware that your company's continued use of the mark after this date would be a basis for a court order which includes not only an injunction prohibiting further use, but also an award of increased damages and recovery of attorneys fees and costs incurred in resolving this matter.

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873

Luce, Forward, Hamilton & Scripps LLP

Mike Heilbronner, Esq.
October 27, 2005
Page 3

We look forward to hearing from you as soon as possible regarding how Thayer intends to proceed in this matter.

Sincerely,

Peter K. Hahn
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
PKH/tan

Enclosures
cc:    Ms. Peggy Loeffler

211181311.1

EXHIBIT D

**IDEA LEGAL**[®]

3527 NE 15th No. 162, Portland, OR 97212 · T 503 449 9084 · F 503 914 0301 · www.idea-Legal.com

## FAX COVER SHEET

**DATE:** October 31, 2005

**FROM:** Mike Heilbronner
President
IdeaLegal, P.C.

**TO:** Peter K Hahn
LUCE FORWARD

**Fax No.:** 619 446 8243

**PAGES (incl. cover sheet):** 3

## COMMENTS

RECEIVED

OCT 31 2005

LFH&S/PKH

**I D E A L E G A L"**

2627 NE 13th Rd., Portland, OR 97212 T 503.449.9084 F 503.914.0301 www.IdeaLegal.com

RECEIVED

OCT 31 2005

LFH&S/PKH

**By Facsimile:** (619) 446-8243

October 31, 2005

Peter K. Hahn
Luce Forward
600 West Broadway
Suite 2600
San Diego, CA 92101

Re: Trademark Dispute Involving TIG Global, Inc.

Dear Mr. Hahn:

This is in response to your letter of October 27, 2005. The primary purpose of this letter is to address various inaccuracies and misapprehensions in your letter. TIG Global will respond to the underlying substantive allegations and demands this week.

First, your letter was intended for me, but you faxed and mailed it to the address of my client, TIG Global, Inc. in Washington, D.C. As I told you during our phone call of July 22, 2005, I am a lawyer in Portland, Oregon, and I work for IdeaLegal, P.C. In the future, please direct all communications to me as set forth below or, as appropriate in the future, to other designated counsel of TIG Global, Inc.

Michael Heilbronner
IdeaLegal, P.C.
121 SW Morrison; Suite 1020
Portland, OR 97204
Ph. 503.449.9084
Fax. 503.914.0301
MHeilbronner@IdeaLegal.com

Please do not use the address on this letterhead.

Next, Ms. Heilbronner is not a practicing lawyer, and she did not contact your client in a capacity as counsel for TIG Global, Inc. While you express surprise that Ms. Heilbronner contacted your client directly, that communication raised no ethical or other impropriety. More importantly, your client apparently was not surprised or put off by Ms. Heilbronner's direct communication. On the contrary, your client returned Ms. Heilbronner's phone message and voluntarily participated in a pre-arranged conference

EXHIBIT 2

Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

Reg. No. 2,391,057

## United States Patent and Trademark Office

Registered Oct. 3, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORA-
TION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITA-
TION BY EMPLOYEES AND SALES AGENTS IN
THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE; ON-LINE RETAIL STORE SERVICES
IN THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: COMPUTER SYSTEM DESIGN, AND TECH-
NICAL SUPPORT SERVICES, NAMELY, TROUBLE
SHOOTING OF COMPUTER HARDWARE AND
SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL
AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

EXHIBIT 2

PAGE 1 OF 1

EXHIBIT 3



EXHIBIT 3 OF 3

PAGE 1

 

Home | About Uwhois | Premium Services | Free Software | Contact Us | Legal

Uwhois.com    Search:

To identify the registered holder of a domain name, enter the domain name, followed by either .com, .net .org, or one of the 246 country code suffixes in the entry box above and click the go button.



### Search multiple Generic and Country Code Top Level Domains

[whois.godaddy.com]
The data contained in Go Daddy Software, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.



Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.



Registrant:
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States



```
Registered through: GoDaddy.com
Domain Name: TIGGLOBAL.COM
    Created on: 23-Aug-04
    Expires on: 23-Aug-06
    Last Updated on: 22-Aug-05

Administrative Contact:
    Malek, Fred   kbradshaw@thayerinteractive.com
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States
    2024653928          Fax --
Technical Contact:
    Malek, Fred   kbradshaw@thayerinteractive.com
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States
    2024653928          Fax --

Domain servers in listed order:
    NS3.DIGINETUSA.NET
    NS2.DIGINETUSA.NET
[whois.crsnic.net]

Whois Server Version 1.3

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: TIGGLOBAL.COM
    Registrar: GO DADDY SOFTWARE, INC.
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS3.DIGINETUSA.NET
    Name Server: NS2.DIGINETUSA.NET
    Status: REGISTRAR-LOCK
    Updated Date: 30-aug-2005
    Creation Date: 23-aug-2004
    Expiration Date: 23-aug-2006
```

EXHIBIT 3
PAGE 2 OF 3

>>> Last update of whois database: Thu, 1 Dec 2005 02:29:58 EST <<<
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, ena

Uwhois Inc. does not gurantee the accuracy of the above information which is supplied by third parties to whom all rights belong.

EXHIBIT 3
PAGE 3 OF 3

EXHIBIT 4

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 26 of 80



| About Us | | | |
|---|---|---|---|
| What Clients are Saying... | News | Executive Management | Awards |
| Advisory Board | | | Employment |



home > about us



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

We are Hoteliers by Trade.



TIG GLOBAL'S
**DESTINATION 1**
High-Powered
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

## Proven And Successful Online Marketing For Hotels

TIG Global is the thought leader in providing consultative, turnkey web presence management and online marketing for hotels. TIG Global raises online visibility, drives direct Internet revenue, and delivers unrivaled ROI in the travel industry.

**TIG Global knows the dynamic Internet market.** We continually incorporate the most current Internet marketing and e-advertising techniques into our customized solutions to maximize your hotel's web presence. Choose us as your partner for:

- Website Design & Development
- Website Maintenance
- Search Engine Optimization
- Pay-Per-Click Marketing
- Strategic Linking
- E-mail Marketing
- Strategic Reporting & Analysis
- Consultative Account Management

**TIG Global increases ROI and maximizes incremental online revenue.** We deliver travel consumers directly to your property's individual website or branded-site's property page, allowing your hotel to build relationships with customers and increase margins in the growing Internet space. We saturate the online travel universe with your hotel's marquee and evaluate and adjust various technical elements of your website to ensure your site is positioned at the top of customers' online search results.

## Customized Solutions For Hotel Online Marketing

**TIG Global works for you, and is there for you.** Our proactive account management philosophy is founded on our understanding that building and maintaining influence on the Internet is a full-time job. Successfully optimizing your hotel's online revenue requires extensive technological skill and constant monitoring. We administer all aspects of your Internet marketing efforts, eliminating the expense of internal staff and alleviating turnover. Outsource the full scope of your web presence management to TIG Global, and enjoy a maximized flow of Internet revenue and an influx of customers with minimal effort for your property and staff.

EXHIBIT __4__
PAGE __2__ OF __56__    11/14/2005

**TIG Global is for hoteliers, by hoteliers.** Created by hotel leaders, and joined by experts that represent the best in the industry, TIG Global combines more than 100 years of collective hospitality, marketing, advertising, and Internet experience. Our multi-faceted industry knowledge has helped us achieve a client base that comprises more than 350 hotels and resorts, ranging from independent hotels to branded and franchised hotels, operating in over 60 markets throughout the United States, Europe, and the Caribbean. There is little question that TIG Global has the largest, most prestigious client base in the industry. Each new client gains the benefits of this unrivaled industry knowledge and unparalleled negotiating power in participation with national web marketing programs.

Maximize your Internet revenue. Boost your RevPAR. Lower your customer acquisition costs. Entrust your property's web presence to TIG Global and watch your market share multiply with our unique and customized hotel online marketing.

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___

PAGE __3__ OF __56__

11/14/2005

http://www.tigglobal.com/dsp_thoughtleaders.cfm



**About Us**

| What Clients are Saying... | News | Executive Management | Awards |
| Advisory Board | | | Employment |

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > about us > what clients are saying...

**Margo Feist, of Ponderosa Management**

says "We are thrilled not only by the increase in direct online bookings, but also the offline business being generated by our website and our Internet marketing partnership with TIG Global. Our properties' reservation agents have reported that they are seeing a significant increase of call-in and walk-in guests who said they found us through our website, which was designed and is proactively managed by TIG Global."

