UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

Plaintiff,

v.

PC SPECIALISTS, INC.,

Defendant.

Civil Action No. 1:05CV01503 (JR)

**DECLARATION OF TOM JANECEK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

I, Thomas C. Janecek, declare and state as follows:

1. I am the Chief Financial Officer of PC Specialists, Inc., doing business as Technology Integration Group ("TIG"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the matters set forth herein.

2. TIG is a full service technology integration goods and services provider whose client base consists predominantly of corporate, educational and governmental entities. TIG is primarily engaged in the business of selling, installing and servicing large scale computer systems to its clients and providing all ancillary products and services associated with those systems, including without limitation, the following: system design; system installation; network management; network security; website development; website hosting; data warehousing; and enterprise storage.

3. PC Specialists, Inc. was incorporated 22 years ago in the State of California. In 1994, the company began doing business as "TIG" and "Technology Integration Group" and has

consistently and exclusively conducted business under those names since that time. TIG's corporate headquarters presently are, and always have been, in San Diego, California.

4. TIG is the registered owner the service marks "TIG" (United States Service Mark No. 2,720,478) and "TECHNOLOGY INTEGRATION GROUP" (United States Service Mark No. 2,391,057). TIG first became aware of Plaintiff Thayer Interactive Group LLC's use of the marks "TIG Global" and "www.tigglobal.com" in July 2005. TIG was served with Plaintiff's Declaratory Judgment Complaint in this matter on November 2, 2005.

5. In the past five years, TIG has provided goods or services to hundreds of customers in the hospitality and related industries, including hotels, motels, resorts and chains of all sizes. Most of TIG's clients in the hospitality industry are located on the West Coast (primarily California) and in Hawaii. All corporate records regarding accounting and sales for all of TIG's customers, including its customers in the hospitality industry, are maintained at TIG's corporate headquarters in San Diego, California.

6. TIG is the registered owner of the service marks "TIG" and "TECHNOLOGY INTEGRATION GROUP" that are the subject of Plaintiff's declaratory relief Complaint in this matter and the subject of TIG's trademark infringement Complaint that was recently filed in the Southern District of California. All of the records related to those trademark registrations are maintained at TIG's headquarters in San Diego. In fact, all of TIG's corporate records are maintained in San Diego, California.

7. TIG conducts very little business in the Washington, D.C. area. In fact, during TIG's last fiscal year the sales TIG made to customers in Washington, D.C. constituted a fraction of 1% of the company's total sales for that year. In addition, TIG has no employees, offices, or physical presence of any kind in Washington, D.C.

8. With respect to potential witnesses in this matter, I will provide testimony regarding the nature of TIG's business, the registration and usage of the trademarks at issue, and

TIG's customers in the hospitality industry. I reside in San Diego, California. TIG also intends to rely upon the testimony of Bruce Geier, TIG's President and Chief Executive Officer. Mr. Geier, who also resides in San Diego, will likewise provide testimony regarding the nature of TIG's business and the registration and usage of its trademarks. Mr. Geier will also provide testimony regarding actual confusion regarding the source, sponsorship or endorsement of Plaintiff's goods and services which occurred in San Diego. Both Mr. Geier and I are integral to the day to day operations of TIG and any extended absence from the company's headquarters to attend depositions, trial and the like in Washington, D.C. would cause an enormous strain on the company's operations.

9. Additional witnesses in this matter are likely to include several of TIG's San Diego based customers in the hospitality industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 2, 2005 at San Diego, California.


Thomas C. Jancecek

2132464.1