UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PC SPECIALISTS, INC.,<br><br>    Defendant. | Civil Action No. 1:05CV01503 (JR) |

**[PROPOSED] ORDER GRANTING DEFENDANT PC SPECIALISTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

The Court has considered Defendant PC Specialists, Inc.'s Motion to Dismiss Plaintiff's Complaint, Plaintiff's Opposition and Defendant's Reply, and all supporting pleadings and evidence filed in support of those submissions. Good cause appearing, IT IS HEREBY ORDERED:

    Defendant's Motion to Dismiss is GRANTED. Plaintiff's Declaratory Judgment Complaint filed pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, is hereby DISMISSED.

IT IS SO ORDERED.

Date: _____   _____
                                                                                        United States District Judge

2133323.1