UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

    Plaintiff,

v.

PC SPECIALISTS, INC.,

    Defendant.

Civil Action No. 1:05CV01503 (JR)

## [PROPOSED] ORDER GRANTING DEFENDANT PC SPECIALISTS, INC.'S MOTION TO TRANSFER VENUE

The Court has considered Defendant PC Specialists, Inc.'s Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), Plaintiff's Opposition and Defendant's Reply, and all supporting pleadings and evidence filed in support of those submissions. Good cause appearing,

IT IS HEREBY ORDERED:

    Defendant's Motion to Transfer Venue is GRANTED. This action is hereby transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Date: _____      _____

                                                                                  United States District Judge

2133333.1