UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THAYER INTERACTIVE GROUP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PC SPECIALISTS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:05CV01503 (JR)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for PC Specialists, Inc., certify that to the best of my knowledge and belief, PC Specialists, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

*Of Counsel*:

　　　　　　　　　　　　　　　　　　　　___/s/_____
Callie A. Bjurstrom, Esq.　　　　　　　Roberta Horton (D.C. Bar #413577)
Michelle A. Herrera, Esq.　　　　　　　Leslie M. Hill (D.C. Bar #476008)
LUCE, FORWARD, HAMILTON &　　　ARNOLD & PORTER LLP
　　SCRIPPS LLP　　　　　　　　　　555 12th Street, N.W.
600 West Broadway　　　　　　　　　Washington, D.C. 20004
Suite 2600　　　　　　　　　　　　　(202) 942-5000
San Diego, CA 92101-3372
(619) 236-1414