UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1503 (JR) |
| : | |
| PC SPECIALISTS, INC., : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of defendant's motion for the *pro hac vice* appearance of Callie A. Bjurstrom, it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge