UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THAYER INTERACTIVE GROUP LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PC SPECIALISTS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05CV01503 (JR) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHELLE A. HERRERA

Pursuant to Local Rule 83.2(d), Leslie M. Hill, a member in good standing of the Bar of this Court, respectfully moves this Court to grant attorney Michelle A. Herrera permission to appear *pro hac vice* as counsel for Defendant PC Specialists, Inc. in the above-captioned matter. In support of this motion, Leslie M. Hill states:

1. I am an associate with the law firm of Arnold & Porter LLP, located at 555 Twelfth Street NW, Washington, DC 20004-1206, and I am acquainted with Ms. Herrera. I am an attorney of record representing the Defendant in the above-captioned matter.

2. Ms. Herrera is an Associate with Luce, Forward, Hamilton, & Scripps, LLP, located at 600 West Broadway, Suite 2600, San Diego, CA 92101-3372, and her phone number there is 619-699-2519.

3. Ms. Herrera is a member in good standing of the Bar of the State of California.

4. To my knowledge, Ms. Herrera has not been the subject of any disciplinary investigation, action, or grievance procedure, is not currently disbarred in

other courts, and has not been denied admission to the courts of any state or any court of the United States.

5. To my knowledge, Ms. Herrera has never been admitted *pro hac vice* to this Court.

6. The Declaration of Ms. Herrera is attached hereto.

WHEREFORE, it is respectfully requested that Michelle A. Herrera be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2.

Respectfully submitted,

/S/
ROBERTA HORTON (D.C. Bar #413577)
LESLIE M. HILL (D.C. Bar #476008)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THAYER INTERACTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01503 (JR) |

**DECLARATION OF MICHELLE A. HERRERA, ESQ. IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Michelle A. Herrera, Esq. hereby declare:

1. My full name is Michelle Ann Herrera.

2. I am an Associate with Luce, Forward, Hamilton, & Scripps, LLP, located at 600 West Broadway, Suite 2600, San Diego, CA 92101-3372, and my phone number there is 619-699-2519.

3. I am a member in good standing of the Bar of the State of California.

4. I have not been the subject of any disciplinary investigation, action or grievance procedure, am not currently disbarred in other courts, and have not been denied admission to the courts of any state or any court of the United States.

5. I have never been admitted *pro hac vice* to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2005.

_____
Michelle A. Herrera, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01503 (JR) |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Michelle A. Herrera, it is this _____ day of December, 2005, hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* of Michelle A. Herrera be, and the same is, GRANTED, and it is further

ORDERED, that Michelle A. Herrera be permitted to represent Defendant PC Specialists, Inc. and to participate in any proceedings on behalf of PC Specialists, Inc. in the above-captioned matter.

_____
Honorable James Robertson
United States District Judge