IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THAYER INTERACTIVE GROUP LLC | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-01503 (JR) |
| | ) | |
| PC SPECIALISTS. INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF MICHAEL HEILBRONNER

I, Michael Heilbronner, declare as follows:

1.      I am President of the law firm, IdeaLegal, P.C. I have served as outside counsel to Plaintiff, Thayer Interactive Group LLC ("TIG Global"). I have personal knowledge of the matters stated in this Declaration and, if called as a witness, I could and would competently testify to the matters set forth below.

2.      Attached as Exhibit A is a true and correct copy of a letter of July 20, 2005 from attorney Peter Hahn to Frederic Malek, CEO of TIG Global.

3.      On July 22, 2005, I called Mr. Hahn on behalf of TIG Global to discuss potential settlement of the claims asserted in Mr. Hahn's July 20 letter to Mr. Malek.

4.      Attached as Exhibit B is a redacted but otherwise true and correct copy of one page of my Verizon Wireless phone bill showing my mobile-phone calls from July of 2005. The redacted information is either strictly personal or protected by the attorney-client privilege.

5.    As indicated in line 202 of Exhibit B, on the morning of July 22, 2005, I called Mr. Hahn using his direct-dial number ((619) 699-2585) at his office in San Diego. Also as indicated in line 202 of Exhibit B, the phone call lasted six (6) minutes.

6.    During the July 22, 2005 call with Mr. Hahn, I explained to Mr. Hahn that the parties' businesses do not compete and that the respective marks do not cause a likelihood of confusion.

7.    I also asked Mr. Hahn whether Defendant would consider any resolution that would permit the parties to coexist and continue to use their respective brand names.

8.    Mr. Hahn responded unequivocally that his client would not settle the matter under circumstances that included coexistence.

9.    At the end of our conversation, Mr. Hahn did not ask TIG Global or me to contact him again with other ideas for potential settlement. He also did not indicate that he would be contacting Mr. Heilbronner or TIG Global regarding settlement.

10.    Attached as Exhibit C is a true and correct copy of an electronic image of the front page of Defendant, PC Specialists, Inc.'s website (www.tig.com) as it existed on December 10, 2005.

11.    Attached as Exhibit D is a true and correct copy of the Complaint (without exhibits) filed by Defendant in the Southern District of California.

12.    Attached as Exhibit E is a true and correct copy of an electronic image of the page on Marriott International, Inc.'s website (www.marriott.com) that identifies the location of the company's corporate headquarters in Washington, D.C.

13. Attached as Exhibit F is a true and correct copy of an electronic image of a press release purportedly issued by Defendant and publicly available on the Internet.

2

14. Attached as Exhibit G is a true and correct copy of an electronic image of a page from Defendant's website that purports to identify the company's branch office locations.

15. Attached as Exhibit H is a true and correct copy of an electronic image of an article available on the Washington Post newspaper's website (www.washintgonpost.com) that purports to be an interview with Chris Ferry, executive vice president of Defendant.

16. Attached as Exhibit I is a true and correct copy of an electronic image of a page from Defendant's website that announces a grand-opening event on January 26, 2006, for Defendant's office in the Washington, D.C. area.

17. Attached collectively as Exhibit J are a true and correct copies of electronic images of pages from Defendant's website disclosing and discussing supply and service contracts that Defendant has with the Department of Defense, the General Services Administration, the National Institutes of Health, and the United States Air Force.

18. Attached as Exhibit K is a true and correct copy of an electronic image of a page from Defendant's website that is one of the pages of Exhibit J and that identifies a designated sales representative for Defendant's federal contracts – "Craig Leopard, TIG Federal Director" – with a local phone number ((703) 342-5220 x115).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  December 13, 2005

Michael Heilbronner

3

Exhibit A

(to Declaration of Michael Heilbronner)

Luce Forward et. al. 7/20/05 4:24    PAGE  1/7    RightFax

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
Luce, Forward, Hamilton & Scripps LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

## Facsimile Transmission

### To

Name .......... Mr. Federic W. Malek, CEO
Company ......... TIG Global
Location ......... Washington, D.C.

Fax Number ...... 1-202-465-3950
Voice Number ..... 1-202-465-3900

### From

Name .......... Peter K. Hahn, Esq.
Fax Number ...... (619) 446-8243
Voice Number ..... (619) 699-2585

## *Message or comment ...*

Please see the attached letter from Peter Hahn. Thank you.

Date and time of transmission: Wednesday, July 20, 2005 4:07:34 PM
Number of pages: 07    (Including this cover page.)

PRIVILEGED AND CONFIDENTIAL - All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us.

Luce Forward et. al. 7/20/05 4:10   PAGE 1/7   RightFax

## LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
Luce Forward Hamilton & Scripps LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619 236 1414

## LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

PETER K. HAHN, PARTNER
DIRECT DIAL NUMBER (619) 699-2585

DIRECT FAX: (619) 446-8243
E-MAIL: phahn@luce.com

July 20, 2005

17011-32

### VIA FACSIMILE AND MAIL CONFIRMATION

Mr. Frederic W. Malek, CEO
TIG Global
5335 Wisconsin Avenue N.W., Suite 780
Washington, DC 20015

Re:   Marks:   **TECHNOLOGY INTEGRATION GROUP**
                      **TIG**
      Subject:   Trademark Infringement

Dear Mr. Malek:

This firm is legal counsel to PC Specialists, Inc. ("PC Specialists"), a high-end provider of computer and web-related services, including computer system design, sales, installation, support, network management and control services, data warehousing; web site hosting and other web-related services. PC Specialists provides such services under the service marks TECHNOLOGY INTEGRATION GROUP and TIG, and has been doing so since at least 1994. Over the years, PC Specialists, Inc. has provided hundreds of millions of dollars worth of services in connection with these marks and has invested millions of dollars promoting these marks and the related goods and services. The TECHNOLOGY INTEGRATION GROUP and TIG marks are extremely well known in the industry.

The TECHNOLOGY INTEGRATION GROUP and TIG marks are registered with the United States Patent and Trademark Office as Registration Nos. 2,391,057 and 2,720,478. A copy of each of these registrations is enclosed. PC Specialists' registrations and extensive and exclusive use of the TECHNOLOGY INTEGRATION GROUP and TIG marks afford it the sole and exclusive right to utilize the marks and to authorize others to utilize them.

It has come to our client's attention that your company, Thayer Interaction Group, LLC, has begun using the mark "TIG Global" as its company name and as a service mark. Because these uses are on the Internet through the web site www.tigglobal.com, the use is national in scope. Obviously, your company's use of "TIG Global" is in connection with services which are the same or highly similar to the services provided by PC Specialists. All uses of the mark "TIG" or "TIG Global" as your company name, on advertisements, on the Internet, and as part of a domain name infringes the trademark rights of PC Specialists. Moreover, such uses place your company in direct competition with our client's own use of its marks, and will or has already caused confusion and possibly deception or mistake among customers.

In order to protect our client's valuable rights, we must demand on behalf of PC Specialists that your company immediately cease and desist from any further use of the mark "TIG", "TIG

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Mr. Frederic W. Malek
July 20, 2005
Page 2

Global" or any other confusingly similar mark. Our initial investigation indicates that your infringement may have been inadvertent. Accordingly, PC Specialists, is willing to consider the matter closed without engaging in any further legal proceedings if, on or before July 30, 2005, you confirm to me in a letter each of the following:

 (1) that your company will expressly abandon U.S. Trademark Application No. 78/480,995 for the mark TIG GLOBAL;

 (2) that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto;

 (3) that your company will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto as a part of your company's name;

 (4) that you and your company will remove all product(s) or literature bearing the infringing marks from all points of distribution and have the infringing marks removed where possible or in the alternative have the products and literature destroyed; and

 (5) that your company will transfer ownership of the domain name registration for the "tigglobal.com" domain name to PC Specialists.

As indicated above, PC Specialists, is willing to defer pursuing legal action at this time. That being said, failure to fully and immediately comply with this letter will force PC Specialist to seek redress through the courts. Please be aware that your company's continued uses of the mark after this date would be a basis for a court order awarding my client increased damages and recovery of attorneys fees and costs incurred in resolving this matter.

As you can appreciate, this is a matter of serious concern to our client. We hope you share PC Specialists' desire to resolve this matter quickly and without resorting to costly legal proceedings. We look forward to hearing from you as soon as possible in anticipation of an immediate resolution to this matter.

Sincerely,

Peter K. Hahn
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
PKH/hm
Enclosures
cc: Ms. Peggy Loeffler (w/enclosure)
2083962.1

Luce Forward et. al. 7/20/05 4:24     PAGE 4/7     RightFax



# The United States of America

## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Director of the United States Patent and Trademark Office

Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

Reg. No. 2,391,057

**United States Patent and Trademark Office**    Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORA-
TION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITA-
TION BY EMPLOYEES AND SALES AGENTS IN
THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE; ON-LINE RETAIL STORE SERVICES
IN THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).
FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: COMPUTER SYSTEM DESIGN, AND TECH-
NICAL SUPPORT SERVICES, NAMELY, TROUBLE
SHOOTING OF COMPUTER HARDWARE AND
SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL
AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND
101).
FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Luce Forward et. al. 7/20/05 4:24     PAGE 6/7     RightFax



# The United States of America



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

*Director of the United States Patent and Trademark Office*

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,720,478
Registered June 3, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## TIG

PC SPECIALISTS, INC. (CALIFORNIA COR-
PORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK
INSTALLATION, SUPPORT AND MAINTENANCE
SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

FOR: COMPUTER HARDWARE, SOFTWARE
AND NETWORK INTEGRATION SERVICES; COM-
PUTER HARDWARE, SOFTWARE AND NETWORK
DESIGN SERVICES; COMPUTER HARDWARE,

SOFTWARE AND NETWORK MANAGEMENT
AND CONTROL SERVICES; DATA WAREHOUS-
ING; WEB SITE HOSTING SERVICES FOR OTHERS;
COMPUTER SOFTWARE INSTALLATION, MAIN-
TENANCE AND SUPPORT; COMPUTER HARD-
WARE, AND NETWORK SUPPORT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

ANGELA M. MICHELL, EXAMINING ATTORNEY

Exhibit B

(to Declaration of Michael Heilbronner)

