IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05-CV-01503 (JR) |

## DECLARATION OF SUSAN HEILBRONNER

I, Susan Heilbronner, declare as follows:

1. I am executive vice president of marketing and business development for Thayer Interactive Group LLC d/b/a "TIG Global." I have personal knowledge of the matters stated in this Declaration and, if called as a witness, I could and would competently testify to the matters set forth in this Declaration.

2. TIG Global is an Internet marketing firm that provides web presence oversight and marketing services to the hospitality industry. TIG Global's customers are limited to hotels, hotel chains, real estate information and investment companies, and other lodging and hospitality businesses. TIG Global supplements its primary Internet marketing services by offering a limited array of website management services (including design and content updates) for its existing clients.

3. In 2001, TIG Global was founded as Thayer Interactive Group, LLC. "Thayer" referred to the ownership group out of which TIG Global was founded, namely, Thayer Lodging Group.

4. TIG Global's headquarters is in the District of Columbia, all but one of its employees work at the company's headquarters, all of the company's business records are maintained in the District, and TIG Global uses the TIG GLOBAL mark and www.tigglobal.com domain name in the District.

5. In October 2004, TIG Global began using the mark TIG GLOBAL as its primary brand name and service mark.

6. As I understand Defendant's business based on reviewing the company's website, correspondence from counsel, and filings in this case, Defendant's business is not competitive with TIG Global's business.

7. I am unaware of any instances in which TIG Global has encountered Defendant in the marketplace.

8. After TIG Global filed the Complaint for Declaratory Judgment in this action, TIG Global still hoped that an amicable resolution was possible, and TIG Global pursued settlement discussions among the companies' business people.

9. Frederic Malek (CEO of TIG Global) and I participated in such a call on behalf of TIG Global. A person representing herself as Peggy Loeffler participated in that call on behalf of Defendant.

10. During the call, Mr. Malek and I explained why we thought the companies' brands could coexist without incident. Ms. Loeffler said Defendant would consider the matter, and she said she intended to make a follow-up call to TIG Global during the following week.

Attached as Exhibit A is a true and correct copy of my letter of August 2, 2005 to Ms. Loeffler, in which I confirmed that Ms. Loeffler had agreed to call TIG Global the following week.

11. Ms. Loeffler never contacted me after the conference call, and, my understanding is that neither she nor any other business person contacted TIG Global. The next communication TIG Global received from Defendant was a letter of October 27, 2005, from Peter Hahn, outside counsel for Defendant. A true and correct copy of that letter accompanies this Declaration as Exhibit B.

12. TIG Global has no employees, offices, or physical presence of any kind in California.

13. It would be burdensome and inconvenient for TIG Global to litigate a dispute in California. My absence, as well as the absence of TIG Global's officers and key employees who will serve as the other primary witnesses in this case, would significantly disrupt the company's business.

14. Based on my understanding of Defendant's business and statements on Defendant's website, TIG Global is a significantly smaller company in terms of revenue and employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 13, 2005.

Susan Heilbronner

Exhibit A

(to Declaration of Susan Heilbronner)



# TIG Global

5335 Wisconsin Ave. NW
Suite 750
Washington, DC 20015
tel. 202.465.3900
fax: 202.465.3950
www.TIGglobal.com

August 2, 2005

<u>By Facsimile: (858) 566-8794</u>
Peggy Leffler
Vice President
Technology Integration Group
7810 Trade Street
San Diego, CA 92121

Dear Ms. Leffler,

Thanks so much for your time last week and the discussion with me and our CEO, Fred Malek, about the trademark issues. As we discussed, we feel that our businesses and target audiences are quite distinct, which we believe should enable an amicable resolution.

You said when we spoke on Friday, July 29th, that you intended to get back with us by phone sometime this week to continue the conversation. We look forward to hearing from you at your next convenience.

Sincerely,

Sue Heilbronner
EVP-Business Development

Cc:   Fred Malek
      Peter Hahn, Esq.
      Mike Heilbronner, Esq.

Exhibit B

(to Declaration of Susan Heilbronner)

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Fax
503 9140301

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

PETER K. HAHN, PARTNER
DIRECT DIAL NUMBER (619) 699-2585

DIRECT FAX: (619) 446-8243
E-MAIL: phahn@luce.com

October 27, 2005

17011-32

## VIA FACSIMILE AND MAIL CONFIRMATION

Mike Heilbronner, Esq.
TIG Global
5335 Wisconsin Avenue N.W., Suite 780
Washington, DC 20015

Re:   Marks:   **TECHNOLOGY INTEGRATION GROUP**
                **TIG**
      Subject:  Trademark Infringement

Dear Mr. Heilbronner:

As you are aware, this firm is legal counsel to PC Specialists, Inc. ("PC Specialists"). We are in receipt of Ms. Heilbronner's facsimile correspondence of September 28, 2005 wherein she enclosed a copy of prior correspondence to Ms. Peggy Loeffler of Technology Integration Group/PC Specialists. In that letter Ms Heilbronner asserts that she and Ms. Loeffler agreed that the companies' respective businesses were "quite distinct" and that an amicable resolution should therefore be possible.

