```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


THAYER INTERACTIVE GROUP LLC,       :
                                    :
        Plaintiff,                  :
                                    :
     v.                             :  Civil Action No. 05-1503 (JR)
                                    :
PC SPECIALISTS, INC.,               :
                                    :
        Defendant.                  :
```

### ORDER

Upon consideration of defendants's motion for the *pro hac vice* appearance of Michelle A. Herrera, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                                        JAMES ROBERTSON
                                   United States District Judge
```