**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THAYER INTERACTIVE GROUP LLC,

Plaintiff,

v.

PC SPECIALISTS, INC.,

Defendant.

Civil Action No. 1:05CV01503 (JR)

**REPLY DECLARATION OF PETER K. HAHN IN SUPPORT OF DEFENDANT PC SPECIALISTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

I, Peter K. Hahn, declare and state as follows:

1. I am a partner with the law firm of Luce, Forward, Hamilton & Scripps LLP, counsel for Defendant PC Specialists, Inc., a California corporation doing business as Technology Integration Group (hereinafter, "TIG"), in the above-referenced matter. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. I have read the Declaration of Michael Heilbronner submitted in support of Plaintiff Thayer Interactive Group, LLC's ("TIG GLOBAL") Opposition to Defendant's Motion to Dismiss or, Alternatively, to Transfer. I have read Mr. Heilbronner's recount of a telephone conversation he and I had on July 22, 2005. As set forth in the following paragraphs, my recollection of our conversation differs substantially from Mr. Heilbronner's.

3. Mr. Heilbronner called me on July 22, 2005 to discuss the July 20, 2005 letter I sent to TIG GLOBAL. The clear purpose of Mr. Heilbronner's call was to persuade me to withdraw the demand that TIG GLOBAL discontinue use of the trademark TIG, a federally

registered trademark owned by TIG (the "TIG Mark"). Mr. Heilbronner advised me that TIG GLOBAL was a marketing company that helped hotels with their websites. He also informed me that TIG GLOBAL not only assisted its clients with Internet marketing, but that the company also designed and maintained websites for its clients. He claimed that such services were unrelated to the services TIG provides to its clients. Since he believed the businesses operated in unrelated areas, he suggested that both companies simply continue using their respective marks. He stated, in no uncertain terms, that it was TIG GLOBAL's position that no change on its part was required.

4. I explained to Mr. Heilbronner that his perception of TIG's business was incorrect. I specifically informed Mr. Heilbronner that TIG also performs website development and maintenance for its clients, there was clear overlap between the companies' respective businesses and, therefore, a strong likelihood of confusion created by TIG GLOBAL's use of the TIG Mark. I reiterated that that it was TIG's position that TIG GLOBAL needed to change its name in order to avoid continued infringement of the TIG Mark. While TIG would prefer that TIG GLOBAL use a name that does not incorporate "TIG," I told Mr. Heilbronner that TIG was open to hear any proposal from TIG GLOBAL that would avoid a likelihood of confusion.

5. Mr. Heilbronner told me he would discuss the matter with his client. I said I looked forward to receiving an alternative proposal from TIG GLOBAL. I never heard back from Mr. Heilbronner.

6. Shortly thereafter, I received a telephone call from Peggy Loeffler, Vice-President of TIG. Ms. Loeffler informed me that she received a telephone call from Susan Heilbronner at TIG GLOBAL, who essentially repeated what Mr. Heilbronner previously told me, *i.e.*, that it was TIG GLOBAL's position that the companies' respective businesses were unrelated and that TIG GLOBAL should therefore be able to continue to use the trademark TIG. I advised Ms. Loeffler that I would handle all future communications with TIG GLOBAL.

7. Attached hereto as Exhibit F is a true and correct copy of a January 3, 2005 press release issued by TIG GLOBAL that appears on TIG GLOBAL's website.

8. Attached hereto as Exhibit G is a true and correct copy of an article appearing on "www.hospitality.org" that announces a December 7, 2005 Travel Internet Marketing Strategy Conference in San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20 day of December, 2005 at San Diego, California.

Peter K. Hahn

2138817.1

# EXHIBIT F

TIG
Global

News

Back to Previous Page

## Recent News

October 6, 2005
WASHINGTON, DC

September 7, 2005
WASHINGTON, DC

August 24, 2005
OREM, Utah

July 28, 2005
WASHINGTON, DC

July 1, 2005
OREM, Utah

June 13, 2005
WASHINGTON, DC

June 3, 2005
WASHINGTON, DC

## News Archive

May 11, 2005
March 21, 2005
March 8, 2005
February 23, 2005
February 10, 2005
January 6, 2005
January 3, 2005
November 30, 2004
October 14, 2004
September 29, 2004
May 10, 2004
March 15, 2004
February 2, 2004
August 20, 2003
June 3, 2003
May 5, 2003

**For Immediate Release**

**Contact**: Rachel Zendel
TIG Global
Ph: 202.465.3939
Email:rzendel@TIGglobal.com

**TIG Global Guiding Internet Presence Close To 50 New Hotel Clients In Fourth Quarter 2004**

Internet Marketing Firm's Highly Adaptable Services And Strong Results Driving Force Behind New Partnerships

Washington, D.C. – **TIG Global, LLC**, announced that in the fourth quarter of 2004 the company has added close to 50 independent and branded hotel properties to its extensive portfolio of clientele. Acting as the hotels' full-service Internet marketing partner, **TIG Global** will provide these clients with its comprehensive web presence management and marketing services, which has proven the ability to drive direct Internet sales, increase incremental online revenue, and deliver unrivaled ROI to hotels in multiple markets.