"Our return on investment in Thayer's program has been absolutely incredible," said **Gail Isono, general manager of The Huntington Hotel in San Francisco, California.**

"The company's proactive efforts have allowed us to reach an entirely new high-end customer segment, resulting in tremendous incremental growth. Last month alone, we received more than $41,500 in direct online bookings, and our results continue to trend steadily upward."



**High-Powered**
Destination Marketing That Drives Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

Learn More About Us    Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___

PAGE __4__ OF __56__





| | | About Us |
|---|---|---|
| What Clients are Saying... | News | Awards |
| Advisory Board | Executive Management | Employment |

Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > about us > news

We are Hoteliers by Trade.



TIG Global's DESTINATION 1

High-Powered
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**TIG Global Newswire:**

**July 2005 Issue** *read more...*

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

**September 7, 2005** – WASHINGTON, DC

TIG Global to Exhibit at International Hotel Conference in Monaco
**read more...**

**August 24, 2005** – OREM, Utah

Omniture Enables TIG Global to Enhance Reporting Performance
Metrics
**read more...**

**July 28, 2005** – WASHINGTON, DC

CVBs, DMOs Win Online with TIG Global's Launch of 'Destination 1'
Internet Marketing Program
**read more...**

**July 1, 2005** – OREM, Utah

Omniture Expands Web Analytics Market Leadership in Airline and
Travel Industry
**read more...**

**June 13, 2005** – WASHINGTON, DC

"TECHWORKING" - TIG Global featured in the Washington Post
**read more...**

**June 3, 2005** – WASHINGTON, DC

KAYAK.com And TIG Global Announce Preferred Marketing Partnership
**read more...**

**May 11, 2005** – WASHINGTON, DC

TIG Global's New RFP Tracking & Reporting Captures More Meetings
and Group Business for Hotel Clients
**read more...**

**March 21, 2005** – WASHINGTON, DC

EXHIBIT 4

PAGE 5 OF 56

New 'TIG Global Guarantee' Makes Internet Marketing a Must for Hoteliers
**read more...**

**March 8, 2005** – WASHINGTON, DC

TIG Global Has Been Selected by Sunstone Hotel Investors as Exclusive Internet Marketing Partner
**read more...**

**February 23, 2005** – WASHINGTON, DC

TIG Global Announces Executive Promotions to Propel Strategic Growth
**read more...**

**February 10, 2005** – WASHINGTON, DC

TIG Global Expands Account Management Division and Continues to Deliver the Highest Level of Interactive Marketing Services in Hospitality
**read more...**

**January 6, 2005** – MCLEAN, VA

TIG Global, HSMAI Publish First-Ever Distribution Strategy Guide for Hotel Industry
**read more...**

**January 3, 2005** – WASHINGTON, D.C.

TIG Global Guiding Internet Presence Close To 50 New Hotel Clients in Fourth Quarter 2004
**read more...**

**November 30, 2004** – HOTEL INTERACTIVE

"A Web Site Makeover" – TIG Global's Case Study on our Sheraton Atlanta client.
**read more...**

**October 14, 2004** – WASHINGTON, D.C.

"Thayer Interactive Group, LLC," announced the launch of its new name, "TIG Global" (www.TIGglobal.com).
**read more...**

**September 29, 2004** – WASHINGTON, D.C.

Thayer Interactive Group, LLC, announced the completion of its major hiring initiative of senior hospitality and Internet executives

EXHIBIT 4

PAGE 6 OF 56

**Learn More About Us**

Hotel Marketing Companies & Website Management Firms - TIG Global - Hospitality Marketing & Adv... Page 3 of 4

read more...

**May 10, 2004** – WASHINGTON, D.C.

Thayer Interactive Group's Independent Clients Quadruple Industry's Year-Over-Year Online Revenue Growth TIG's Non-Branded Portfolio Achieves 104% Growth in March 2004 v. March 2003
**read more...**

**March 15, 2004** – NEW YORK, N.Y.

Thayer Interactive Group Receives High Honors for Web Marketing Excellence at the HSMAI Adrian Awards Show TIG Presented with Three Distinguished Awards for Hotel Website Design
**read more...**

**February 2, 2004** – WASHINGTON, D.C.

Thayer Interactive Group Announces Significant Investment in Client Success TIG Seeks Senior Hospitality Executives to Manage Relationship and Channel Education
**read more...**

**August 20, 2003** – WASHINGTON, D.C.

Thayer Interactive Group Is Selected By Driftwood Hospitality To Provide Comprehensive Internet Marketing Services TIG's Full-Service Offering Combines High Level of Client Support and Proven Results
**read more...**

**June 3, 2003** – WASHINGTON, D.C.

Thayer Interactive Group's Clients Outperform All Industry Benchmarks For First Quarter 2003 Online Revenue. TIG's Clients Achieve 98% Internet Revenue Growth v. 3.6% GDS Growth
**read more...**

**May 5, 2003** – SUNNY ISLES, Fla.

Ocean Point Beach Resort and Spa Selects Thayer Interactive Group To Provide Comprehensive Internet Marketing Services. Boykin-Managed Resort Chooses TIG to Increase Internet Bookings, Online Visibility
**read more...**

**April 2, 2003** – WASHINGTON, D.C.

Thayer Interactive Group Selected By Quorum Hotels And Resorts To Provide Full-Service Internet Marketing. Unique Service Generating an Average of $1 Million in Incremental Revenue per Hotel
**read more...**

EXHIBIT  4

PAGE  7  OF  56

**December 13, 2002** – WASHI..  ..ON, D.C.

Thayer Interactive Group Is Named By Lend Lease To Provide Internet
Marketing For Select Hotel Assets
**read more...**

**October 2, 2002** – WASHINGTON, D.C.

Thayer Interactive Group Proves Internet Marketing Concept To Hotel
Industry, Rolls Out Program To Dramatically Increase Properties' Online
Revenue.
Unique Service Generating $1 Million or More in Incremental Revenue
per Hotel
**read more...**

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__
PAGE __8__ OF __56__



About Us

What Clients are Saying... | News | Awards
Advisory Board | Executive Management | Employment

### Accolades For Our Innovative And Leading Edge Hotel Website Design

### TIG Global Receives High Honors for Web Marketing Excellence at the HSMAI Adrian Awards Show

*TIG Global Presented with Three Distinguished Awards for Hotel Website Design*

NEW YORK, NY – March 15, 2004 – Thayer Interactive Group (TIG Global) was recognized with three distinguished awards for web marketing excellence and travel website design by the Hospitality Sales & Marketing Association International (HSMAI). The awards were handed out as part of the 2003 HSMAI Adrian Awards Competition in New York City, which attracted more than 1,500 entries from 50 countries.

### TIG Global Is Named By Lend Lease To Provide Internet Marketing For Select Hotel Assets

WASHINGTON, D.C., December 13, 2002 – Thayer Interactive Group (TIG Global), a unique, online hospitality marketing firm, announced today that it has signed an agreement with Lend Lease, a leading global real estate investment group, to provide Internet marketing services to select hotel assets of its portfolio. TIG offers the industry's first and only comprehensive suite of online marketing services designed to administer all aspects of individually managed hotel websites; bypass excessive fees charged by third-party travel sites; drive incremental revenue; and maximize RevPAR with minimal effort required at the property level.

### Qualified Google Advertising Professional

Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.

**Yahoo Search Marketing Ambassador**

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > about us > awards

**High-Powered**
Destination Marketing That Drives Value Online

>> **CLICK HERE** FOR DETAILS

### News:

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**



EXHIBIT __
PAGE 9 OF 56

**YAHOO!** SEARCH MARKETING

**AMBASSADOR**

Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

*Driving Revenue. Direct.*

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__

PAGE __10__ OF __56__

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 35 of 80



home > about us > advisory board

## About Us

| What Clients are Saying... | News | Awards |
| Advisory Board | Executive Management | Employment |

### The Leading Advisors Among Hospitality Sales And Marketing Associations

### Leland Pillsbury

Mr. Pillsbury is Chairman and Chief Executive Officer of Thayer Lodging Group. Under Mr. Pillsbury's direction, Thayer Lodging Group grew from one hotel in 1991 to the present 23 hotels, which represent 6,000 rooms and a valuation of $2 billion. Thayer Lodging's hotels have drawn interest and capital from well-known institutional investment groups such as Wells Fargo, Citigroup Travelers, GE Pension Trust and Boeing Pension Fund, as well as several renowned offshore investors.