**Usage detail continued . . .**

**In Your Home Area**

| | Date | Time | Rate | Minutes | Origination+ | Phone number | Destination | Usage type | Call type | Airtime charges | Long distance and other charges | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 07/20 | 11:39A | P | | Portland OR | | | | | Included | .00 | .00 |
| 174 | 07/20 | 01:47P | P | | Portland OR | | | | | Included | .00 | .00 |
| 175 | 07/20 | 01:49P | P | | Portland OR | | | | | Included | .00 | .00 |
| 176 | 07/20 | 02:48P | P | | Portland OR | | | | | Included | .00 | .00 |
| 177 | 07/20 | 04:59P | P | | Portland OR | | | | | Included | .00 | .00 |
| 178 | 07/21 | 08:20A | P | | Portland OR | | | | | Included | .00 | .00 |
| 179 | 07/21 | 09:00A | P | | Portland OR | | | | | Included | .00 | .00 |
| 180 | 07/21 | 09:02A | P | | Portland OR | | | | | Included | .00 | .00 |
| 181 | 07/21 | 09:04A | P | | Portland OR | | | | | Included | .00 | .00 |
| 182 | 07/21 | 09:05A | P | | Portland OR | | | | | Included | .00 | .00 |
| 183 | 07/21 | 09:12A | P | | Portland OR | | | | | Included | .00 | .00 |
| 184 | 07/21 | 09:26A | P | | Portland OR | | | | | Included | .00 | .00 |
| 185 | 07/21 | 09:49A | P | | Portland OR | | | | | Included | .00 | .00 |
| 186 | 07/21 | 10:08A | P | | Portland OR | | | | | Included | .00 | .00 |
| 187 | 07/21 | 10:11A | P | | Portland OR | | | | | Included | .00 | .00 |
| 188 | 07/21 | 10:43A | P | | Portland OR | | | | | Included | .00 | .00 |
| 189 | 07/21 | 11:10A | P | | Portland OR | | | | | Included | .00 | .00 |
| 190 | 07/21 | 01:06P | P | | Portland OR | | | | | Included | .00 | .00 |
| 191 | 07/21 | 01:06P | P | | Beaverton OR | | | | | Included | .00 | .00 |
| 192 | 07/21 | 01:07P | P | | Portland OR | | | | | Included | .00 | .00 |
| 193 | 07/21 | 02:54P | P | | Hillsboro OR | | | | | Included | .00 | .00 |
| 194 | 07/21 | 05:29P | P | | Hillsboro OR | | | | | Included | .00 | .00 |
| 195 | 07/21 | 05:44P | P | | Hillsboro OR | | | | | Included | .00 | .00 |
| 196 | 07/21 | 08:16P | P | | Portland OR | | | | | Included | .00 | .00 |
| 197 | 07/21 | 08:22P | P | | Portland OR | | | | | Included | .00 | .00 |
| 198 | 07/21 | 09:13P | O | | Portland OR | | | | | Included | .00 | .00 |
| 199 | 07/21 | 09:14P | O | | Portland OR | | | | | Included | .00 | .00 |
| 200 | 07/22 | 09:52A | P | | Portland OR | | | | | Included | .00 | .00 |
| 201 | 07/22 | 10:04A | P | | Portland OR | | | | | Included | .00 | .00 |
| 202 | 07/22 | 10:10A | P | 6 | Portland OR | (619)699-2585 | San Diego CA | A | | Included | .00 | .00 |
| 203 | 07/22 | 10:15A | P | | Portland OR | | | | | Included | .00 | .00 |
| 204 | 07/22 | 10:28A | P | | Portland OR | | | | | Included | .00 | .00 |
| 205 | 07/22 | 10:36A | P | | Portland OR | | | | | Included | .00 | .00 |
| 206 | 07/22 | 10:36A | P | | Portland OR | | | | | Included | .00 | .00 |
| 207 | 07/22 | 10:43A | P | | Portland OR | | | | | Included | .00 | .00 |
| 208 | 07/22 | 10:55A | P | | Portland OR | | | | | Included | .00 | .00 |
| 209 | 07/22 | 11:19A | P | | Portland OR | | | | | Included | .00 | .00 |
| 210 | 07/22 | 11:34A | P | | Portland OR | | | | | Included | .00 | .00 |
| 211 | 07/22 | 12:04P | P | | Portland OR | | | | | Included | .00 | .00 |
| 212 | 07/22 | 01:37P | P | | Portland OR | | | | | Included | .00 | .00 |
| 213 | 07/22 | 03:14P | P | | Portland OR | | | | | Included | .00 | .00 |
| 214 | 07/22 | 03:18P | P | | Portland OR | | | | | Included | .00 | .00 |
| 215 | 07/22 | 03:20P | P | | Portland OR | | | | | Included | .00 | .00 |
| 216 | 07/22 | 06:18P | P | | Portland OR | | | | | Included | .00 | .00 |
| 217 | 07/22 | 06:19P | P | | Portland OR | | | | | Included | .00 | .00 |
| 218 | 07/22 | 06:21P | P | | Portland OR | | | | | Included | .00 | .00 |
| 219 | 07/23 | 06:09A | W | | Portland OR | | | | | Included | .00 | .00 |
| 220 | 07/23 | 11:23A | W | | Portland OR | | | | | Included | .00 | .00 |
| 221 | 07/23 | 12:24P | W | | Portland OR | | | | | Included | .00 | .00 |
| 222 | 07/23 | 12:56P | W | | Portland OR | | | | | Included | .00 | .00 |
| 223 | 07/23 | 01:01P | W | | Portland OR | | | | | Included | .00 | .00 |
| 224 | 07/23 | 01:22P | W | | Portland OR | | | | | Included | .00 | .00 |

REDACTED

Exhibit C

(to Declaration of Michael Heilbronner)



**TIG**

Technology Integration Group.

SEARCH | COMMUNITY | CONTACT | SITE MAP

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG     Careers     eStore     Events     Government     Products     Leasing     Professional Services





**ENTERPRISE STORAGE**
Scalable, affordable, highly effective data management solutions.
More >>



**COMMUNICATION SERVICES**
Optimize communication success with a dedicated solutions consultant.
More >>



**SECURITY SERVICES**
Resources to implement best enterprise security practice.
More >>

## Help Desk
More >>

## Network Management
More >>

## Web Hosting
More >>

## 7/24 Central
More >>

## Computer Supplies
More >>



McAfee SECURITY

Start buying online! Simple, easy, and quick.

Learn more.

Network Associates

## Enterprise Storage



Let TIG provide your company a consultative assessment approach to designing reliable, customized, scalable and affordable solutions that maximizes any size organization's productivity.     More >>

## Computer Supplies & Media



Your single source for all technology and computer products in one comprehensive, easy to use catalog. We offer a complete selection of computer supplies, accessories, hardware, peripherals and furniture More >>

## B2B eCommerce Integration



Reduces errors, streamlines procurement, saves money and improves productivity.

More >>

## Help Desk & Outsourced IT



Allows organization to focus on core competencies while providing best in class user and help desk support implementing best-practices, cost savings, increased productivity and guaranteed customer satisfaction year over year More >>

| News | Diversity Supplier | Events | Web Store |
|---|---|---|---|

› Geier In CRN Top 25...
› Tampa Grand Opening...
› TIG Adds Dell to GSA Cont...
› TIG NAMED #9 MINORITY SUP...
› TIG To Provide Managed We...
  More in News...

› MBE Certificate
› Supplier of the year award
› Regional Top Suppliers
› MBN Certificate
› MBN Letter
  More in Diversity Supplier...

› Silver & Gold...
› CIO Security Roundtable...
  More in Events...

Save Time & Money!

Exhibit D

(to Declaration of Michael Heilbronner)

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

PC SPECIALISTS, INC., a California corporation,

vs.

THAYER INTERACTIVE GROUP LLC, a Delaware
limited liability company,

**SUMMONS IN A CIVIL ACTION**
Case No. *05 CV-2198-B·JMA*

TO: (Name and Address of Defendant)

Thayer Interactive Group LLC
5335 Wisconsin Avenue, NW, Suite 780
Washington, DC 20015

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Callie A. Bjurstrom, State Bar No. 137816; cbjurstrom@luce.com
Michelle A. Herrera, State Bar No. 209842; mherrera@luce.com
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within 20       days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _____, Deputy Clerk

DEC  1 2005

DATE

Summons in a Civil Action

2002 © American LegalNet, Inc

12/12/2005 09:39 FAX

1 | Callie A. Bjurstrom, State Bar No. 137816
Michelle A. Herrera, State Bar No. 209842
2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
3 | San Diego, California 92101-3372
Telephone No.: 619.236.1414
4 | Fax No.: 619.232.8311

```
┌─────────────────────────────┐
│        FILED                │
│                             │
│        DEC  1 2005          │
│                             │
│   CLERK, U.S. DISTRICT COURT│
│ SOUTHERN DISTRICT OF CALIFORNIA│
│ BY              DEPUTY      │
└─────────────────────────────┘
```

5 | Attorneys for Plaintiff PC SPECIALISTS, INC.

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | PC SPECIALISTS, INC., a California corporation,

Case No. **05CV 2198  B JMA**

12 | **COMPLAINT OF PC SPECIALISTS, INC. FOR (1) TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114;**

13 | Plaintiff, | **(2) FALSE DESIGNATION OF ORIGIN AND FEDERAL UNFAIR**

14 | v. | **COMPETITION – 15 U.S.C. § 1125(a); (3) DILUTION – 15 U.S.C. § 1125(c)(1);**

15 | THAYER INTERACTIVE GROUP LLC, a Delaware limited liability company, | **(4) FEDERAL COMMON LAW TRADEMARK INFRINGEMENT;**

16 | | **(5) CYBERSQUATTING - 15 U.S.C.**

17 | Defendant. | **§ 1125(d); AND (6) UNFAIR COMPETITION – CAL. BUS. & PROF.**

18 | | **CODE § 17200; DEMAND FOR JURY TRIAL**

19

20 |      Plaintiff PC Specialists, Inc. hereby complains of Thayer Interactive Group LLC, a

21 | Delaware limited liability company.

22 | ## JURISDICTION AND VENUE

23 |     1.    The Court has subject matter jurisdiction over this federal trademark infringement

24 | action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331. The Court has pendent jurisdiction of

25 | the claims alleged herein arising under state law pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

26 |     2.    This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 as there is complete

27 | diversity between the Plaintiff and Defendant and the amount in controversy exceeds the sum of

28 | $75,000.

1        3.    Plaintiff is informed and believes and thereon alleges, that venue is proper in this

2    district under 28 U.S.C. § 1391, and because Defendant's acts of trademark infringement,

3    cybersquatting and unfair competition complained of herein have occurred and are occurring in

4    this judicial district.