First, I was a little surprised that Ms. Heilbronner contacted my client directly instead of working through legal counsel. In the future, please ask your client to address all issues relating to this matter to me through you.

As for the July 29, 2005 conversation, Ms. Loeffler's recollection is not in agreement with the position taken by Ms. Heilbronner. According to Ms. Loeffler, they discussed why your client's use of TIG and TIG GLOBAL is likely to cause confusion in the marketplace. Specifically, it appears both companies provide the same services to the same class of customers. This is unacceptable.

As previously discussed, PC Specialists' has United States Trademark Registrations for the marks TECHNOLOGY INTEGRATION GROUP and TIG. These marks have been used for many years in connection with the sales of hundreds of millions of dollars of goods and services. These marks have also been promoted heavily in millions of dollars of advertising and marketing each year. Given the extensive use, the marks are very well known in the computer industry. PC

Luce-Forward et. al. 10/27/05 4:18   PAGE 3/4   RightFax

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
Luce, Forward, Hamilton & Scripps LLP

Mike Heilbronner, Esq.
October 27, 2005
Page 2

Specialists' registrations and widespread use afford it the sole and exclusive right to utilize the marks and to authorize others to utilize them.

Your client, Thayer Interactive Group, LLC. ("Thayer") recently began using the mark "TIG Global" as its company name and as a service mark. Thayer's use of "TIG Global" is in connection with services which are the same as services provided by PC Specialists causing a high likelihood of confusion. Thayer's uses of the marks "TIG" and/or "TIG Global" clearly infringe the trademark rights of PC Specialists.

While we appreciate Thayer's desire to continue to use the TIG mark, we continue our demand that that Thayer must immediately cease and desist from any further use of the mark "TIG", "TIG Global" or any other mark or designation which is confusingly similar to either of these marks.

PC Specialists, is willing to consider the matter closed without engaging in any further legal proceedings if you immediately confirm in a letter to me each of the following:

(1) that Thayer will expressly abandon U.S. Trademark Application No. 78/480,995 for the mark TIG GLOBAL;

(2) that Thayer will discontinue all uses of the mark "TIG", "TIG Global" and any other mark confusingly similar thereto;

(3) that Thayer will discontinue all uses of "TIG", "TIG Global" and any other term confusingly similar thereto as a part of your company's name;

(4) that Thayer will remove all product(s) or literature bearing the infringing marks from all points of distribution and have the infringing marks removed where possible or in the alternative have the products and literature destroyed; and

(5) that Thayer will transfer ownership of the registration for the "tigglobal.com" domain name to PC Specialists.

As indicated previously, failure to fully and immediately comply with this letter will force PC Specialists to seek redress through the courts. Please be aware that your company's continued use of the mark after this date would be a basis for a court order which includes not only an injunction prohibiting further use, but also an award of increased damages and recovery of attorneys fees and costs incurred in resolving this matter.

Luce Forward et. al. 10/27/05 4:18    PAGE    4/4    RightFax


**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Mike Heilbronner, Esq.
October 27, 2005
Page 3

We look forward to hearing from you as soon as possible regarding how Thayer intends to proceed in this matter.

Sincerely,

Peter K. Hahn
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
PKH/tan

Enclosures
cc:   Ms. Peggy Loeffler

2118131.1

Luce Forward et. al. 10/27/05 4:18    PAGE 1/4    RightFax

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873
Luce, Forward, Hamilton & Scripps LLP

600 West Broadway
Suite 2600
San Diego, CA 92101
619.236.1414
619.232.8311 fax
www.luce.com

## Facsimile Transmission

**To**
Name . . . . . . . . . . Mike Heilbronner, Esq.
Company . . . . . . . . TIG GLOBAL
Location . . . . . . . . Washington, D.C.

Fax Number . . . . . . 1-202-465-3950
Voice Number . . . . . 1-202-465-3915

**From**
Name . . . . . . . . . . Peter K. Hahn, Esq.
Fax Number . . . . . . (619) 446-8243
Voice Number . . . . . (619) 699-2585

## Message or comment ...

Please see the attached correspondence from Peter Hahn regarding TECHNOLOGY INTEGRATION GROUP/TIG. Thank you.

**Date and time of transmission:** Thursday, October 27, 2005 4:11:58 PM
**Number of pages:** 04    (Including this cover page.)

PRIVILEGED AND CONFIDENTIAL - All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us.