**TIG Global**'s full-service Internet marketing program delivers its new clients an average of $300,000 to an excess of $2 million in incremental revenue per hotel, depending on the market and property's ADRs. With new hotel clients ranging in size and type from luxury resorts and convention properties to mid-scale hotels, **TIG Global** assesses each property's specific demand drivers to develop a marketing program that maximizes website traffic and conversion. **TIG Global**'s unique, strategic marketing approach is based on each hotel's specific needs and market conditions, and leverages market demand by focusing on leisure and transient travelers, unmanaged or corporate business, meeting and conventions, social and catering, and/or seasonal events.

Some of TIG Global's newest resort clients to partner with the firm for its customizable solutions include:

- Mohonk Mountain House
- Elk Mountain Resort
- Praia D'El Rey Marriott Golf & Beach Resort
- Safety Harbor Resort and Spa
- Sheraton Beach Resort Key Largo
- The Balboa Bay Club and Resort
- The Peabody Orlando

"TIG Global is tailoring its program to meet our specific needs and objectives by aggressively marketing every aspect our historic, 'Full-American-Plan' resort online, including our Spa and Fitness Center set to open in summer 2005," said Nina Smiley, director of marketing of Mohonk Mountain House.

April 2, 2003
December 13, 2002
October 2, 2002

Additionally, some of the new clients in the downtown and suburban areas to partner with **TIG Global** for its market-adaptable services include:

- The Sherry-Netherland
- Crowne Plaza Hotel Oklahoma City
- Hilton San Diego Airport/Harbor Island
- Renaissance Harborplace
- Residence Inn Washington, DC/Capitol
- Holiday Inn Metrodome
- Holiday Inn Williamsburg-Downtown
- Courtyard Embassy Row

"**TIG Global**'s full-service approach to Internet marketing, solid record of revenue generation, and extensive knowledge of the hospitality business were key components in selecting them as our Internet marketing partner, and their fixed-price quote made budgeting easy" said Michael Littler, executive vice president and chief operating officer of The Sherry-Netherland. "We look forward to working with **TIG Global** to increase our Internet revenue, by proactively managing and marketing our property to target weekday transient and weekend leisure travelers. Their hands-on program supplements the limited time that my own small staff can give to manage web distribution."

Many of TIG Global's new clients come through newly signed enterprise relationships with major management and ownership groups, including Sunstone Hotel Investors, Hospitality Partners, Noble Investment Group, The Bernstein Companies, Capitol Hotel Group, and others.

In accordance with the enterprise and hotel partnerships, **TIG Global** provides its new clients with its tailored, integrated Internet marketing services that include website development; site hosting and maintenance; content and copy management; search engine optimization; pay-per-click marketing; strategic link campaigns; online advertising; statistical reporting and analysis; full revenue tracking; and proactive consultative client support.

"**TIG Global** has proven the ability to significantly increase incremental revenue with low customer acquisition costs in a multitude of markets with comprehensive Internet marketing services," said Trip Schneck, president of **TIG Global**. "We predict strong results for each of our new hotel clients by leveraging market demand, driving online consumers direct, and delivering unrivaled ROI to each property."

Since its founding in 2001, **TIG Global** has provided premium Internet marketing services and industry-leading results for more than 250 hotel clients, comprising over 30 international brands, a wide variety of independents, and more than 40 management and ownership groups. During 2004, **TIG Global** more than doubled its 2003 client base, and generated an excess of $300 million in revenue for its clients.

***About TIG Global:***

TIG Global, LLC, www.TIGglobal.com, is a full-service Internet marketing firm that provides turnkey web presence management for the hospitality industry. **TIG Global** maximizes incremental online revenue by delivering travel consumers directly to a hotel's website or property pages on a branded site, allowing hotels to build relationships with customers and increase margins in the growing Internet space. **TIG Global**'s clientele comprises more than 250 hotels and resorts, ranging from independent hotels to branded and franchised hotels, operating in over 50 markets throughout North America, Europe, and the Caribbean.