Previously, Mr. Pillsbury served Marriott Hotels in a variety of capacities, including Executive Vice President and Corporate Officer. Mr. Pillsbury holds a B.A. from the Cornell School of Hotel Administration and an M.B.A. from Northwestern University's J.L. Kellogg Graduate School of Management. He currently serves as a Council Member at Cornell University; as a Dean's Advisory Board Member at the Kellogg School of Management; and as a director and investor in several privately held firms.

### Frederic V. Malek

Mr. Malek is the Founder and Chairman of Thayer Capital Partners. Thayer Capital is a private equity investment firm based in Washington, D.C. Since its inception in June 1996, Thayer has invested in 19 portfolio companies, providing total revenue in excess of $3 billion, and has completed more than 50 transactions exceeding $2 billion.

Prior to founding Thayer Capital, Mr. Malek co-founded Thayer Lodging Group; served as President of Marriott Hotels and Resorts for eight years, during which time profits quadrupled; co-led the buyout of Northwest Airlines and served as its President and Vice Chairman; led the buyout of Coldwell Banker Commercial Group and acquisition of the Ritz-Carlton Hotel Company; and participated in the acquisition and ownership of the Texas Rangers baseball team.

Mr. Malek has also enjoyed a distinguished career in public service. He served as Special Assistant to President Nixon and as Deputy Director of the Office of Management and Budget from 1970 to 1974. He also served President Bush as Director of the Republican Convention in 1988; Ambassador and Director of the Economic Summit of Industrialized Nations in 1990; and Presidential Campaign Manager in 1992. Mr. Malek holds a B.S. degree from the U.S. Military Academy and an M.B.A. from Harvard Business School, and served his country in

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info





>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

EXHIBIT A
PAGE 11 OF 56

Vietnam.

**Thomas Kammerer**

Mr. Kammerer has served Thayer Lodging Group since its creation, currently acting as Senior Managing Director of Operations and Strategic Initiatives. Mr. Kammerer's oversight and leadership have been key to the growth of Thayer Lodging Group's assets and performance premiums relative to the hotel sales and marketing industry.

Previously, he was associated with several hotel companies for 20 years – including Loews Hotels, Radisson Plaza Hotels and several independent properties – and served as former Director of the Annapolis CVB. Mr. Kammerer attended the University of Maryland. He assisted in the development of the local chapter of the March of Dimes, and remains active in fundraising for The American Heart Association.

*Driving Revenue. Direct.*

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_board.cfm

11/14/2005

EXHIBIT 4
PAGE 12 OF 56

Hotel Sales & Marketing - TIG Global ˜Interactive Hospitality Sales & Marketin˜ Firms

Page 1 of 1

home > about us > executive management

**About Us**

| | |
|---|---|
| What Clients are Saying... | News | Awards |
| Advisory Board | Executive Management | Employment |

**Frederic W. Malek** — Chief Executive Officer & Co-Founder

**Trip Schneck** — President & Co-Founder

**Sue Heilbronner** — Executive Vice President of Marketing and Business Development

**John B. Tunney** — Executive Vice President of Finance and Administration

**Paul Peddrick** — Senior Vice President of Strategic Accounts & Chief Creative Consultant

**Doug Broujos** — Senior Vice President of Client Services

**Matt Heller** — Vice President, Technology

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

We are Hoteliers by trade.

TIG GLOBAL'S
**DESTINATION 1**
**High-Powered**
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**Learn More About Us**  Click here

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___
PAGE __13__ OF _56_

11/14/2005

http://www.tigglobal.com/dsp_exec.cfm

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 38 of 80

home > about us > employment

**About Us**

| What Clients are Saying... | News | Executive Management | Awards |
| Advisory Board | | | Employment |



*We are Hoteliers by Trade.*

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

**High-Powered**
Destination Marketing That Drives
Value Online
>> CLICK HERE FOR DETAILS

**News:**

**October 6, 2005 –** WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

**Learn More About Us**  Click here

## Experience The Cutting Edge Of Online Hotel Advertising

TIG Global is a dynamic, fast-growing company that specializes in interactive hotel advertising and Internet marketing for the travel industry. We are looking to attract high-energy, savvy professionals who desire the opportunity to make an impact every day in their jobs. Join the proven leader in hospitality industry marketing and website management – where you'll find a lively, energized working environment, competitive salaries, exceptional benefits, and a fun, friendly atmosphere. TIG Global rewards full-time, permanent team members for their dedication and hard work by providing the following benefits:

* Medical and dental insurance
* Short term disability
* Life and accidental death and dismemberment insurance
* Paid holidays and time off
* 401(k) plan
* Flexible spending programs

If you are looking for an exciting and rewarding career, click on our current job openings below:

* VP of Strategic Client Relationships
* Director of Strategic Client Relationships
* Client Services Manager
* Web Marketing Analyst/Media Buyer
* Web Producer

## Our Internship Program For Hospitality Industry Marketing

TIG Global's Internship Program is designed to provide college students or recent college graduates with the opportunity to learn about Internet marketing in the hospitality industry. Interns will actively participate in a variety of business processes and general marketing tactics in order to support our current hotel clients and sales prospects. Our interns support the needs of our Sales, Client Services, and Web Marketing Analysts teams. We are looking for interns throughout the year, and our program can be adapted to fit your schedule. For more information, or to send us your cover letter and resume, please email internships@TIGglobal.com

EXHIBIT  4
PAGE  14  OF  56

11/14/2005

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__

PAGE __15__ OF __56__

11/14/2005

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 40 of 80



Home > integrated marketing > web design & development

Do you know how to convert online lookers to bookers?

TIG Global Knows.

| Integrated Internet Marketing | | |
|---|---|---|
| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

**About Us**
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

## A Proven Leader In Hotel Website Development

Customers want current, useful information presented in an exciting way. Search engines prioritize sites that are optimized for the various, ever-changing search engine algorithms. At TIG Global, we balance those critical, synergistic components to get qualified traffic to your site and move visitors to the booking engine.

We work with you to create a vibrant hotel web design that reflects the unique features of your property and location. We also continue to keep your site fresh by adapting to shifting consumer trends, and easily implementing these changes through our state-of-the-art web hosting system. Turn to TIG Global for your hotel website management to capture more than your share of the rapidly growing online travel market.

## Hotel Web Design & Development

To drive online revenue, your hotel website or property page must deliver timely information in a format that is both engaging and fully optimized for natural search. TIG Global specializes in high-impact hotel website development. We help grab Internet consumers with strong design elements and high-tech functionality, including FLASH animations and movies. We allow you to generate maximum conversion with integrated "calls to action," including prominent reservation buttons and onsite banner ads. These features help promote packages that invite the user to check rates and availability through a variety of options. Rely on us to evaluate your website's visual content and persuasive architecture, as well as to identify your hotel's unique specials and promotional opportunities. We will work with you to develop the perfect design plan for your new site.

Click here to learn more about TIG Global

Learn More About Us  [Click here]

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_design.cfm

11/14/2005

EXHIBIT 4

PAGE 16 OF 56



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

**About Us**
**Integrated Marketing**
**Account Management**
**Analysis & Reporting**
**Client Successes**
**Contact Info**

home > integrated marketing > web maintenance

Do you know how to convert online lookers to bookers?

TIG Global Knows.

### Comprehensive Hotel Website Management

Online success requires ongoing review and enhancement of your Internet presence to adapt to the dynamic online market. Our hotel website management service is your key in drawing and retaining customers, with continual website analysis and optimization that is in line with technological updates, consumer behavioral changes, and search engine spiders. Our interactive marketing services include complete reporting and examination of visitor performance, and rapid turnaround on all website alterations and new promotions.

### Interactive Marketing Services For Hotels

We are proactive in leveraging the lessons learned from strategic reports and then implementing those lessons in constant revisions and improvements to your web presence. For our clients, our full-service comprehensive management means no unexpected invoices or monitoring of billable hours and hourly caps on service. We have designed our hotel interactive marketing programs in this manner to ensure that our interests are fully aligned with the clients we serve; and that as partners, we are charging toward a common goal. Choose us as your hotel website management firm, and we will be dedicated to providing specific Internet solutions that help you stay ahead of your competitors and increase your online market share.

Click here to learn more about TIG Global

Learn More About Us  Click here

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ____4____

PAGE 17 OF 56



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

Home > integrated marketing > search engine optimization

Do you know how to
make your hotel #1 on Google?