5                                   **GENERAL ALLEGATIONS**

6        4.    Plaintiff PC Specialists, Inc. is a corporation organized and existing under the laws

7    of the State of California that is doing business as Technology Integration Group ("TIG"). Since

8    1983, TIG has been engaged in the business of providing computer related goods and services to

9    consumers including, but not limited to, the following:  computer hardware and computer

10   software; hardware, software and network installation, support and maintenance services;

11   hardware, software and network integration services; hardware, software and network design

12   services; hardware, software and network management and control services; managed data center

13   services; web site design and web site hosting services (hereinafter collectively referred to as the

14   "TIG Goods and Services").

15       5.    TIG owns all right, title and interest in the service mark "TIG," which is the subject

16   of United States Service Mark Registration Number 2,720,478.  TIG registered the mark TIG on

17   June 3, 2003.  A true and correct copy of the service mark registration for the mark TIG is

18   attached hereto as Exhibit 1.

19       6.    TIG first used the mark TIG in commerce on April 1, 2000, and since that time has

20   used the mark continuously and consistently in connection with the sale, marketing and

21   distribution of the TIG Goods and Services.

22       7.    TIG also owns all right, title and interest in the service mark "TECHNOLOGY

23   INTEGRATION GROUP," which is the subject of United States Service Mark Registration

24   Number 2,391,057.  TIG registered the mark TECHNOLOGY INTEGRATION GROUP on

25   October 3, 2000.  A true and correct copy of the service mark registration for the mark

26   TECHNOLOGY INTEGRATION GROUP is attached hereto as Exhibit 2.

27   / / /

28   / / /

⊠003

8.      TIG first used the mark TECHNOLOGY INTEGRATION GROUP in commerce on January 1, 1994, and since that time has used the mark continuously and consistently in connection with the sale, marketing and distribution of the TIG Goods and Services.

9.      The service marks TIG and TECHNOLOGY INTEGRATION GROUP are collectively referred to herein as the "TIG MARKS."

10.     TIG is the registered owner of the domain name "www.tig.com," through which it advertises, markets and sells the TIG Goods and Services.

11.     As a result of the extensive and continued use of the TIG MARKS in connection with the advertisement and sale of goods and services related to computer system design, installation, integration management and technical support, consumers have come to recognize and identify the TIG MARKS as representative of quality products and services provided by TIG. The TIG MARKS  have become a valuable asset of TIG as well as a symbol of its goodwill and positive business reputation.

12.     As a result of the time, financial resources, advertising, promotion, experience, care and service that have been invested in marketing, promoting, servicing and selling the TIG Goods and Services, TIG has acquired a reputation for high quality goods and services related to computer hardware and software, computer system design, installation, integration management and technical support.

13.     TIG is informed and believes and thereon alleges, that Defendant Thayer International Group LLC is a limited liability company organized and existing under the laws of the State of Delaware that is doing business as TIG Global ("TIG GLOBAL").  TIG is further informed and believes and thereon alleges, that TIG GLOBAL is in the business of providing goods and services that are substantially similar to the TIG Goods and Services including, but not limited to, website design, development and maintenance, interactive website marketing software programs, internet search engine systems and programs, e-mail marketing systems and data analysis systems.

///

///

3

14.     TIG is informed and believes and based thereon alleges, that TIG GLOBAL has used and continues to use various marks incorporating the TIG MARKS in connection with the marketing and advertisement of its goods and services. For example, TIG is informed and believes and thereon alleges, that TIG GLOBAL has registered and is operating the domain name "www.tigglobal.com." An abstract of the domain name registration for "www.tigglobal.com" is attached hereto as Exhibit 3.

15.     Through its web site "www.tigglobal.com," TIG GLOBAL repeatedly utilizes the TIG MARKS, or confusingly similar manifestations thereof, to describe, market and advertise its goods and services. A true and correct copy of all pages appearing on the web site "www.tigglobal.com" is attached hereto as Exhibit 4.

16.     TIG is informed and believes and based thereon alleges, that TIG GLOBAL has, and continues to direct its marketing efforts to the hospitality industry, including members of the hospitality industry located in this judicial district. TIG has hundreds of hospitality industry clients, many of them located in this district. As a result of TIG GLOBAL's use of the TIG MARKS, actual confusion has occurred in this district, and is likely to continue to occur, as a result of TIG GLOBAL's wrongful conduct.

17.     TIG has demanded in writing that TIG GLOBAL cease and desist from any and all unauthorized use of the mark TIG MARKS. TIG GLOBAL has refused to comply with TIG's demand. TIG GLOBAL's continued use of the TIG MARKS is unlawful and amounts to a knowing and willful violation of TIG's rights in the TIG MARKS.

18.     TIG GLOBAL's unauthorized use of the TIG MARKS has caused and is likely to continue to cause confusion, mistake and deception sufficient to constitute infringement of TIG's rights in and to its marks, to constitute a false designation of the origin of TIG GLOBAL's goods and services, to dilute TIG's valuable trademark rights, to constitute cybersquatting and to constitute unfair competition, irreparably damaging TIG and its rights in and to the TIG MARKS.

/ / /

/ / /

/ / /

4

**FIRST CLAIM FOR RELIEF**

**(Federal Trademark Infringement - 15 U.S.C. § 1114)**

1

2

3      19.    TIG hereby incorporates paragraphs 1 through 17 by reference as though fully set

4    forth herein.

5      20.    The actions of TIG GLOBAL described herein constitute infringement of the TIG

6    MARKS in violation of section 32(b) of the Lanham Act, 15 U.S.C. § 1114(1).

7      21.    TIG GLOBAL's willful, deliberate and unauthorized use of the TIG MARKS has

8    caused confusion and is likely to continue to cause confusion, mistake and deception in that

9    consumers are likely to associate and believe TIG GLOBAL's goods and services are associated

10   with, connected to, affiliated with, authorized by, endorsed by, and/or sponsored by TIG, in

11   violation of Section 32(b) of the Lanham Act, 15 U.S.C. § 1114(1).

12     22.    As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG

13   MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and

14   reputation, and has caused and is likely to continue to cause a loss of sales and profits for TIG.

15   TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to

16   the public, who is confused by TIG GLOBAL's unauthorized use of the TIG MARKS, unless

17   restrained and enjoined by this Court.  TIG has no adequate remedy at law to prevent TIG

18   GLOBAL from continuing its infringing actions and from injuring TIG.

19     23.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been

20   damaged and will continue to sustain damage and is entitled to receive compensation arising from

21   its lost sales, lost profits, and efforts necessary to minimize and/or prevent customer confusion, in

22   an amount to be proven at the time of trial.  In addition, TIG is entitled to disgorge TIG

23   GLOBAL's profits, and is entitled to interest and to its attorneys' fees and costs in bringing this

24   action, all in an amount to be proven at the time of trial. TIG is further entitled to injunctive relief

25   as set forth above, and to all other and further forms of relief this Court deems appropriate.

26     24.    The damages sustained by TIG as a result of the conduct alleged herein should be

27   trebled in accordance with 15 U.S.C. § 1117(b).

28   ///

5

**SECOND CLAIM FOR RELIEF**

**(False Designation of Origin and Federal Unfair Competition - 15 U.S.C. § 1125(a))**

25.    TIG hereby incorporates paragraphs 1 through 23 by reference as though fully set forth herein.

26.    TIG GLOBAL's unauthorized use of the TIG MARKS in connection with the marketing, advertising, promotion, offering for sale and selling of its goods and services constitutes unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), because TIG GLOBAL's use suggests a false designation of the origin of its goods and services.

27.    As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to cause continuing loss of sales and profits to TIG. TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public who is deceived as to the source of TIG GLOBAL's goods and services, unless restrained and enjoined by this Court. TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

28.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been and will be damaged and is entitled to receive compensation arising from its lost sales, lost profits and efforts necessary to minimize and/or prevent customer confusion, in an amount to be proven at the time of trial. In addition, TIG is entitled to disgorge TIG GLOBAL's profits, and is entitled to interest and to its attorneys' fees and costs in bringing this action, all in an amount to be proven at trial. TIG is further entitled to injunctive relief, as set forth above, and to all other and further forms of relief this Court deems appropriate.

29.    The damages sustained by TIG as a result of the conduct alleged herein should be trebled in accordance with 15 U.S.C. § 1117(b).

/ / /

/ / /

/ / /

6

1     **THIRD CLAIM FOR RELIEF**

2     **(Federal Dilution - 15 U.S.C. § 1125(c)(1))**

3       30.     TIG hereby incorporates paragraphs 1 through 28 by reference as though fully set

4 forth herein.

5       31.     TIG has invested substantial financial resources to market the TIG Goods and

6 Services. As a result, the TIG MARKS have become "famous" and "distinctive" pursuant to

7 Section 43(c) of the Lanham Act, 15 U.S.C. 1125(c).

8       32.     TIG is informed and believes and thereon alleges, that notwithstanding TIG

9 GLOBAL's knowledge of TIG's federal registration and common law rights in the TIG MARKS,

10 TIG GLOBAL has commercially used, reproduced, copied or colorably imitated the TIG MARKS

11 in connection with the sale, offering for sale, distribution and/or advertising of goods and services

12 in a manner which will likely cause confusion, mistake or deception among the purchasing public

13 as to the source of the goods and services. TIG GLOBAL's conduct in this regard is likely to

14 dilute the distinctive qualities of the TIG MARKS by lessening the capacity of such marks to

15 identify and distinguish the TIG Goods and Services in the marketplace, and has resulted in an

16 actual present injury to the TIG MARKS, in violation of Section 43(c) of the Lanham Act, 15

17 U.S.C. § 1125(c).

18       33.     As a direct and proximate result of TIG GLOBAL's unauthorized use of the TIG

19 MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and

20 reputation, and has caused and is likely to cause continuing loss of sales and profits to TIG. TIG

21 GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the

22 public unless restrained and enjoined by this Court. TIG has no adequate remedy at law to prevent

23 TIG GLOBAL from continuing its infringing actions and from injuring TIG.

24       34.     As a further direct and proximate result of TIG GLOBAL's actions, TIG has been

25 and will continue to be damaged and is entitled to receive compensation arising from such

26 damages including its lost sales, lost profits, and for all expenses necessary to minimize and/or

27 prevent customer confusion, in an amount to be proven at the time of trial. In addition, TIG is

28 entitled to disgorge TIG GLOBAL's profits, and is entitled to interest and to recovery of its

1    attorneys' fees and costs in bringing this action, all in an amount to be proven at trial. TIG is

2    further entitled to injunctive relief, as set forth above, and to all other and further forms of relief

3    this Court deems appropriate.