Back to Previous Page

TIG Global - Driving Revenue. Direct. - Integrated Internet Marketing
Page 3 of 3

For more information about TIG Global's service offerings, please contact Rachel Zendel at 202.465.3939 or rzendel@TIGglobal.com.

Driving Revenue. Direct.

About Us | Integrated Marketing | Account Management | Analysis & Reporting | Client Successes | Contact Us | Employment | Home

© 2005 TIG Global

Privacy Policy | Terms and Conditions

http://www.tigglobal.com/dsp_sub_news010305.cfm 11/30/2005

# EXHIBIT G

HSMAI Sets Agenda For 5th Travel Internet Marketing Strategy Conference In San Francisc... Page 1 of 5

hospitality NET ™

HOME
INDUSTRY NEWS
FINANCIAL NEWS
MARKET REPORTS
COLUMNS
ASSOCIATION UPDATE
CAPTURED
MULTIMEDIA
INDEPTH
JOB OPPORTUNITIES
JOB DEMANDS
MARKETPLACE
HOTELSCHOOLS
INDUSTRY LINKS
INDUSTRY EVENTS
DOCUMENTS
BOOKSHELF
PAST POLLS
OTHELLO
RSS FEED (XML)
MICROSOFT® ALERTS

SEARCH
GO
POWER SEARCH

COMMUNITY
·NEWSLETTER
·REGISTER
·UPDATE REGISTRATION
·POST/SUBMIT CONTENT

ALLIANCES

Home / Industry News / All Associations News / Article

FLASHINTRO
SIGN UP FOR NEWSLETTER

INDUSTRY NEWS

BECOME A REGISTERED USER | CONTRIBUTE YOUR NEWS | CONTACT US | HELP

◂ PREVIOUS · INDEX · NEXT ▸

POST YOUR NEWS ON THE HSYNDICATE NETWORK

14 November 2005

**HSMAI Sets Agenda For 5th Travel Internet Marketing Strategy Conference In San Francisco, Dec. 7, 2005**

*Day-Long Workshop on Emerging Trends in Internet Marketing Held in Conjunction with HEDNA 2005*

HSMAI

MCLEAN, VA | The 5th Travel Internet Marketing Strategy Conference presented by the Hospitality Sales & Marketing Association International (HSMAI) will delve into "Emerging Trends in Internet Marketing," as expert speakers and panelists gather in San Francisco, CA, at the Sir Francis Drake Hotel on Wednesday, Dec. 7, 2005.

Timed in conjunction with HEDNA 2005, the Travel Internet Marketing Strategy Conference will focus on hot topics such as global trends, threats to your e-business, digital marketing to consumers, and privacy vs. measurement.

"The power and influence of the Internet is taking the industry by storm, and every sales and marketer in travel and hospitality should know how to use it effectively to build your business and protect the brand," states Robert A. Gilbert, CHME, CHA, president and CEO of HSMAI.

"To fully leverage the power of the Internet in today's global environment, online marketers need to do more than understand the techniques that drive bookings, such as search engines, but more importantly, identify ways to protect the brand," states Jens Thraenhart, executive director, marketing strategy & CRM, Canadian Tourism Commission, and chair of the HSMAI Travel Internet Marketing Organization (TIMO). "Conference attendees will get an understanding of the emerging trends and technologies that can make one vulnerable to Internet-related opportunities and threats, as well as effect

http://www.hospitalitynet.org/news/154000436/4025288.search?query=%22tig%20global%22 12/1/2005



- AH&LA
- IH&RA
- HSMAI
- HFTP
- HITEC
- HOTELSCHOOLS.COM
- WIREDHOTELIER.COM

CONTACT US
ADVERTISING
MEDIAKIT

consumer buying behaviors in different regions of the world."

The agenda is as follows:

- 8:00am: Continental breakfast
- 8:30-8:45am: Welcome and Introductions
- 8:45-9:45am: Opening Keynote: **Gary Stein**, senior analyst, Jupiter
  Effective Internet Marketing in a Global Market Place
- 9:45-10:00am: Break & Supplier Showcase
- 10:00-11:30am: **Session 1: Emerging Threats and Protecting Your e-Business**

Speaker & Moderator: Panos Anastassiadis, CEO, Cyveillance. Panelist: Robert C. Boxberger, executive vice president of risk operations, Washington Mutual Card Services and Tom Vadnais, senior vice president, Commission Junction and Mediaplex

The Internet has been embraced by consumers and businesses alike. Consumer confidence is attacked from all sides in the online environment: hijacked brands, competitors diverting traffic, activists planning attacks and customers' data being stolen and misused. Consumer perception will likely drive companies to quickly adopt advanced solutions or risk losing existing and potential customers, revenue streams and brand reputation. Optimizing your presence online goes beyond capturing Web traffic. This session will address ongoing and emerging risks to consumer confidence in today's global hospitality environment: the various ways they manifest themselves online, their impact, and what to do about them.