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

TIG Global Knows.

**Case Study:**

Attract and capture Washington, D.C. area market competition

Decrease reliance on third-parties to lower customer-acquisition costs

*Strategy and Outcome...*

## Unrivaled Results Among Search Engine Optimization Companies

As more than 50% of the Internet population uses search engines to look for and book travel online, strong positioning for critical keyword strings on the search engines is crucial for driving qualified new traffic to your website. To win customers, your website needs to meet them where they shop. Depend on our proven search engine optimization services for the hospitality industry, and we will drive highly qualified Internet shoppers to your website, increasing occupancy and revenue.

## Content And Search Engine Optimization Services

Content optimization is vital in securing excellent positioning in search engines. Search engines work by using mathematical algorithms to "crawl," or analyze, website content to determine site rankings. Since search engine algorithms continuously change and evolve, we consistently evaluate and modify your website's content, copy, and architecture to maintain maximum search engine visibility. Count on our proven content optimization formula of success to drive the greatest number of qualified visitors to your website.

## Website Submission

Securing optimized directory listings and maintaining your website's presence in crawler-based search engine databases is critical for driving qualified shoppers. Premier listings on top search engines require initial submissions and then periodic updates to alert the engine of new changes to your website. We manage this process for you by hand-submitting your website to all national and international search engine directories. Turn to the leading hotel search engine optimization company to analyze and monitor your website's placement results, and also to ensure that your website remains at the top of user searches.

Click here to learn more about TIG Global

Learn More About Us   Click here

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                    Privacy Policy | Terms and Conditions

http://www.tigglobal.com/dsp_seo.cfm                    11/14/2005

EXHIBIT 4
PAGE 19 OF 56

Page 2 of 2

Hospitality Search Engine Optimizatic" Services & Companies - TIG Global - H--·l SEO Firm



EXHIBIT __4__

PAGE __19__ OF __56__

11/14/2005

http://www.tigglobal.com/dsp_seo.cfm



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing > pay per click marketing

Do you know how to leverage your unique demand drivers online?

**TIG Global Knows.**

**Case Study:**

Increase demand during seasonal downtime

Drive incremental room revenue and increase online sales contribution

*Strategy and Outcome...*

### Strategic Search Engine Marketing For Hotels

Pay-per-click campaigns are highly tactical, extremely cost-effective programs for targeting qualified traffic and delivering them to your hotel's website. Pay-per-click marketing helps gain maximum exposure on search engines through strategic bid placement for top listings. Rely on TIG Global - the leading hotel search engine marketing company- for complete management of your pay-per-click advertising. Our company leverages 300 to 600 prioritized keyword strings and engages in active, strategic keyword bidding with the top two PPC brokerage firms, Google AdWords and Yahoo! Search, as well as other search engine advertising programs. With our constant attention we ensure maximum results.

Think of pay-per-click marketing as an ongoing auction of specific search phrases and keywords used by travel consumers. This efficient program follows the "pay-for-performance" model, meaning that you only pay for the ad placement when a qualified travel customer clicks through to your site. Begin driving massive amounts of qualified traffic to your website through our aggressive pay-per-click advertising services today - and let our industry relationships provide you the lowest pricing for prominent positioning.

Click here to learn more about TIG Global

QUALIFIED
Google
ADVERTISING
PROFESSIONAL

Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.

YAHOO! SEARCH MARKETING
AMBASSADOR

The Yahoo! Search Marketing Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

Learn More About Us    Click here

EXHIBIT    4
PAGE  20  OF  56

Driving Revenue. Direct.

Hotel Search Engine Marketing Comp⁻ ⁻ ⁻ es & PPC Pay Per Click Advertising S⁻⁻⁻ces - TIG Global

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___

PAGE _21_ OF _56_

11/14/2005



**TIG Global**

home > integrated marketing > strategic linking

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Do you know how to drive qualified visitors to your site?

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Full-Service Hospitality Website Marketing

Proper placement in the most appropriate online travel channels is imperative to maximize qualified traffic to your website. TIG Global researches, identifies, negotiates, and executes free and paid advertising and other local media placements to maximize traffic yield to your website. Take advantage of our results-driven mentality and full-service hospitality website marketing to ensure prominent positioning in the most cost-effective venues.

By leveraging our vast client portfolio, we are able to pass on substantial negotiated cost savings to our clients. Rely on us to drive additional customers to your website by linking it to key local businesses and organizations in order to increase your website's visibility and improve your overall search engine positioning. At every turn in the process, TIG Global focuses on direct cost per acquisition of new online customers, and bases marketing decisions around quantifiable leads versus elusive impressions or page views. In addition, our hotel website marketing team will develop copy and creative graphical elements to place on partner sites to drive potential consumers to your website. We saturate the local online community with your hotel's "sign" to increase traffic flow, while staying fully focused on the ROI of every placement.

### Results-Driven Hotel Website Marketing

Choose us to pursue strategic reciprocal and non-reciprocal link opportunities to deliver you maximum online coverage. Strategically linking your website is an ongoing, labor-intensive process that we provide, along with detailed performance feedback to educate you throughout the process. With our monthly acquisition reports, we will keep you updated on your website's bottom-line performance. Let us drive traffic to your website with our strategic linking program, and we will help you achieve top-line results.

Click here to learn more about TIG Global

**TIG Global Knows.**

**Case Study:**

Capitalize on numerous area demand generators by creating heightened online presence

Target meeting planners to promote newly built executive meeting center

*Strategy and Outcome...*

Learn More About Us  Click here

EXHIBIT ___4___
PAGE __22__ OF __56__

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

http://www.tigglobal.com/dsp_strategic.cfm    11/14/2005

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__
PAGE __23__ OF __56__

home > integrated marketing > email marketing

Do you know how to capture more than your fair share of the market?

## TIG Global Knows.

**Case Study:**

Increase demand during Seasonal downtime

Drive incremental room revenue and increase online sales contribution

*Strategy and Outcome...*

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

### Integrated Internet Marketing

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info



## Email Marketing

### Tap Into More Customers With The Premier Email Marketing Company

TIG Global is the leading provider of Internet marketing services for hotels. Our experience has taught us that email marketing services can be an effective tool to reach more customers more often. Our turnkey services add "push" to your existing marketing "pull" to reduce communication costs and maximize conversion. Through our targeted email capture system, we effectively identify and deliver your message to key customers and stakeholders. We then routinely "push" the collected email addresses to your property's database in order to target online potential guests, and vice-versa for exported data from your database to TIG Global's email dissemination list. We also perform all database management for incoming email addresses, including de-duping and scrubbing of past and future guests. The result: an increase in qualified website traffic and higher online revenue. TIG Global's email marketing services for hotels include:

* Ongoing management and maintenance of clients' email databases

* Legally compliant, permission-based email capture

* Development and execution of creative email template design

* Monthly email or newsletter distribution

* Flexible delivery to meet changing client needs

### Proactive, Consultative Email Marketing Services

As part of our integrated marketing services, TIG Global works directly with clients to develop monthly email blasts based on hotel packages, seasonal demands, and area events. Since aesthetic creativity is essential to capture consumer attention, we use intelligent, stylish designs that reflect the unique look and feel of each property in order to effectively communicate messages. Naturally, all TIG Global email blasts are legally compliant, providing the required opt-out method for recipients. We also provide detailed reporting on clickthroughs, user behaviors, and conversions for every email campaign. The analysis is supplied to you in monthly report summaries. Through our proactive email campaigns, TIG Global extends your opportunities to deliver direct messages to key customers and stakeholders, thereby improving

EXHIBIT

PAGE 24 OF 56

communications, yielding higher ...ebsite traffic, and increasing online bookings and conversion rates.

We help you manage the resources that bring more customers to your site.

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT 4
PAGE 25 OF 56

## Analysis & Reporting

home > analysis and reporting

### Detailed, Customized Hotel Marketing Plans

**Revenue Tracking:** Unlike traditional hotel advertising campaigns, online marketing is 100% statistically measurable. TIG Global uses a sophisticated, proprietary data analysis system to measure the effectiveness and performance of your website and all partner sites where your hotel is marketed. Let us analyze web traffic and behavior statistics, and respond to the ever-changing needs of your online customers with a customized hotel marketing plan. We continually gain insight into how customers are using your website, in order to ensure effective response to market changes. Generate significant return on investment for all online advertising dollars through our integrated tracking and analysis system.