4        35.    The damages sustained by TIG as a result of the conduct alleged herein should be

5    trebled in accordance with 15 U.S.C. § 1117(b).

6    **FOURTH CLAIM FOR RELIEF**

7    **(Federal Common Law Trademark Infringement)**

8        36.    TIG hereby incorporates paragraphs 1 through 34 by reference as though fully set

9    forth herein.

10       37.    The actions of TIG GLOBAL described herein constitute infringement of TIG's

11   service mark rights under federal common law.

12       38.    As a direct and proximate result of TIG GLOBAL's actions, TIG has suffered and

13   will suffer general damages according to proof at trial.

14       39.    As a further direct and proximate result of TIG GLOBAL's unauthorized use of the

15   TIG MARKS, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and

16   reputation, and has caused and is likely to continue to cause lost sales and lost profits to TIG. TIG

17   GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the

18   public confused by TIG GLOBAL's unauthorized use of the TIG MARKS, unless restrained and

19   enjoined by this Court. TIG has no adequate remedy at law to prevent TIG GLOBAL from

20   continuing its infringing actions and from injuring TIG.

21       40.    As a further direct and proximate result of TIG GLOBAL's actions, TIG has been

22   damaged and is entitled to receive compensation arising from its lost sales, lost profits, and for all

23   expenses necessary to minimize and/or prevent customer confusion. TIG is also entitled to

24   disgorge TIG GLOBAL's profits, to interest, and to recovery of its attorneys' fees and costs in

25   bringing this action, all in an amount to be proven at the time of trial. TIG is further entitled to

26   injunctive relief as set forth above, and to all other and further forms of relief this Court deems

27   appropriate.

28   ///

8

## FIFTH CLAIM FOR RELIEF

### (Cybersquatting - 15 U.S.C. § 1125(d))

41.     TIG realleges and incorporates herein Paragraph 1 through 39, inclusive.

42.     TIG GLOBAL has a bad faith intent to profit from its domain name "www.tigglobal.com," given that:

     (a)     TIG GLOBAL has registered, trafficked in and/or used a domain name that is substantially similar to the TIG MARKS;

     (b)     TIG GLOBAL has planned to divert, has diverted and is diverting consumers away from TIG and its web site to TIG GLOBAL's own web site for commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation, association or endorsement of TIG GLOBAL's web sites and use of the domain name "www.tigglobal.com."

     (c)     TIG GLOBAL has no valid trademark or other intellectual property rights in the domain name "www.tigglobal.com." Such registration, trafficking and/or use is actionable under the Anticybersquatting Consumer Protection Act, Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

43.     As a direct and proximate result of TIG GLOBAL's actions described herein, TIG GLOBAL has damaged and will continue to damage TIG's goodwill and reputation, and has caused and is likely to continue causing a loss of sales and profits to TIG. TIG GLOBAL's actions have caused and will continue to cause irreparable harm to TIG and to the public confused by TIG GLOBAL's unauthorized use of the TIG MARKS in connection with its web site. TIG GLOBAL must be restrained and enjoined by this Court from such unauthorized conduct. TIG has no adequate remedy at law to prevent TIG GLOBAL from continuing its infringing actions and from injuring TIG.

44.     As a further direct and proximate result of TIG GLOBAL's actions, TIG has been damaged and will continue to be damaged. TIG is entitled to receive compensation arising from its lost sales, lost profits, and for all expenses necessary to minimize and/or prevent customer confusion. In addition, TIG is entitled to disgorge TIG GLOBAL's profits, to interest, and to recovery of its attorneys' fees and costs incurred in bringing this action, all in an amount to be

9

1  proven at the time of trial. TIG is also entitled to injunctive relief as set forth above, and to all

2  other and further forms of relief this Court deems appropriate.

3    45.    The damages sustained by TIG as a result of the conduct alleged herein should be

4  trebled in accordance with 15 U.S.C. § 1117(b).

5  ### SIXTH CLAIM FOR RELIEF

6  **(Unfair Competition – Cal. Bus. & Prof. Code § 17200 *et seq.*)**

7    46.    TIG realleges and incorporates herein Paragraph 1 through 44, inclusive.

8    47.    The actions of TIG GLOBAL described herein constitute unlawful, unfair, and

9  fraudulent business acts and practices, in violation of California Business & Professions Code §

10  17200.

11    48.    TIG GLOBAL's unauthorized use of the TIG MARKS has caused, and is likely to

12  continue to cause confusion, mistake and deception in that consumers are likely to associate and

13  believe that TIG GLOBAL's goods and services are associated with, connected to, affiliated with,

14  authorized by, endorsed by, and/or sponsored by TIG in violation of California Business &

15  Professions Code § 17200 *et seq.*

16    49.    As a result of these acts, TIG GLOBAL has received and will continue to receive

17  sales and profits generated from the strength of TIG's success, goodwill, and consumer

18  recognition.

19    50.    TIG has suffered and will continue to suffer damages as a direct result of TIG

20  GLOBAL's conduct as described herein, and such damage will continue unless the Court enjoins

21  TIG GLOBAL's use of the TIG MARKS.

22    51.    TIG GLOBAL should be required to restore to TIG any and all profits earned as a

23  result of its unlawful and unfair actions. TIG GLOBAL should be held accountable for all profits

24  wrongfully obtained through appropriate restitution.

25    52.    As a proximate and legal result of TIG GLOBAL's wrongful conduct, TIG has

26  been damaged in its business relationships with its current and prospective customers, and has

27  suffered damages in the form of lost profits, loss of reputation and loss of goodwill.

28  / / /

10

## ALLEGATIONS OF DAMAGE

53.    Because of TIG GLOBAL's acts, as alleged above in TIG's First through Sixth Causes of Action, TIG has suffered, and will continue to suffer, damage to its business, reputation and goodwill, and will endure the loss of sales and profits, which TIG would have made but for TIG GLOBAL's acts of infringement and unfair competition.

54.    TIG GLOBAL will continue to do the acts complained of above, and, unless restrained and enjoined, will continue to cause TIG irreparable damage, including injuries to its business reputation. It would be difficult to ascertain the amount of compensation that could afford TIG adequate relief for such continuing acts. TIG's remedy at law is not adequate to compensate it for injuries suffered and likely to continue to be suffered. TIG is entitled to injunctive relief as provided in 15 U.S.C. § 1116 and California Civil Code § 3420 *et seq*.

55.    All of TIG GLOBAL's acts complained of herein are deliberate, willful and malicious, and have been committed with the intent to cause injury to TIG and its property rights in the TIG MARKS. TIG is therefore entitled to treble damages and attorneys' fees under 15 U.S.C. § 1117(a)-(b), and to punitive damages under California common law.

## PRAYER FOR RELIEF

WHEREFORE, TIG respectfully requests judgment by this Court that:

1.    The TIG MARKS have been infringed by TIG GLOBAL's acts under 15 U.S.C. § 1114 and federal common law;

2.    TIG GLOBAL has unfairly competed with TIG in violation of 15 U.S.C. § 1125 and California Business and Professions Code § 17200, *et seq*.;

3.    TIG recover damages from TIG GLOBAL for TIG GLOBAL's acts of federal trademark infringement, dilution and unfair competition, and that these damages be trebled under 15 U.S.C. § 1117(b) because TIG GLOBAL's acts have been willful, and that TIG be awarded its reasonable attorneys' fees.

4.    TIG recover damages from TIG GLOBAL for TIG GLOBAL's acts of unfair competition, common law trademark infringement, and unjust enrichment, and that TIG further recover punitive damages under California law because TIG GLOBAL's acts have been willful.

11

1    5.    TIG GLOBAL, its officers, shareholders, directors, agents, servants, employees,

2  attorneys, parent company, confederates and all persons in active concert or participation with

3  them, be enjoined:

4    (a)    From using any combination, reproduction, counterfeit, copy or colorable

5  imitation of the TIG MARKS in connection with the advertising, offering for sale, or sale of goods

6  or services the same or similar to those offered by TIG, or likely to be confused with those of TIG,

7  or likely to injure TIG's business reputation or the reputation of the TIG MARKS;

8    (b)    From using any combination, reproduction, counterfeit, copy or colorable

9  imitation of the TIG MARKS in any manner likely to cause confusion, to cause mistake or to

10  deceive;

11    (c)    From selling, offering to sell, advertising, promoting, or passing off,

12  inducing or enabling others to sell, offer to sell, advertise, promote, or pass off any goods or

13  services similar to the goods and services provided by TIG under a name or mark the same as or

14  similar to the TIG MARKS;

15    (d)    From committing any acts calculated to cause purchasers to believe that

16  TIG GLOBAL's goods and services are the goods and services of TIG in whole or in part;

17    (e)    From creating, operating, maintaining or otherwise using web site domain

18  names that are the same as or confusingly similar to the TIG MARKS including, but not limited

19  to, the domain name "www.tigglobal.com," and that such domain name be assigned and/or

20  transferred to TIG; and

21    (f)    From otherwise competing unfairly with TIG in any manner, including, but

22  not limited to, infringing usage of the TIG MARKS or any confusingly similar marks.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      6.      TIG requests such other and further relief to which it may show itself entitled.