- 11:30am-1:15pm: Networking lunch at roundtables
- 1:30-2:45pm: **Session 2: Consumers Have it All: The Latest in Effective Digital Marketing Techniques**

Speaker: **Geoff Ramsey**, CEO, eMarketer

Consumers today are armed with iPods, TiVo machines, Blackberries, search engines, broadband connections and other digital technologies, and they have gained unprecedented control over their media, content and purchasing options. As a result, marketers are facing an increasingly complex web of challenges. This session will cut through the hype, misinformation and contradictory research data to provide a clear picture of how digital advertising and marketing techniques can help you achieve your objectives in unique and powerful ways.

- 2:45-3:00pm: Break & Supplier Showcase
- 3:00-4:30pm: Closing Keynote: **Nick Nyhan**, president, Dynamic Logic on Metrics vs. Privacy: The Safecount Initiative
  Advertisers are increasingly using the digital media landscape to find, engage and measure consumers. While advertisers talk about

engagement and accountability, consumers are talking about identity theft, spyware, and fear. Where is the middle ground? We look at the debate over cookies, which touch on many of these issues in order to examine a larger question: Are marketers facing a digital arms race with consumers long term?

- 4:30-5:30pm: Networking Reception

The cost to attend the Travel Internet Marketing Strategy Conference is $195 for HSMAI members and $350 for non-members, which includes a one-year HSMAI membership.

Sponsors of the 5th Travel Internet Marketing Strategy Conference include American Express, Cyveillance, Inc., eMarketer, Expedia, Inc., HSMAI University, Real Magnet and TIG Global. For information on sponsorships, please contact Melanie Penoyar at (703) 610-9024 or mpenoyar@hsmai.org.



HSMAI is an organization of sales and marketing professionals representing all segments of the hospitality industry. With a strong focus on education, HSMAI has become the industry champion in identifying and communicating trends in the hospitality industry, and bringing together customers and members at 15 annual events. Founded in 1927, HSMAI is an individual membership organization comprising of nearly 7,000 members worldwide, with 38 chapters in the Americas region.

For more information on HSMAI, or to participate in the upcoming Travel Internet Marketing Strategy Conference, contact the Hospitality Sales & Marketing Association International, 8201 Greensboro Drive, Suite 300, McLean, VA 22102, phone: (703) 610-9024; fax: (703) 610-9005; or visit www.hsmai.org or www.travelinternetmarketing.org.

**RELATED EVENT**

HSMAI Travel Internet Marketing Strategy Conference
7 December 2005
Sir Francis Drake Hotel
United States - San Francisco, CA
Visit Event Website | More Information



**CONTACT**
Richard S. Kahn
Phone: (516) 594-4100
Email: Richard@kahn-travel.com

**ORGANIZATION**
Hospitality Sales & Marketing Association International (HSMAI)
http://www.hsmai.org
8201 Greensboro Drive, Suite 300
Phone: 703-610-9024
Fax: 703-610-9005
Email: bgilbert@hsmai.org

**RECENT NEWS**

Lynne Anderson Named Assistant Show Manager, Rina Disavino Promoted To Administrative Manager For HSMAI's Affordable Meetings® Series Of Trade Shows
Wednesday 2 November 2005

Resort Industry Gets Best Practices Study On Internet Marketing And Distribution
Friday 21 October 2005

Hotels Yield Best Results With Person-to-person Sales | HSMAI-PKF Survey Finds
Friday 14 October 2005

*All Articles from Hospitality Sales & Marketing Association International (HSMAI)*




◄ PREVIOUS · INDEX · NEXT ►



Ads by Goooooogle

Advertise on this site

**Media Industry Forecast**
Get the forecast and report on the media and communications industries
www.vss.com

**$400 - $900 Per Day**
Honest Program - Start Now Direct Deposit or ATM Payment
www.weeklycashincome.com

**Entrepreneurs Wanted**
Sick of Working for the Man? Serious Inquiries Only.
itscalledfreenterprise.com

**Marketing Delivered**
Strategy, Tactics and Metrics Improve marketing ROI today
www.businesswon.biz

COPYRIGHTS

Copyright© 1995-2005 Hospitality Net™ All rights reserved.
Trademarks and product names are the property of their respective owners.
Privacy Statement - Terms & Conditions - Advertising Information

SEARCH | SITEMAP | COMMENTS | HOME | ▲