It's easy to stay informed about your website performance through our customized hotel marketing strategies and reporting services. We provide monthly and quarterly online activity summary reports with analyses of web traffic, behavior statistics, conversion data, direct revenue, and cross-sell revenue. Our reports also include a personalized analysis of your ROI and a detailed examination of your marketing program statistics. Rely on our reporting and analysis as integral parts of your overall Internet management and customer-relationship strategy.

### Effective Online Hotel Marketing Strategies

**RFP Tracking:** To help meet your monthly goals, TIG Global provides monthly RFP reports. These reports summarize all individual and group inquiries submitted through the RFP capture mechanism on your website, which drives meeting planners and consumers to book group events. Obtain maximum value from every potential revenue opportunity, and monitor the status and conversion of each lead with our RFP tracking system.

Click here to learn more about TIG Global



---

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Do you know how to spend $1 and get $10 back?

## TIG Global Knows.

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management Appointments
**read more...**

Learn More About Us  Click here

Driving Revenue. Direct.

© 2005 TIG Global

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

http://www.tigglobal.com/dsp_analysis.cfm    11/14/2005

EXHIBIT  4
PAGE  26  OF  56

## Account Management



**About Us**
**Integrated Marketing**
**Account Management**
**Analysis & Reporting**
**Client Successes**
**Contact Info**

home > account management

Do you know how to be positive in the dynamic internet space?

## TIG Global Knows.

### Elevate Your Online Visibility With Personalized Hospitality Marketing Consulting

With our consultative approach and premier service, our full-time hotel marketing consultants will maximize your Internet potential. When you work with TIG Global, our experienced Account Managers ensure an aggressive and sustained online marketing effort that delivers new customers and increased revenue at lower acquisition costs. At TIG Global, our relationship with you comes first, and we pride ourselves in delivering the highest level of personalized service in the industry. Our team will work to raise online visibility for your property and drive substantial incremental online bookings direct to your website. Let us be your Internet marketing partners and manage your web presence.

### Successful Services And Dedicated Hotel Marketing Consultants

At TIG Global, your success in growing your online revenues is our driving force. Allow us to develop and execute your annual online marketing strategy, including an in-depth market analysis of your online positioning among your competitors. We also employ a sophisticated tracking and reporting system, known as Omniture, to provide feedback on all marketing initiatives to optimize your campaign. TIG Global will work closely with you to meet your property's unique online web presence and marketing needs. We are dedicated to capturing substantial incremental demand and delivering direct online revenue to our clients.

Partner with TIG Global to take advantage of field-tested best practices that integrate seamlessly into your hotel's operations. Our hospitality marketing consulting team will welcome you into our portfolio of successful clients.

Click here to learn more about TIG Global

**Learn More About Us** Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                    Privacy Policy | Terms and Conditions

EXHIBIT __4__

PAGE __21__ OF __56__

http://www.tigglobal.com/dsp_accountmgmnt.cfm                    11/14/2005

Case 1:05-cv-01503-JP    Document 4-3    Filed 12/02/2005    Page 52 of 80

## Contact Information

**TIG Global**

Phone: 202.465.3900
Fax: 202.465.3950

info@tigglobal.com

5335 Wisconsin Ave., NW
Suite 780
Washington, DC 20015

Directions to TIG Global

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > contact information

Learn More About Us    Click here

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__
PAGE _28_ OF _56_



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > integrated marketing

Do you know how to capture more than your fair share of the market?

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

## An Integrated, Turnkey Solution To Travel Website Marketing

Online bookings will represent as much as 25% of all hotel bookings by the year 2006. In this web-enabled environment, you can't afford to ignore the role the Internet will play in attracting visitors and delivering a significant return on investment. But in order to maximize your web potential, it's critical that your hotel's Internet presence be an extension of your marketing plan and branding identity. What's more, you need a comprehensive, turnkey and proactive strategy for e-business. That's where TIG Global excels. As the leading travel website company, we have the expertise to bring together vital components that cohesively blend web content and technology to enhance your web presence and drive traffic to your hotel. If you're looking to increase conversion and maximize online marketing ROI for your hotel, take advantage of TIG Global's comprehensive suite of travel website marketing promotion and interactive services, including:

* Website Design & Development
* Website Maintenance
* Search Engine Optimization
* Pay-Per-Click Marketing
* Strategic Linking
* E-mail Marketing
* Analysis & Reporting
* Account Management

## TIG Global Knows.

**Case Study:**

Increase top-line revenue and improve online sales contribution

Enhance asset awareness and RevPAR against better known branded competitive set

*Strategy and Outcome...*

## Strategic Thinking From The Leading Travel Website Company

TIG Global's strategic approach ensures that each component plays an essential, integrated role in driving maximum Internet value and direct revenue to hotels. Because we value client relationships, we work closely with you to provide comprehensive consultation concerning every aspect of your hotel's website. We develop an overall strategy, keeping in mind your core marketing and financial goals. By carefully integrating a property group's marketing plan and branding strategy with an e-business strategy, we create the strongest possible web presence. Our philosophy has consistently earned us the respect of the most prestigious hotel and management groups. Choose TIG Global – the premier travel website company – as your Internet marketing partner and utilize our integrated service offering to advance your market share.

EXHIBIT 4

PAGE 29 OF 56

*Driving Revenue. Direct.*

Click here to learn more about ... Global

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__

PAGE __30__ OF __56__



TIG Global

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Home > Integrated marketing > web design & development

Do you know how to convert online lookers to bookers?

TIG Global Knows.

Learn More About Us   Click here

### A Proven Leader In Hotel Website Development

Customers want current, useful information presented in an exciting way. Search engines prioritize sites that are optimized for the various, ever-changing search engine algorithms. At TIG Global, we balance those critical, synergistic components to get qualified traffic to your site and move visitors to the booking engine.

We work with you to create a vibrant hotel web design that reflects the unique features of your property and location. We also continue to keep your site fresh by adapting to shifting consumer trends, and easily implementing these changes through our state-of-the-art web hosting system. Turn to TIG Global for your hotel website management to capture more than your share of the rapidly growing online travel market.

### Hotel Web Design & Development

To drive online revenue, your hotel website or property page must deliver timely information in a format that is both engaging and fully optimized for natural search. TIG Global specializes in high-impact hotel website development. We help grab Internet consumers with strong design elements and high-tech functionality, including FLASH animations and movies. We allow you to generate maximum conversion with integrated "calls to action," including prominent reservation buttons and onsite banner ads. These features help promote packages that invite the user to check rates and availability through a variety of options. Rely on us to evaluate your website's visual content and persuasive architecture, as well as to identify your hotel's unique specials and promotional opportunities. We will work with you to develop the perfect design plan for your new site.

Click here to learn more about TIG Global

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_design.cfm

11/14/2005

EXHIBIT 4
PAGE 31 OF 56

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

home > integrated marketing > pay per click marketing

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Do you know how to leverage your unique demand drivers online?

### Strategic Search Engine Marketing For Hotels

Pay-per-click campaigns are highly tactical, extremely cost-effective programs for targeting qualified traffic and delivering them to your hotel's website. Pay-per-click marketing helps gain maximum exposure on search engines through strategic bid placement for top listings. Rely on TIG Global – the leading hotel search engine marketing company– for complete management of your pay-per-click advertising. Our company leverages 300 to 600 prioritized keyword strings and engages in active, strategic keyword bidding with the top two PPC brokerage firms, Google AdWords and Yahoo! Search, as well as other search engine advertising programs. With our constant attention we ensure maximum results.

Think of pay-per-click marketing as an ongoing auction of specific search phrases and keywords used by travel consumers. This efficient program follows the "pay-for-performance" model, meaning that you only pay for the ad placement when a qualified travel customer clicks through to your site. Begin driving massive amounts of qualified traffic to your website through our aggressive pay-per-click advertising services today – and let our industry relationships provide you the lowest pricing for prominent positioning.

Click here to learn more about TIG Global

### TIG Global Knows.

**Case Study:**

Increase demand during seasonal downtime

Drive incremental room revenue and increase online sales contribution

***Strategy and Outcome...***

QUALIFIED
Google
ADVERTISING
PROFESSIONAL

Google Advertising Professionals are online marketing professionals, agencies, and other individuals - such as search engine marketers (SEMs), search engine optimizers (SEOs), and marketing consultants - who currently manage or want to manage AdWords accounts. They must sign up for the program successfully and have an active AdWords account. Qualified professionals go to extra lengths to attain this status, including passing our exam which demonstrates their in-depth knowledge of AdWords.