2  DATED: December ___/___, 2005      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

4                     By: _____

5                         Callie A. Bjurstrom
                            Michelle A. Herrera

6                         Attorneys for Plaintiff
                         PC SPECIALISTS, INC.

13

1     **DEMAND FOR JURY TRIAL**

2     Plaintiff PC Specialists, Inc. hereby demands a trial by jury pursuant to Rule 38 of the

3 Federal Rules of Civil Procedure.

4 DATED: December ___, 2005     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

5

6                  By: _____

7                      Callie A. Bjurstrom
                     Michelle A. Herrera

8                      Attorneys for Plaintiff
                     PC SPECIALISTS, INC.

9

10 2127230.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              1                Case No. 01:05CV01503

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106                    Reg. No. 2,720,478

United States Patent and Trademark Office          Registered June 3, 2003

Corrected                                          OG Date Sep. 7, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## TIG

PC SPECIALISTS, INC. (CALIFORNIA CORPORATION)
7610 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK INSTALLATION, SUPPORT AND MAINTENANCE SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).
FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

FOR: COMPUTER HARDWARE, SOFTWARE AND NETWORK INTEGRATION SERVICES; COMPUTER HARD-

WARE, SOFTWARE AND NETWORK DESIGN SERVICES; COMPUTER HARDWARE, SOFTWARE AND NETWORK MANAGEMENT AND CONTROL SERVICES; DATA WAREHOUSING; WEB SITE HOSTING SERVICES FOR OTHERS; COMPUTER SOFTWARE INSTALLATION, MAINTENANCE AND SUPPORT; COMPUTER HARDWARE, AND NETWORK SUPPORT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,521, FILED 3-12-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 7, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

EXHIBIT
PAGE ___ OF 2

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,720,478
Registered June 3, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## TIG

PC SPECIALISTS, INC. (CALIFORNIA COR-
PORATION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: COMPUTER HARDWARE AND NETWORK
INSTALLATION, SUPPORT AND MAINTENANCE
SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

FOR: COMPUTER HARDWARE, SOFTWARE
AND NETWORK INTEGRATION SERVICES; COM-
PUTER HARDWARE, SOFTWARE AND NETWORK
DESIGN SERVICES; COMPUTER HARDWARE,

SOFTWARE AND NETWORK MANAGEMENT
AND CONTROL SERVICES; DATA WAREHOUS-
ING; WEB SITE HOSTING SERVICES FOR OTHERS;
COMPUTER SOFTWARE INSTALLATION, MAIN-
TENANCE AND SUPPORT; COMPUTER HARD-
WARE, AND NETWORK SUPPORT SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

SER. NO. 76-223,921, FILED 3-12-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY

EXHIBIT 1
PAGE 2 OF 2

Int. Cls.: 35, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

Reg. No. 2,391,057

**United States Patent and Trademark Office**     Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## TECHNOLOGY INTEGRATION GROUP

PC SPECIALISTS, INC. (CALIFORNIA CORPORA-
TION)
7810 TRADE STREET
SAN DIEGO, CA 92121

FOR: RETAIL SERVICES BY DIRECT SOLICITA-
TION BY EMPLOYEES AND SALES AGENTS IN
THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE; ON-LINE RETAIL STORE SERVICES
IN THE FIELD OF COMPUTER SOFTWARE AND
HARDWARE, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
FOR: COMPUTER SYSTEM DESIGN, AND TECH-
NICAL SUPPORT SERVICES, NAMELY, TROUBLE
SHOOTING OF COMPUTER HARDWARE AND
SOFTWARE PROBLEMS VIA TELEPHONE, E-MAIL
AND IN PERSON, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.
SEC. 2(F).

SER. NO. 75-647,798, FILED 2-25-1999.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

EXHIBIT 2

PAGE 1 OF 1



# Uwhois.com
THE UNIVERSAL "WHO IS" FOR INTERNET DOMAINS.



Corporate.com — Incorporate your business and manage it without leaving your browser.

Home | About Uwhois | Premium Services | Free Software | Contact Us | Legal

Uwhois.com                    Search:

To identify the registered holder of a domain name, enter the domain name, followed by either .com, .net .org, or one of the 246 country code suffixes in the entry box above and click the go button.



Hosting.
Payroll
Merchant services.
and more.

oneCore.com



Visual Search



Get what you really wanted.

ebY
click here

## Search multiple Generic and Country Code Top Level Domains

[whois.godaddy.com]
The data contained in Go Daddy Software, Inc.'s WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy.  This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of Go Daddy Software, Inc.  By submitting an inquiry, you agree to these terms of usage and limitations of warranty.  In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam.  You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field.  In most cases, Go Daddy Software, Inc. is not the registrant of domain names listed in this database.

Registrant:
    Thayer Interactive
    5335 Wisconsin Ave
    Suite 780
    Washington, District of Columbia 20015
    United States

12/12/2005 09:44 FAX

EXHIBIT  3

PAGE  3  OF  3

☒019

```
            Registered through: GoDaddy.com
            Domain Name: TIGGLOBAL.COM
               Created on: 23-Aug-04
               Expires on: 23-Aug-06
               Last Updated on: 22-Aug-05

            Administrative Contact:
               Malek, Fred  kbradshaw@thayerinteractive.com
               Thayer Interactive
               5335 Wisconsin Ave
               Suite 780
               Washington, District of Columbia 20015
               United States
               2024653928        Fax --
            Technical Contact:
               Malek, Fred  kbradshaw@thayerinteractive.com
               Thayer Interactive
               5335 Wisconsin Ave
               Suite 780
               Washington, District of Columbia 20015
               United States
               2024653928        Fax --

            Domain servers in listed order:
               NS3.DIGINETUSA.NET
               NS2.DIGINETUSA.NET
         [whois.crsnic.net]

         Whois Server Version 1.3

         Domain names in the .com and .net domains can now be registered
         with many different competing registrars. Go to http://www.internic.net
         for detailed information.

            Domain Name: TIGGLOBAL.COM
            Registrar: GO DADDY SOFTWARE, INC.
            Whois Server: whois.godaddy.com
            Referral URL: http://registrar.godaddy.com
            Name Server: NS3.DIGINETUSA.NET
            Name Server: NS2.DIGINETUSA.NET
            Status: REGISTRAR-LOCK
            Updated Date: 30-aug-2005
            Creation Date: 23-aug-2004
            Expiration Date: 23-aug-2006
```

EXHIBIT __3__

PAGE __2__ OF __3__

12/12/2005 09:44 FAX

@020

Case 1:05-cv-01503-JR    Document 10-2    Filed 12/13/2005    Page 38 of 64

>>> Last update of whois database: Thu, 1 Dec 2005 02:29:58 EST <<<
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing reqistrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, ena

Uwhois Inc. does not gurantee the accuracy of the above information which is supplied by third parties to whom all rights belong.

EXHIBIT _3_ PAGE _3_ OF _3_

@021

Exhibit E

(to Declaration of Michael Heilbronner)

**Marriott**

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Corporate Information
Culture
Our Brands
News Releases
Investor Relations
Recent Investor
News
Historical Stock
Price & Tax
Corporate
Governance
Corporate Info. &
SEC Filings
DRIP &
Shareholders
Accounts
Frequently Asked
Questions
Calendar of Events
Investor Fact Book
Security Analysts
Contact Us
Careers
Lodging
Opportunities
Supplier Diversity
Global Sales

## Corporate Information

**Corporate Headquarters**
Marriott International, Inc.
Marriott Drive
Washington, D.C. 20058
301/380-3000
Internet: www.Marriott.com

**Common Stock Listings**
The company's Class A common stock (ticker symbol: MAR) is listed on the New York Stock Exchange and other exchanges.

**Shareholders of Record**
48,282 as of February 10, 2005

**Registrar and Transfer Agent**
Shareholder inquiries regarding stock transfers, dividend payments, address changes, enrollment in the company's direct investment plan, lost stock certificates, or other stock account matters should be directed to:

EquiServe Trust Company, N.A.
66 Brooks Drive
Braintree, MA 02184
1-800-311-4816 (U.S. and Canada)
781-575-2720 (International)
Internet: www.equiserve.com

**Investor Relations**
For information, call: 301-380-6500
Internet: http://www.marriott.com/investor

**Independent Public Accountants**
Ernst & Young LLP
McLean, VA

**Annual Meeting of Shareholders**
May 6, 2005 - 10:30 a.m.
JW Marriott Hotel
1331 Pennsylvania Avenue, NW
Washington, D.C.

### Common Stock Prices and Dividends

| | Stock Price | | Dividends Declared Per Share |
|---|---|---|---|
| | High | Low | |
| 2004 –First quarter | 46.80 | 40.64 | $ 0.075 |
| –Second quarter | 51.50 | 41.82 | 0.085 |
| –Third quarter | 50.48 | 44.95 | 0.085 |
| –Fourth quarter | 63.99 | 48.15 | 0.085 |
| 2003 –First quarter | 34.89 | 28.55 | $ 0.070 |
| –Second quarter | 40.44 | 31.23 | 0.075 |
| –Third quarter | 41.59 | 37.66 | 0.075 |
| –Fourth quarter | 47.20 | 40.04 | 0.075 |
| 2002 –First quarter | 45.49 | 34.60 | $ 0.065 |
| –Second quarter | 46.45 | 37.25 | 0.070 |
| –Third quarter | 40.25 | 30.44 | 0.070 |
| –Fourth quarter | 36.62 | 26.25 | 0.070 |
| 2001 –First quarter | 47.81 | 37.25 | $ 0.060 |
| –Second quarter | 50.50 | 38.13 | 0.065 |
| –Third quarter | 49.72 | 40.50 | 0.065 |
| –Fourth quarter | 41.50 | 27.30 | 0.065 |
| 2000 –First quarter | 34 3/4 | 26 1/8 | 0.055 |
| –Second quarter | 38.00 | 29 1/2 | 0.060 |
| –Third quarter | 42 3/8 | 34 5/8 | 0.060 |
| –Fourth quarter | 43 1/2 | 34 1/8 | 0.060 |

### Telephone Numbers
For reservations or information, call:

| | |
|---|---|
| Marriott Hotels & Resorts | 800/228-9290 |
| Marriott Conference Centers | 800/453-0309 |
| Renaissance Hotels & Suites | 800/468-3571 |
| The Ritz-Carlton Hotel Company, L.L.C. | 800/241-3333 |
| Bulgari Hotels & Resorts | 301/547-4900 |
| JW Marriott Hotels & Resorts | 800/228-9290 |
| Courtyard | 800/321-2211 |
| SpringHill Suites | 888/287-9400 |
| Fairfield Inn | 800/228-2800 |
| Residence Inn | 800/331-3131 |
| TownePlace Suites | 800/257-3000 |
| Marriott Executive Apartments | 800/800-5744 |
| Marriott ExecuStay | 800/800-5744 |
| Marriott Vacation Club International | 800/332-1333 |
| Horizons by Marriott Vacation Club | 888/220-2086 |
| Marriott Grand Residence Club | 866/204-7263 |
| The Ritz-Carlton Club | 800/941-4386 |

### Lodging Development Inquiries

| | |
|---|---|
| North America | |
| Full-Service | 301/380-3200 |
| Select-Service and Extended-Stay | 301/380-5237 |
| Latin America | 301/380-2340 |
| Europe, Middle East and Africa | 011-411-723-5100 |

The official site for hotel reservations for Marriott hotels and beach resor...    http://ir.shareholder.com/mar/corp_info.cfm

Asia/Pacific                011-852-2521-1848

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us
| Site Map

© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott
proprietary information.