YAHOO! SEARCH MARKETING
AMBASSADOR

The Yahoo! Search Marketing Ambassador Program was specifically developed to help search engine marketers (SEMs), agencies drive targeted sales leads to their clients through Sponsored Search and Local Sponsored Search.

EXHIBIT 4

PAGE 32 OF 56

Driving Revenue. Direct.

Learn More About Us    Click here

Hotel Search Engine Marketing Companies & PPC Pay Per Click Advertising Services - TIG Global

Page 2 of 2

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT 4
PAGE 33 OF 56



## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
|---|---|---|
| Website Maintenance | Search Engine Optimization | Email Marketing |

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Home > integrated marketing > strategic linking

Do you know how to drive qualified visitors to your site?

### TIG Global Knows.

**Case Study:**

Capitalize on numerous area demand generators by creating heightened online presence

Target meeting planners to promote newly built executive meeting center

**Strategy and Outcome...**

Learn More About Us   Click here

### Full-Service Hospitality Website Marketing

Proper placement in the most appropriate online travel channels is imperative to maximize qualified traffic to your website. TIG Global researches, identifies, negotiates, and executes free and paid advertising and other local media placements to maximize traffic yield to your website. Take advantage of our results-driven mentality and full-service hospitality website marketing to ensure prominent positioning in the most cost-effective venues.

By leveraging our vast client portfolio, we are able to pass on substantial negotiated cost savings to our clients. Rely on us to drive additional customers to your website by linking it to key local businesses and organizations in order to increase your website's visibility and improve your overall search engine positioning. At every turn in the process, TIG Global focuses on direct cost per acquisition of new online customers, and bases marketing decisions around quantifiable leads versus elusive impressions or page views. In addition, our hotel website marketing team will develop copy and creative graphical elements to place on partner sites to drive potential consumers to your website. We saturate the local online community with your hotel's "sign" to increase traffic flow, while staying fully focused on the ROI of every placement.

### Results-Driven Hotel Website Marketing

Choose us to pursue strategic reciprocal and non-reciprocal link opportunities to deliver you maximum online coverage. Strategically linking your website is an ongoing, labor-intensive process that we provide, along with detailed performance feedback to educate you throughout the process. With our monthly acquisition reports, we will keep you updated on your website's bottom-line performance. Let us drive traffic to your website with our strategic linking program, and we will help you achieve top-line results.

Click here to learn more about TIG Global

EXHIBIT ___4___
PAGE __34__ OF __54__

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

http://www.tigglobal.com/dsp_strategic.cfm                    11/14/2005

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__

PAGE __35__ OF __56__

11/14/2005

# Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |



About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Home > Integrated marketing > web maintenance

Do you know how to convert online lookers to bookers?

TIG Global Knows.

## Comprehensive Hotel Website Management

Online success requires ongoing review and enhancement of your Internet presence to adapt to the dynamic online market. Our hotel website management service is your key in drawing and retaining customers, with continual website analysis and optimization that is in line with technological updates, consumer behavioral changes, and search engine spiders. Our interactive marketing services include complete reporting and examination of visitor performance, and rapid turnaround on all website alterations and new promotions.

## Interactive Marketing Services For Hotels

We are proactive in leveraging the lessons learned from strategic reports and then implementing those lessons in constant revisions and improvements to your web presence. For our clients, our full-service comprehensive management means no unexpected invoices or monitoring of billable hours and hourly caps on service. We have designed our hotel interactive marketing programs in this manner to ensure that our interests are fully aligned with the clients we serve; and that as partners, we are charging toward a common goal. Choose us as your hotel website management firm, and we will be dedicated to providing specific Internet solutions that help you stay ahead of your competitors and increase your online market share.

Click here to learn more about TIG Global

**Driving Revenue. Direct.**

Learn More About Us   Click here

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___

PAGE _36_ OF _56_

## Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

Home > integrated marketing > search engine optimization

Do you know how to make your hotel #1 on Google?

### TIG Global Knows.

**Case Study:**

Attract and capture Washington, D.C. area market competition

Decrease reliance on third-parties to lower customer-acquisition costs

*Strategy and Outcome...*

Learn More About Us   Click here



### Unrivaled Results Among Search Engine Optimization Companies

As more than 50% of the Internet population uses search engines to look for and book travel online, strong positioning for critical keyword strings on the search engines is crucial for driving qualified new traffic to your website. To win customers, your website needs to meet them where they shop. Depend on our proven search engine optimization services for the hospitality industry, and we will drive highly qualified Internet shoppers to your website, increasing occupancy and revenue.

### Content And Search Engine Optimization Services

Content optimization is vital in securing excellent positioning in search engines. Search engines work by using mathematical algorithms to "crawl," or analyze, website content to determine site rankings. Since search engine algorithms continuously change and evolve, we consistently evaluate and modify your website's content, copy, and architecture to maintain maximum search engine visibility. Count on our proven content optimization formula of success to drive the greatest number of qualified visitors to your website.

### Website Submission

Securing optimized directory listings and maintaining your website's presence in crawler-based search engine databases is critical for driving qualified shoppers. Premier listings on top search engines require initial submissions and then periodic updates to alert the engine of new changes to your website. We manage this process for you by hand-submitting your website to all national and international search engine directories. Turn to the leading hotel search engine optimization company to analyze and monitor your website's placement results, and also to ensure that your website remains at the top of user searches.

Click here to learn more about TIG Global

*Driving Revenue. Direct.*

EXHIBIT 4
PAGE 37 OF 56

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global                                    Privacy Policy | Terms and Conditions

http://www.tigglobal.com/dsp_seo.cfm                                    11/14/2005

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 62 of 80

Hospitality Search Engine Optimization Services & Companies - TIG Global - Hotel SEO Firm

EXHIBIT ___4___
PAGE _38_ OF _56_



11/14/2005

http://www.tigglobal.com/dsp_seo.cfm



home > integrated marketing > email marketing

Do you know how to
capture more than your fair
share of the market?

## TIG Global Knows.

**Case Study:**

Increase demand during Seasonal downtime

Drive incremental room revenue and increase
online sales contribution

**Strategy and Outcome...**

### About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

### Integrated Internet Marketing

| Website Design | Pay-Per-Click Marketing | Strategic Linking |
| Website Maintenance | Search Engine Optimization | Email Marketing |

## Email Marketing

### Tap Into More Customers With The Premier Email Marketing Company

TIG Global is the leading provider of Internet marketing services for hotels. Our experience has taught us that email marketing services can be an effective tool to reach more customers more often. Our turnkey services add "push" to your existing marketing "pull" to reduce communication costs and maximize conversion. Through our targeted email capture system, we effectively identify and deliver your message to key customers and stakeholders. We then routinely "push" the collected email addresses to your property's database in order to target online potential guests, and vice-versa for exported data from your database to TIG Global's email dissemination list. We also perform all database management for incoming email addresses, including de-duping and scrubbing of past and future guests. The result: an increase in qualified website traffic and higher online revenue. TIG Global's email marketing services for hotels include:

* Ongoing management and maintenance of clients' email databases
* Legally compliant, permission-based email capture
* Development and execution of creative email template design
* Monthly email or newsletter distribution
* Flexible delivery to meet changing client needs

### Proactive, Consultative Email Marketing Services

As part of our integrated marketing services, TIG Global works directly with clients to develop monthly email blasts based on hotel packages, seasonal demands, and area events. Since aesthetic creativity is essential to capture consumer attention, we use intelligent, stylish designs that reflect the unique look and feel of each property in order to effectively communicate messages. Naturally, all TIG Global email blasts are legally compliant, providing the required opt-out method for recipients. We also provide detailed reporting on clickthroughs, user behaviors, and conversions for every email campaign. The analysis is supplied to you in monthly report summaries. Through our proactive email campaigns, TIG Global extends your opportunities to deliver direct messages to key customers and stakeholders, thereby improving

EXHIBIT 4
PAGE 39 of 51

Hospitality Email Marketing Companies - TIG Global - Hotel Email Marketing Services

Page 2 of 2

communications, yielding higher ...bsite traffic, and increasing online bookings and conversion rates.

We help you manage the resources that bring more customers to your site.

Click here to learn more about TIG Global

Driving Revenue. Direct.

Learn More About Us

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT 4
PAGE 40 OF 56

## Account Management



home > account management

Do you know how to be proactive in the dynamic internet space?