Terms of Use | Internet Privacy Statement

Exhibit F

(to Declaration of Michael Heilbronner)

# FRESHNEWS.COM
## SAN DIEGO/ORANGE COUNTY
The #1 Daily Tech News Source Since 1996

*SEARCH*   All Categories

go

**Offshore Software Development Get More for Less...**
Learn How CoolerEmail & Island Data Did It
www.inforaise.com

**WHAT DO CEO'S AND HR DIRECTORS HAVE IN COMMON?**
THEY ARE LOOKING FOR THE BEST TALENT
FRESHTECHJOBS IS COMING SOON!

| FREE Job Postings Coming! | **California Tech News Updated Daily!** | FREE Daily Newsletter- 3,000 + Local Tech Links |

**DAILY TECH NEWS**
- Computers & Internet
- Telecom/Wireless
- Biotech/Biomedical
- Orange County News
- Defense West
- Other Tech Areas
- Tech People on the Move
- FreshMoney $$$

Local Tech Buzzzzz
  Subscribe Today!

Free RSS Feeds
FreshNews RSS feeds

Local Tech Events
Tech Calendar
Submit an Event

Company Research

3,000+ S. California Tech Links
Venture Capital Links

Other Resources
Relocation Links
Submit Release
Contact us
Send comments
Sponsor/Media Kit



# FRESHNEWS.COM
### Computers/Internet/Hardware/Software



**Embedded Design Services**
Digital, Analog, RF, FPGA, ASIC
Firmware, Manufacturing
www.A2eTechnologies.com

## Technology Integration Group (TIG) Announces 19th Location in Washington, D.C.

**Companies mentioned in this article:**

Technology Integration Group

9/1/2005 @ 6:23 PM   print this article – email to a friend – join our eNewsletter

Technology IntegrationGroup (TIG) today announced the opening of the company's newest branch office in the Washington, D.C. area. It is the company's 19th location in the US, and the second to open in 2005. The new location at 8381 Old Courthouse Road, Suite 400, Vienna, VA 22182 will focus on providing technology solutions for federal government clients.

A Premier Government Diversity Supplier, TIG is already well established in providing solutions for government clients. "TIG's D.C. branch office has provided a wealth of knowledge and support in a very timely manner considering the recent branch opening," said Antwan Smith, Senior Unix Engineer at Military Sealift Command. "They have been a breath of fresh air to work with; I look forward to continue working with them in the future."

"The new TIG D.C. branch is a great asset to the federal space," said Steve Conner, Director of IT Infrastructure Solutions at Inscope Solutions. "The newly formed group has many years of experience and I am excited to work with them. They really understand the needs of our organization and what it takes to implement a solution that works. The people at TIG are top-notch."

TIG offers solutions in not only hardware and network implementation, but also security solutions, server and storage management, IT consulting, procurement and logistics, and managed services. The Washington, D.C. office will be managed by Laura Moon, who has 21 years of experience

UCSD EXTENSION
Biomedical Product Development
Redefine the biotech marketplace.
▶▶ LEARN MORE

**Need Big Pharma Market Research Experience With Small Pharma Sensibilities? Think Medimark.**
www.medimark.com

FreshNews.com
FREE
eNewsletter
"Local Tech Buzzzzz"
Sign Up

FreshPatents.com
Track New Patents & Technologies

San Diego stock photos
Worldwide travel info
Exploitz.com

Access the Freshnews.com Media Kit
Keep FreshNews FREE

Explore the World.
Spain pictures, France pictures and Italy pictures

Promote Your Company To Technology Managers
"Click here for Results"

Submit Your Local Tech Events - It's FREE to Submit

providing technology solutions to federal government agencies in the Washington, D.C. area, and joined TIG in April 2005.

"We are pleased to be opening a branch office in the Washington, D.C. area and to have Ms. Moon managing the new location," said Bruce Geier, CEO and President of TIG. "Federal government agencies are an important part of our business, and this office will enable TIG to serve our customers more easily."

For all federal quoting requirements from TIG, contact fedquote@tig.com.

About Technology IntegrationGroup (TIG)

TIG is a nationally recognized diversity supplier which specializes in providing their clients value-added computing solutions. Founded and Headquartered in San Diego for 23 years, TIG has earned its reputation as a financially stable, well-established computer systems integrator and reliable IT solutions consultant that services customers nationwide. TIG has additional offices located in Albuquerque, Boise, Boulder, Dallas, Denver, Detroit, Honolulu, Indianapolis, Irvine, Las Vegas, Los Alamitos, Philadelphia, Torrance, San Antonio, San Ramon, Seattle, Tampa and Washington, D.C. For more information about TIG and its products and services, visit www.tig.com.

Click Here

Access the
Freshnews.com Media
Kit
Keep FreshNews
FREE



Submit Your Local
Tech Events - It's
FREE to Submit
Click Here

Access the
Freshnews.com Media
Kit
Keep FreshNews
FREE

Promote Your
Company To
Technology Managers
"Click here for Results"

**Computers/Internet/Hardware/Software**

**Monday, October 31, 2005**
- Iomega Named a Top Technology Innovator by VARBUSINESS Magazine Posted 7:20 AM PST

**Monday, October 3, 2005**
- TIG Awarded 3-Year Technology Supplier Contract by the State of California Posted 6:47 PM PST

**Monday, September 12, 2005**
- Websense Launches Web Security Ecosystem(TM) Posted 7:20 AM PST

**Thursday, September 1, 2005**
- Technology Integration Group (TIG) Announces 19th Location in Washington, D.C. Posted 6:23 PM PST

**Thursday, August 25, 2005**
- Technology Integration Group (TIG) Receives ISO 9001:2000 Certification; TIG Quality Practices Determined to Be Conforming with Requirements of Prestigious International Standards Posted 6:49 PM PST

**Tuesday, January 11, 2005**
- Preventsys Integrates with Internet Security Systems Internet Scanner Posted 10:33 AM PST

**Monday, September 20, 2004**

- Preventsys Announces Four Technology Partnerships to Augment a Virtual Network Security Suite Optimized for Large Enterprises Posted 8:07 AM PST

**Tuesday, February 10, 2004**
- Captiva Expands into Central and South America Posted 9:28 AM PST

**Tuesday, January 13, 2004**
- Peregrine Systems(R) Continues to Strengthen Its Relationship With IBM Corp. Posted 5:25 PM PST

---

COMPUTERS & INTERNET | TELECOM / WIRELESS | BIOTECH | OTHER TECH INTEREST | TECH PEOPLE | FRESHMONEY

Licensed to Freshnews.com by ST. JOHN PUBLISHING. Licensing available throughout the U.S.

Exhibit G

(to Declaration of Michael Heilbronner)



**TIG**
Technology Integration Group.

About | Partners | Programs | News | Price List | Quote Request | Locations | Contact Us

Locations

* **BUSINESS**
* **GOVERNMENT**
* **EDUCATIONAL**
* **CHARITY**

| Office | Address | City | State | Zip | Telephone |
|--------|---------|------|-------|-----|-----------|
| Albuquerque | 2420 Comanche Rd NE Ste A4 | Albuquerque | NM | 87107 | 505-830-8280 |
| Boise | 6225 Meeker Place, Suite 130 | Boise | ID | 83713 | 208-378-8886 |
| Cont. Mfr. Div. | 510 South Pierce Avenue, Suite B | Louisville | CO | 80027 | 303-428-7253 |
| Dallas | 5800 Granite Parkway Suite 280 | Plano | TX | 75024 | 469-633-9017 |
| Denver | 510 S. Pierce Ave., Ste A | Louisville | CO | 80027 | 303-428-7253 |
| Detroit | 456 Oliver Drive | Troy | MI | 48084 | 248-362-5300 |
| Honolulu | 1221 Kapiolani Blvd Suite 410 | Honolulu | HI | 96814 | 808-524-6652 |
| Indianapolis | 5460 Victory Drive, Suite 100 | Indianapolis | IN | 46203 | 317-782-8088 |
| Las Vegas | 4042 Dean Martin Drive | Las Vegas | NV | 89103 | 702-222-0152 |
| Los Alamitos | 4281 Katella Avenue, Suite 100 | Los Alamitos | CA | 90720 | 714-995-4155 |
| Orange County | 23 Mauchly, Suite 115 | Irvine | CA | 92618 | 949-753-1933 |
| Philadelphia | 983 Old Eagle School Rd, Suite 615 | Wayne | PA | 19087 | 610-995-0090 |
| San Antonio | 19230 Stonehue Ave, Suite 4100 | San Antonio | TX | 78258 | 210-477-7252 |
| San Diego | 7810 Trade Street | San Diego | CA | 92121 | 858-566-1900 |
| Seattle | 1606 148th Avenue SE, Suite 100 | Bellevue | WA | 98007 | 425-747-2633 |
| Tampa | 3031 North Rocky Point Dr. Suite 165 | Tampa | FL | 33607 | 813-281-1980 |
| Torrance | 21221 S. Western Ave, Suite 160 | Torrance | CA | 90501 | 310-320-4934 |
| Wash D.C. | 8381 Old Court House Rd., Ste 340 | Vienna | Va | 22182 | 703-342-5220 |

>> Read More on TIG.com <<

**Microsoft Licensing Options**

Microsoft licenses software three primary ways:

**Full Packaged Product**

Full Packaged Product (FPP) is boxed, shrink-wrapped software. Licenses for this type of software are acquired through retail outlets.

**Original Equipment Manufacturer**

Original Equipment Manufacturer (OEM) and System Builder software licenses are acquired when you buy a computer with software legally preinstalled. Microsoft Office and Microsoft Windows® are examples of this type of software.

©2003 TIG. All rights reserved.

About TIG.com Licensing programs may be the right

Exhibit H

(to Declaration of Michael Heilbronner)



washingtonpost.com    Hello halbie    PRINT EDITION | Subscribe to
                       Edit Profile | Sign Out    The Washington Post

NEWS | OPINIONS | SPORTS | ARTS & LIVING | DISCUSSIONS | PHOTOS & VIDEO | CITY GUIDE | CLASSIFIEDS | JOBS | CARS | REAL ESTATE    Shopping Deals

SEARCH: ● News ○ Web                    powered by YAHOO! SEARCH    Top 20 E-mailed Articles    VONAGE PLANS FOR $14.99

washingtonpost.com > Columns

**Print This Article**
**E-Mail This Article**

**MOST VIEWED ARTICLES**

Updated 2:45 on the Site ET

Opinion

· Beyond The War Spin

· Arctic Oil Gets an Administration Gusher

· Richard Pryor: Preacher of Truth

Advertisement

TECHWORKING

# TECHWORKING

Monday, October 24, 2005; Page D05

*Technology Integration Group, which is based in San Diego, plans to hire about 40 people now for its new Washington area office and other locations nationwide. Chris Ferry, executive vice president, talked with The Post's Andrea Caumont.*

*What does your company do?*

We are a systems integration and technology services provider. We work with businesses and institutions across the nation. We have a newly formed Washington, D.C. area office focused on the government sector. We work in the technology field in the enterprise computing space providing desktop support and help desk support. We also provide a lot of computer technology, from desktop computers to high-volume servers and storage equipment.