**TIG Global Knows.**

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

### Elevate Your Online Visibility With Personalized Hospitality Marketing Consulting

With our consultative approach and premier service, our full-time hotel marketing consultants will maximize your Internet potential. When you work with TIG Global, our experienced Account Managers ensure an aggressive and sustained online marketing effort that delivers new customers and increased revenue at lower acquisition costs. At TIG Global, our relationship with you comes first, and we pride ourselves in delivering the highest level of personalized service in the industry. Our team will work to raise online visibility for your property and drive substantial incremental online bookings direct to your website. Let us be your Internet marketing partners and manage your web presence.

### Successful Services And Dedicated Hotel Marketing Consultants

At TIG Global, your success in growing your online revenues is our driving force. Allow us to develop and execute your annual online marketing strategy, including an in-depth market analysis of your online positioning among your competitors. We also employ a sophisticated tracking and reporting system, known as Omniture, to provide feedback on all marketing initiatives to optimize your campaign. TIG Global will work closely with you to meet your property's unique online web presence and marketing needs. We are dedicated to capturing substantial incremental demand and delivering direct online revenue to our clients.

Partner with TIG Global to take advantage of field-tested best practices that integrate seamlessly into your hotel's operations. Our hospitality marketing consulting team will welcome you into our portfolio of successful clients.

Click here to learn more about TIG Global

Learn More About Us  Click here

*Driving Revenue. Direct.*

EXHIBIT 4
PAGE 41 OF 56

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_accountmgmnt.cfm                    11/14/2005



## Analysis & Reporting

**About Us**
**Integrated Marketing**
**Account Management**
**Analysis & Reporting**
**Client Successes**
**Contact Info**

home > analysis and reporting

Do you know how to
spend $1 and get $10 back?

## TIG Global Knows.

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

### Detailed, Customized Hotel Marketing Plans

**Revenue Tracking:** Unlike traditional hotel advertising campaigns, online marketing is 100% statistically measurable. TIG Global uses a sophisticated, proprietary data analysis system to measure the effectiveness and performance of your website and all partner sites where your hotel is marketed. Let us analyze web traffic and behavior statistics, and respond to the ever-changing needs of your online customers with a customized hotel marketing plan. We continually gain insight into how customers are using your website, in order to ensure effective response to market changes. Generate significant return on investment for all online advertising dollars through our integrated tracking and analysis system.

It's easy to stay informed about your website performance through our customized hotel marketing strategies and reporting services. We provide monthly and quarterly online activity summary reports with analyses of web traffic, behavior statistics, conversion data, direct revenue, and cross-sell revenue. Our reports also include a personalized analysis of your ROI and a detailed examination of your marketing program statistics. Rely on our reporting and analysis as integral parts of your overall Internet management and customer-relationship strategy.

### Effective Online Hotel Marketing Strategies

**RFP Tracking:** To help meet your monthly goals, TIG Global provides monthly RFP reports. These reports summarize all individual and group inquiries submitted through the RFP capture mechanism on your website, which drives meeting planners and consumers to book group events. Obtain maximum value from every potential revenue opportunity, and monitor the status and conversion of each lead with our RFP tracking system.

Click here to learn more about TIG Global

**Learn More About Us** Click here

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_analysis.cfm                    11/14/2005

EXHIBIT 4

PAGE 42 OF 56

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 67 of 80

## Client Successes

About Us
Integrated Marketing
Account Management
Analysis & Reporting
Client Successes
Contact Info

home > client successes

Do you know how to
capture more than your fair
share of the market?

TIG Global Knows.

**News:**

**October 6, 2005** – WASHINGTON, DC

TIG Global Announces New Senior Management
Appointments
**read more...**

### Pioneering Successful Hotel Internet Marketing Strategies

TIG Global stands tall as the industry leader, providing unique hotel Internet marketing ideas to more than 350 of the world's most prestigious hotels and property management companies. We offer the ideal mix of consulting, technology, and hotel Internet marketing strategy, all with a laser focus on raising online visibility for our property clients. We were responsible for driving nearly $150 million in client property bookings during 2004 alone. Here are several examples of how TIG Global used successful hotel Internet marketing strategies to increase revenue for our clients:

**Client Profile #1** - Baltimore, MD - <u>View Case</u>

* Enhance asset awareness and RevPAR against better known branded competitive set
* Generate group interest for the more than 30,000 square feet of meeting space set to open in 2005
* Improve profitability through decreased reliance on high-cost third-parties
* Increase top-line revenue and improve online sales contribution
* <u>Strategy and Outcome</u>

**Client Profile #2** - Atlanta, GA - <u>View Case</u>

* Increase number of meeting RFPs generated from the website
* Capitalize on proximity to local demand generators to capture corporate and leisure-transient business
* Overcome poor reputation of property prior to the new flag change
* Drive incremental room revenue and increase online sales contribution
* Lower customer-acquisition costs through decreased reliance on third-parties
* <u>Strategy and Outcome</u>

**Client Profile #3** - American South West - <u>View Case</u>

* Capitalize on area demand generators to capture leisure-transient and mid-week corporate business
* Increase demand during seasonal downtime
* Decrease reliance on third-parties to lower customer-acquisition costs
* Drive incremental room revenue and increase online sales contribution
* <u>Strategy and Outcome</u>

EXHIBIT 4
PAGE 43 OF 56    11/4/2005

**Client Profile #4** - Boston, MA - View Case

* Enhance asset awareness of superior rooms and location attributes

* Increase number of wedding and meeting RFPs generated from the website

* Increase RevPAR against branded competitive set

* Improve profitability through an increased online sales contribution

* Strategy and Outcome

**Client Profile #5** - Bethesda, MD - View Case

* Attract and capture Washington, D.C. area market competition

* Enhance asset awareness and RevPAR against competitive set

* Drive incremental room revenue and increase online sales contribution

* Decrease reliance on third-parties to lower customer-acquisition costs

* Strategy and Outcome

**Client Profile #6** - Richmond, VA - View Case

* Capitalize on numerous area demand generators by creating heightened online presence

* Target meeting planners to promote newly built executive meeting center

* Maintain market share despite new supply located in close proximity to major demand

* Gain online market share and RevPAR

* Lower customer-acquisition costs through decreased reliance on third-parties

* Strategy and Outcome

Click here to learn more about TIG Global

Learn More About Us

*Driving Revenue. Direct.*

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

http://www.tigglobal.com/dsp_clientsuccess.cfm

EXHIBIT 4

PAGE 44 OF 56

11/14/2005

## Case Studies

Back to Previous Page



home > client success > case studies

## Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

### Client Profile #1

Two independent all-suite hotels centrally located in downtown Baltimore. Together these hotels offer 360 spacious suites, two restaurants, two lounges, a health club facility, and spectacular event space.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

* Enhance asset awareness and RevPAR against better known branded competitive set

* Generate group interest for the more than 30,000 square feet of meeting space set to open in 2005

* Improve profitability through decreased reliance on high-cost third-parties

* Increase top-line revenue and improve online sales contribution

**THE STRATEGY:**

Client hired TIG Global in mid-2003 to develop and execute an aggressive online strategy to tap into the various demand generators in Baltimore area market. A key component of the program included saturation of online media to ensure prominent placements for the property in all major destination guides on the local, regional, and national level. TIG Global also focused its marketing efforts on all the top search engines, to capture leisure customers looking for luxury accommodations in the downtown area, and meeting and social planners looking to hold events in Baltimore.

**THE RESULTS:**

Within the first year of consistent online marketing effort the properties:

* Tripled their online revenue, resulting in almost $700,000 booked direct online through the website

* Realized significant movement in their RevPAR Indexes and substantial market-share growth

* Collected more than 50 RFPs for a potential

EXHIBIT 4

PAGE 45 OF 56

Back to Previous Page

**Driving Revenue. Direct.**

total of over 1,500 room-nights

* Received more than 150,000 total visitors, with one of every two site visitors clicking through to check rates and availability

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___

PAGE __46__ OF __56__

11/14/2005

http://www.tigglobal.com/dsp_sub_case1.cfm

## Case Studies

Back to Previous Page



### Client Profile #2

Centrally located hotel in the heart of downtown Atlanta, this renovated 765-room hotel boasts an award-winning design, and offers 45,000 square feet of meeting space.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

* Increase number of meeting RFPs generated from the website

* Capitalize on proximity to local demand generators to capture corporate and leisure-transient business

* Overcome poor reputation of property prior to the new flag change

* Drive incremental room revenue and increase online sales contribution

* Lower customer-acquisition costs through decreased reliance on third-parties

**THE STRATEGY:**

Client hired TIG Global in mid-2003 to improve its web presence and increase its direct online revenue. TIG Global designed and developed a new customized website to showcase the unique boutique feel of the property. TIG Global performed extensive research of the Atlanta market and identified numerous local demand generators for the hotel. In tandem, TIG Global utilized its partnerships with local, regional, and national travel sites to ensure prominent placement for the property in all major destination guides. TIG Global launched an aggressive marketing campaign on all the top search engines to place the property in front of meeting and social planners looking to hold events in Atlanta, and leisure customers looking for accommodations in the downtown area.