**TECHWORKING SURVEY**

Technology Integration Group

**WHO'S BLOGGING?**

Read what bloggers are saying about this article.

Help Desk Central

Computer Manias Journal

⚑ Full List of Blogs (2 links) »

Most Blogged About Articles
⚑ On washingtonpost.com | On the web

POWERED BY Technorati

*What do you think your employees would say were the best reasons for working at your company?*

I think they probably would say it's a fun place to work. Its a stable company. We've been financially stable and had consistent growth. We also offer employees a lot of incentives in compensation and company trips for top sales performers.

**RSS NEWS FEEDS**

**Top News**
What is RSS? | All

SEARCH: ● News ○ Web                    go    powered by YAHOO! SEARCH

**TODAY IN SLATE**

It's private and majority-owned by Bruce Geier,

Advertisement



With Intel® built in, Bumrungrad has expansion built in.

Read the case study at intel.com/builtin

**FEATURED ADVERTISER LINKS**

· Sign up with VONAGE and get 1 free month

· Saving for college? Use holidays to earn BabyMint Bucks™

· NASCAR Tickets on Sale Now

· Lawyers: Guidant Defibrillators, Ortho Evra, Paxil Birth Defects

· $160,000 Mortgage for Under $785/Month!

· For College Graduates, Reduce Your Student Loans

· Refinance a $200,000 loan for $770/mo

· Cool gadgets, hot deals. Visit circuitcity.com

· Custom Sweatshirts, T-shirts, Custom Hats



**Arts & Life**
**Frank Rich**
In New York, Times columnist Frank Rich is a local hero. If he lacks the national profile ...**More**

president and chief executive.

*What sense of stability can your company offer job candidates?*

We are a financially stable, debt free, diversity-award-winning company. Having been around for as many years as we have, the stability factor comes with that financial position that we've achieved throughout those years. The fact that we have a growth orientation is attractive to new employees because there's opportunity to grow.

*What are the demographics of your company?*

We're a minority-owned business. Companywide, we are 54 percent minority and 38 percent female. On our six-person senior management team, there is one minority and one female.

*What positions do you have available and what level of expertise do you want?*

In Washington, we're looking for engineers with experience in enterprise storage and server environments, seasoned federal account executives and inside sales representatives. Nationwide, we're hiring for a number of administrative, sales and engineering positions including Microsoft-focused engineers, integration engineers, sales account executives and computer technical support staffers.

<u>Print This Article</u>      <u>E-Mail This Article</u>

© 2005 The Washington Post Company

**Advertising Links**                                    What's this?

**Premier Business Centers: Office Suites**
Premier Business Centers offers full-service executive office space on a full or part-time basis starting at $300/month.
www.pbcenters.com

**Executive Office Suites**
Clackamas, Lake Oswego and Beaverton. Private executive suites with a secretary.
www.cornerofficeinc.com

**Get the Executive Office**
Senior and executive level job openings in finance, sales, marketing, HR, tech, and law. Get industry-focused newsletters providing you over 18,000 new open $100K+ jobs monthly.
www.theladders.com

NO NERDS NEEDED!   UNLIMITED CALLING US, CANADA & PUERTO RICO   $24.99 a month   5 MINUTE INSTALLATION. NO ANNUAL CONTRACTS. NO NERDS. NO PROBLEM.   MAKE THE CONNECTION ▶   VONAGE THE BROADBAND PHONE COMPANY

NEWS | OPINIONS | SPORTS | ARTS & LIVING | Discussions | Photos & Video | City Guide | CLASSIFIEDS | JOBS | CARS | REAL ESTATE

**washingtonpost.com:** Contact Us | About Us | Work at washingtonpost.com | Advertise | Media Center | Site Index | Site Map
Archives | E-mail Newsletters | RSS Feeds | Wireless Access | Make Us Your Homepage | mywashingtonpost.com
**The Washington Post:** Subscribe | Subscriber Services | Advertise | Electronic Edition | Online Photo Store | The Washington Post Store
**The Washington Post Company:** Information and Other Post Co. Websites

© Copyright 1996-2005 The Washington Post Company | User Agreement and Privacy Policy | Rights and Permissions

Exhibit I

(to Declaration of Michael Heilbronner)

Technology Integration Group

http://www.tig.com/events.asp?ID=53&login=0

 **TIG**
Technology Integration Group.

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG · Careers · eStore · Events · Government · Products · Leasing · Professional Services

About

Careers

Contact

Equal Opportunity

Events

Federal

History

Locations

News

Premier Diversity Supplier

## ▸ EVENTS

|  |  |
|--|--|
| Event: | Grand Opening and Open House Event for TIG DC |
| Where: | TIG DC Office |
| Date: | 1/26/06 |
| Contact: | Rebecca Mysliwy |
| Telephone: | 858.566.1900 x2705 |
|  | Click Here To Register For This Event. |

TIG is proud to open the doors of our newest Office in the DC area to our valued partners and clients. This event is to showcase the breadth of capabilities TIG can offer. The event will be complete with information and demonstrations on cutting edge technologies. Food, beverages will be supplied as well as chances to win raffle prizes. This will be a fun and informative event that you won't miss!

Copyright 2003 TIG. All Rights reserved.
Privacy Policy

Exhibit J

(to Declaration of Michael Heilbronner)



Technology Integration Group.

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG | Careers | eStore | Events | Government | Products | Leasing | Professional Services

Air Force BPA

CA CSSI

CMAS

DoD EMall

GSA

Los Alamos Natl. Labs

National Inst. Of Health

Sandia National Labs

State Of New Mexico

TXMAS

## ▶ DOD E-MALL



Technology Integration Group.

Small Disadvantaged Business
WA00001-0001717
Duns: 10-626-7958 TIN: 95-3825596
Cage Code: 0JRG8

Click here to visit the Web Store!

TIG GSA Contract
GS-35F-4188D - Contract Period: 4/01/96–6/25/07

| | | | |
|---|---|---|---|
| Adaptec | APC | Brother | Canon |
| Citrix | Clarity Imaging | CMS | Creative Labs |
| CRU | Digi Int'l | Equinox Exabyte | Hitachi |
| Infocus | IPSwitch | Kodak | MicronPC |
| Minolta | Mitsubishi Digital | Multi Tech | NEC Solutions |
| NEC Tech | Okidata | Polywell | Sharp |
| Snap | Sonic Wall | Sony | St. Bernard |
| Storcase | Syskonnect | Targus | TIG Patriot |
| TIG Services | TopLayer | ViewSonic | Viking |
| Xtend | | | |

**JIT Sandia Labs**
Dell – AQ-8574
Apple – AB-2486
**JIT Los Alamos**
Dell – 02354-001-99-S1

**TIG Services Available**
Help Desk, PC Support, Systems Engineer and Network Administration

**USPTO Smart 2001 Contract**
50-PAPT-1-01008
**Air Force IT2 GSA / BPA**
F01620-01-A-8002

TEAMING PARTNERS

| | | | |
|---|---|---|---|
| **3COM** GS-35F-4998G | **ASAP Software** GS-35F-4027D | **Comstor** GS-35F-4389G | **Compaq** GS-35F-4663G |
| **Compaq SEWP III** NAS5-01139 | **Compaq TAC** N68939-96-A-0005 | **Dell** GS-35F-4076D | **Engineered Data Products** GS-29F-0104G |
| **Epson** GS-35F-4096D | **Government Channels** GS-35F-4411G | **Lexmark Int'l Inc.** GS-35F-0789J | **Mayline Company, LLC** GS-29F-0129G |
| **Micron PC** GS-35F-4317D | **NEC Computers** GS-35F-0305J | **NEC Tech, Visual Systems** GS-35F-4070B | **Synnex Information Technology** GS-35F-0327J |
| **Toshiba** GS-35F-0380J | | | |

3COM. | Adaptec | APC | brother | Canon

Los Alamos | citrix | Clarity Imaging | CMS | COMPAQ



Senior Federal Sales Account Executive
Phone (808) 524-6652 x319 / Fax (808) 536-2845

>> Top of Page

http://www.tig.com/dod.asp

Copyright 2003 TIG. All Rights reserved.
Privacy Policy

12/13/2005 9:48 AM

 **TIG**
Technology Integration Group.



SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG    Careers    eStore    Events    Government    Products    Leasing    Professional Services

Air Force BPA

› *Contact*

CA CSSI

CMAS

DoD EMall

GSA

Los Alamos Natl. Labs

National Inst. Of Health

Sandia National Labs

State Of New Mexico

TXMAS

# Air Force BPA Systems Accessories and Rugged Devices

The following is a list of contacts pertaining to the Air Force BPA Systems Accessories and Rugged Devices Contract.