**THE RESULTS:**

During a six-month interval of consistent online marketing the hotel:

* Generated more than 125 RFPs from the site, resulting in more than 3,000 room-night leads

## Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

home > client success > case studies

EXHIBIT  4
PAGE  47  OF  56

11/14/2005

Hotel Internet Marketing Strategies & Client Successes - TIG Global - Hotel Internet Marketing Ideas & ...    Page 2 of 2

Back to Previous Page

**Driving Revenue. Direct.**

* increased its direct online revenue significantly, booking over $170,000 through its website (totaling $340,000 on an annualized basis)

* Received more than 80,000 total visitors, with 27% of the site visitors clicking through to check rates and availability

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT 4
PAGE 48 OF 56

11/14/2005

http://www.tigglobal.com/dsp_sub_case2.cfm

## Case Studies

Back to Previous Page

home > client success > case studies



### Client Profile #3

A portal site designed for four economy-priced hotels in the American Southwest. These award-winning economy hotels cater to both mid-week corporate business and weekend leisure travelers.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

✳ Capitalize on area demand generators to capture leisure-transient and mid-week corporate business

✳ Increase demand during seasonal downtime

✳ Decrease reliance on third-parties to lower customer-acquisition costs

✳ Drive incremental room revenue and increase online sales contribution

**THE STRATEGY:**

Client hired TIG Global in mid-2003 to gain market share by capturing the demand in the Southwest region. TIG Global designed and developed a portal website to market the unique aspects of each hotel, as well as its respective markets. TIG Global researched the area markets and identified numerous local and national travel sites to partner with as part of its aggressive reciprocal linking strategy. Pay-per-click bidding on over 400 keywords and the creation of the optimized portal site were used as additional online marketing strategies to garner market share and increase online revenue. TIG Global also created and executed a targeted email marketing campaign to deliver qualified visitors to the site.

**THE RESULTS:**

During the first year of consistent online marketing the properties:

✳ Increased their online revenue significantly, booking almost $300,000 in direct online revenue through the website

✳ Received more than 100,000 total visitors, with 37% of the site visitors clicking through to

## Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

EXHIBIT   4
PAGE  49  OF  56

Back to Previous Page

*Driving Revenue. Direct.*

check rates and availability

✳ Collected almost 1,400 email addresses of visitors interested in receiving promotional email campaigns

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__
PAGE __50__ OF __56__

11/14/2005

http://www.tigglobal.com/dsp_sub_case3.cfm

EXHIBIT 4

PAGE 51 OF 56

11/14/2005



## Case Studies

Back to Previous Page

home > client success > case studies

### Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6



### Client Profile #4

A 230-room luxury hotel located on the harbor in Boston, MA. Guest rooms offer magnificent views of the scenic harbor or the breathtaking skyline, and 15,000 square feet of meeting space can accommodate groups of 500 as gracefully as a private luncheon for 20.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

* Enhance asset awareness of superior rooms and location attributes
* Increase number of wedding and meeting RFPs generated from the website
* Increase RevPAR against branded competitive set
* Improve profitability through an increased online sales contribution

**THE STRATEGY:**

Client hired TIG Global in late-2002 to gain a stronger online presence and increase asset awareness. TIG Global launched and executed an aggressive Internet marketing campaign to achieve prominent search engine positioning and capture its fair share of the online market. TIG Global placed the property in front of leisure consumers actively searching for luxury accommodations in Boston's financial district and harbor area, as well as meeting and social planners looking for event venues in the city. TIG Global used Boston area demand generators to saturate the online media through placements in all major destination guides on the local, regional, and national level.

**THE RESULTS:**

After a year of consistent Internet marketing the hotel:

* More than doubled its YOY online revenue
* Generated more than $850,000 direct online revenue booked through its website
* Received over 135 RFPs for a potential of more than 3,000 room nights
* Captured over 250,000 total visitors, with more

Back to Previous Page

*Driving Revenue. Direct.*

... 65,000 site visitors clicking through to check rates and availability

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT 4

PAGE 52 OF 56

**Case Studies**

Back to Previous Page

home > client success > case studies

**Case Studies**

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

### Client Profile #5



A mid-scale, limited-service, all-suite branded hotel located in the center of Bethesda, MD, a popular feeder market for price-conscious Washington, D.C. travelers. The property boasts more than 4,500 square feet of meeting space and close proximity to the Bethesda Metro station, which provides easy transportation to D.C. and northern Virginia attractions and landmarks.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

* Attract and capture Washington, D.C. area market competition

* Enhance asset awareness and RevPAR against competitive set

* Drive incremental room revenue and increase online sales contribution

* Decrease reliance on third-parties to lower customer acquisition costs

**THE STRATEGY:**

Client hired TIG Global in June 2002 to capture market share and increase its online sales contribution. TIG Global team designed a customized website to highlight the property's unique attributes and optimized its content to achieve maximum search engine positioning. TIG Global conducted extensive market and competitive-set research in order to develop and execute comprehensive Internet marketing strategy, including prominent positioning on the major local and national travel sites. The online marketing campaign is targeted to reach a wide variety of consumer types including leisure travelers, extended-stay customers, group business, and meeting planners.

**THE RESULTS:**

During a year of consistent online marketing effort the client:

* Realized significant movement in its RevPAR Indexes

* Increased its online revenue by booking almost

EXHIBIT  4
PAGE  53  OF  56

11/14/2005

Driving Revenue. Direct.

Back to Previous Page

- ,000 in direct revenue through the website

* Collected over 200 group, extended-stay, and meeting leads generated from the website

* Received more than 57,000 total visitors, with 30% of the site visitors clicking through to check rates and availability

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT ___4___
PAGE __54__ OF __56__

http://www.tigglobal.com/dsp_sub_case5.cfm

11/14/2005

## Case Studies

Back to Previous Page

**TIG Global**

### Case Studies

Client Profile 1

Client Profile 2

Client Profile 3

Client Profile 4

Client Profile 5

Client Profile 6

home > client success > case studies

### Client Profile #6



Mid-scale, all-suite branded property located in Richmond, VA. Equipped with 9,000 square feet of meeting space, this 226-suite hotel is the area's premier location for corporate events.

**THE BUSINESS CHALLENGE:**

Use the Internet to achieve the following goals:

* Capitalize on numerous area demand generators by creating heightened online presence
* Target meeting planners to promote newly built executive meeting center
* Maintain market share despite new supply located in close proximity to major demand
* Gain online market share and RevPAR
* Lower customer-acquisition costs through decreased reliance on third-parties

**THE STRATEGY:**

Client hired TIG Global in January 2002 to gain market share in the competitive online arena and to increase brand-direct online sales. TIG Global extensively researched the local market and the property's competitive set to identify the best local and national travel site partners. TIG Global utilized its large client base as leverage to negotiate featured advertising placements at highly discounted pricing. TIG Global also optimized the website content and used a pay-per-click strategy of bidding on over 200 keywords to rank high in the search engines and increase the online revenue.

**THE RESULTS:**

After a year of consistent online marketing the client:

* Increased its online revenue, resulting in over $800,000 booked direct online through the website
* Collected almost 20 RFPs since the Executive Meeting Center opening, for a potential of over 300 room nights
* Realized significant movement in its RevPAR

11/14/2005

EXHIBIT 4
PAGE 55 OF 56

Case 1:05-cv-01503-JR    Document 4-3    Filed 12/02/2005    Page 80 of 80

Back to Previous Page

*Driving Revenue. Direct.*

t..xes

✱ Received more than 123,000 total visitors, with
  25% of the site visitors clicking through to
  check rates and availability

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

Privacy Policy | Terms and Conditions

© 2005 TIG Global

EXHIBIT __4__

PAGE __56__ OF __56__

11/14/2005