**Director Federal Sales**
(301) 401-2800
Email: craig.leopard@tig.com

Director of Contracts
(310) 320-4934 x 32
Email: georgia.Vasilion@tig.com

Corporate
7810 Trade St
San Diego, CA 92121
(858) 566-1900 ext.4500
Email: Joe.Moisant@tig.com

Technical Support
7810 Trade St
San Diego, CA 92121
(858) 566-1900 ext. 5753
ESUPPORT@tig.com

>> Top of Page

Copyright 2003 TIG. All Rights reserved.
Privacy Policy

 

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG | Careers | eStore | Events | Government | Products | Leasing | Professional Services

Air Force BPA
  ▸ *Contact*

CA CSSI

CMAS

DoD EMail

GSA

Los Alamos Natl. Labs

National Inst. Of Health

Sandia National Labs

State Of New Mexico

TXMAS

## Air Force BPA Systems Accessories and Rugged Devices

### Contract Information

| | |
|---|---|
| Contract Number: | **FA8771-04-A-0605** |
| Contractor Name: | PC Specialists Inc. (dba TIG – Technology Integration Group) |
| TIN: | 95-3825596 |
| CAGE Code: | 0JRG8 |
| DUNS #: | 10-626-7958 |
| Business Size: | Minority-Owned, Small Disadvantaged Business |
| Contractor Address: | PC Specialists Inc. (dba TIG – Technology Integration Group) 7810 Trade Street San Diego CA 92121 |
| Remit To Address: | PC Specialists Inc. (dba TIG – Technology Integration Group) 7810 Trade Street San Diego CA 92121 |
| Who can Order: | AF and DoD. Other Federal civilian agencies may be approved in writing by the SSG/PK CO through submission of an Economy Act Request to the HQ SSG/PK CO. |
| Products: | Rugged Carrying Cases: Quantum and Sharp Rugged Handhelds, Notebooks, Tablets PC's: Dolch, HHD (Dolphin), Itronix, LXE, Symbol |
| Contact Government Sales: | Email:  Govtsalessupport@tig.com Tel: (310) 320-4934 x 32 |

Copyright 2003 TIG. All Rights reserved.
Privacy Policy

Technology Integration Group, GSA                                    http://www.tig.com/gsa.asp



## TIG
Technology Integration Group.

⊙HOME  ⊙COMMUNITY  ⊙CONTACT  ⊙SITE MAP

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG | Careers | eStore | Events | Government | Products | Leasing | Professional Services

Air Force BPA

CA CSSI

CMAS

DoD EMall

GSA

  ‣ Web Store
  ‣ Contract Info
  ‣ Line Card
  ‣ Locations
  ‣ Personnel
  ‣ Terms & Conditions

Los Alamos Natl. Labs

National Inst. of Health

Sandia National Labs

State Of New Mexico

TXMAS

▶ **GSA**



**Federal Supply Schedule**
**Contract No.GS-35F-4188D**

Welcome to the Technology Integration Group GSA site. The Technology Integration
Group web site has been approved by the Center for Applied Special Technology as a
site which meets the specifications for The Bobby Approved icon, as well as, meets
all requirements as set out in Section 508 of the Federal Rehabilitation Act. The
presence of this icon, as seen below, indicates an organization's commitment to
inclusion and accessibility of electronic information to those with disabilities.

GSA Contract:
GS-35F-4188D April 1, 1996 ~ June 25, 2007

Small Disadvantaged Business:
#WA00001-0014497 Exp. 08/11/2007

Duns:
10-626-7958 ---

Fed. Tax ID:
95-3825596 ---

Cage Code:
0JRG8

**HEWLETT PACKARD** Products:
http://www.hp.com/go/federal

All prices and product availability are subject to change without notice.
Please contact us for latest pricing and product availability.



Copyright 2003 TIG. All Rights reserved.
Privacy Policy

 **Technology Integration Group.**

**Small Disadvantaged Business**
WA00001-0014497 8/11/07
Duns: 10-626-7958  TIN: 95-3825596
Cage Code: 0JRG8

**TIG Services Include:**
Help Desk, PC Support, Systems Engineer and Network Administration
http://www.tig.com/gsa

| JIT Sandia Labs | DOE ICPT | Air Force SARDS BPA | USPTO Smart 2001 Contract |
|---|---|---|---|
| Dell – 34021 | BOA | FA8771-04-A-0605 | 50-PAPT-1-01008 |
| JIT Los Alamos | Dell & | Rugged Devices, Carrying Cases & | NIH ECSIII |
| Dell – 02354-001-99-S1 | Gateway | Printers | 263-03-D-0521 |

## TEAMING PARTNERS

| | | | | | |
|---|---|---|---|---|---|
| GS-03F-5084C | GS-35F-4377D | GS-35F-0656M | GS-35F-4389G | GS-35F-0088K | GS-29F-0104G |
| ADC Telecommunications |  |  | comstor<br>Cisco, RSA, Symbol | EMC²<br>where information lives | edp |
| GS-35F-4096D | GS-35F-4411G | GS-35F-4397G | GS-35F-0482N | GS-35F-0322J | GS-28F-8047H |
| EPSON | ENTERASYS NETWORKS. | FrontRange SOLUTIONS | Government Channels Grou<br>Enterasys & Infoblox | Government Leasing Company | THE HON COMPANY |
| GS-35F-5860H | GS-35F-4663G | GS-35F-0616L | GS-35F-0203M | GS-35F-5359H |
| FOUNDRY NETWORKS | HEWLETT PACKARD | ITRONIX | LXE | MFSI |
| GS-35F-0203M | GS-35F-0381K | GS-35F-0326K | GS-35F-0327J | GS-35F-0380J |
| RLX | SCLogic | Software Spectrum | SYNNEX | TOSHIBA |

## TIG GSA Contract - GS-35F-4188D ~ Contract Period: 4/01/96–6/25/07

 Avocent. The Power of Being There.    adaptec    APC Legendary Reliability.   BARCO Visibly yours   brother

 CMS PRODUCTS    CRU    DELL    Digi Connectability    digitalpersona.   Dirt Bag, Inc.

 DISC MAKERS    Diskeeper    ELECTROGRAPH   Emulex    Exabyte   FELLOWES

 FOCUS    Gateway    GN Netcom   hp invent   IBM

 imation    InFocus    Informatics/ Wasp    INTRUSION    IPSWITCH   Kensington Technology

Key Tronic Corp    Kingston    KNOWLEDGENET       KONICA MINOLTA   Laplink

LEXMARK We're Always Working    LM ENGINEERING    Liebert    mpc   McAfee Software

NETSCALER    OKI    PC Guardian    perle    ProClarity   QUANTUM INC

SAMSUNG   SEIKO   SHARP.   SimpleTech   SONICWALL   SONY   StorCase TECHNOLOGY

St. BERNARD   SysKonnect   TIG Patriot   TRIPP-LITE   TROY Group, Inc.   USModular

U.S.Robotics   VANDYKE SOFTWARE   ViewSonic   XEROX   Yosemite TECHNOLOGIES

**Craig Leopard, TIG Federal Director**
**Phone 703 342 5220 ext 115**

**Georgia Vasilion, Strategic Program Manager Public Sector**
**Phone (310) 320-4934 x32**

Revised 9/16/2005

 **TIG**
Technology Integration Group.

SYSTEM INTEGRATION THAT POWERS YOUR ORGANIZATION

About TIG    Careers    eStore    Events    Government    Products    Leasing    Professional Services

Air Force BPA

CA CSSI

CMAS

DoD EMall

GSA

Los Alamos Natl. Labs

National Inst. Of
Health

› *Web Store*

› *Personnel*

› *Contract Info.*

› *Ordering Info.*

› *Program Info.*

› *Services*

› *Terms &
Conditions*

Sandia National Labs

State Of New Mexico

TXMAS

▶ **NATIONAL INSTITUTES OF HEALTH**

Technology Integration Group is a minority-owned small, disadvantaged
business enterprise serving government customers nationwide.

Electronic Commodities Store III
# Contract Number: 263-03-D-0521

Under the National Institutes of Health Electronic Commodities Store III
contract,
Government customers can procure directly through PC Specialists, Inc.
(DBA:
Technology Integration Group (TIG)) to obtain items or services that may not
be readily available through other existing contracts.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health

Copyright 2003 TIG. All Rights reserved.
Privacy Policy

Exhibit K

(to Declaration of Michael Heilbronner)

 **TIG** Technology Integration Group.

**Small Disadvantaged Business**
WA00001-0014497 8/11/07
Duns: 10-626-7958  TIN: 95-3825596
Cage Code: 0JRG8

**TIG Services Include:**
Help Desk, PC Support, Systems
Engineer and Network
Administration
http://www.tig.com/gsa

| JIT Sandia Labs | DOE ICPT | Air Force SARDS BPA | USPTO Smart 2001 Contract |
|---|---|---|---|
| **Dell – 34021** | BOA | FA8771-04-A-0605 | **50-PAPT-1-01008** |
| JIT Los Alamos | Dell & | Rugged Devices, Carrying Cases & | NIH ECSIII |
| **Dell – 02354-001-99-S1** | Gateway | Printers | **263-03-D-0521** |

## TEAMING PARTNERS

| GS-03F-5084C | GS-35F-4377D | GS-35F-0656M | GS-35F-4389G | GS-35F-0088K | GS-29F-0104G |
|---|---|---|---|---|---|
| ADC Telecommunications |  |  | comstor Cisco, RSA, Symbol | EMC² where information lives | edp. |

| GS-35F-4096D | GS-35F-4411G | GS-35F-4397G | GS-35F-0482N | GS-35F-0322J | GS-28F-8047H |
|---|---|---|---|---|---|
| EPSON | ENTERASYS NETWORKS. | FrontRange | **Government Channels Grou** Enterasys & Infoblox | Government Leasing Company | THE HON COMPANY |

| GS-35F-5860H | GS-35F-4663G | GS-35F-0616L | GS-35F-0203M | GS-35F-5359H |
|---|---|---|---|---|
| FOUNDRY NETWORKS | HEWLETT PACKARD Expanding Possibilities | ITRONIX | LXE | NFSI |

| GS-35F-0203M | GS-35F-0381K | GS-35F-0326K | GS-35F-0327J | GS-35F-0380J |
|---|---|---|---|---|
| RLX | SCLogic | Software Spectrum | SYNNEX | TOSHIBA |

## TIG GSA Contract - GS-35F-4188D ~ Contract Period: 4/01/96–6/25/07

Avocent
The Power of Being There.

adaptec

APC
Legendary Reliability.

BARCO Visibly superior

brother

CMS PRODUCTS

C·R·U

DELL

Digi Connectability

digitalPersona.

Dirt Bag, Inc.

DISC MAKERS

Diskeeper Corporation

ELECTROGRAPH Your Display Technology Distributor

Emulex

Exabyte

FELLOWES

FOCUS

Gateway

GN Netcom

hp invent

IBM

imation

InFocus

Informatics/ Wasp

INTRUSION

IPSWITCH

Kensington Technology

Key Tronic Corp

KINGSTON

KNOWLEDGENET the best of a new breed



KONICA MINOLTA

Laplink

LEXMARK We're Always Working.

LM ENGINEERING

Liebert

mpc

McAfee Software

NETSCALER

OKI USA

PC Guardian

perle

ProClarity

QUANTUM INC

SAMSUNG

SEIKO

SHARP.

SimpleTech

SONICWALL

SONY

StorCase TECHNOLOGY

St. BERNARD

SysKonnect

TIG Patriot

TRIPP·LITE

TROY Group, Inc.

USModular

U.S.Robotics

VANDYKE SOFTWARE

ViewSonic

XEROX

Yosemite TECHNOLOGIES

**Craig Leopard, TIG Federal Director**
**Phone 703 342 5220 ext 115**

**Georgia Vasilion, Strategic Program Manager Public Sector**
**Phone (310) 320-4934 x32**

Revised 9/16/2005