UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

    Plaintiff,

v.

PC SPECIALISTS, INC.,

    Defendant.

Civil Action No. 1:05CV01503 (JR)

### DECLARATION OF BRUCE A. GEIER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

I, Bruce A. Geier, declare and state as follows:

1. I am the President and Chief Executive Officer of PC Specialists, Inc., doing business as Technology Integration Group ("TIG"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I have read Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer, particularly the allegations regarding "Defendant's Presence in and Connections to Washington, D.C." appearing at pages 6 through 9 therein. These allegations grossly misrepresent and mischaracterize TIG's business in Washington, D.C., and I submit this declaration to, among other things, clarify the record on this issue.

3. TIG does not have an office in Washington, D.C. TIG has no plans to open an office in Washington, D.C. TIG has a new office in the general area, in Vienna, Virginia, that began operations only a couple of months ago. TIG has nineteen offices throughout the United States, with its office in Vienna, Virginia being it's newest. TIG has 9 employees at that office --

8 salespersons and 1 engineer. During the last fiscal year, the sales generated by TIG's office in Vienna, Virginia comprised approximately .0015% of the company's total sales for that period.

4. TIG hopes that its Vienna, Virginia office will be successful and will attract local clientele, as well as clientele from surrounding areas including, among others, federal agencies in Washington, D.C. Presently, however, all of TIG's contracts with federal agencies have originated from offices other than TIG's Virginia office. For example, TIG's contract with the National Institute of Health ("NIH") originated in, and is administered by the NIH from Bethesda, Maryland, and is serviced by TIG's offices in Torrance, California and San Diego, California. TIG's contract with the Air Force originated in Montgomery, Alabama, and is serviced by TIG's offices in Torrance, California and San Diego, California. TIG's contract with the Department of Defense ("DOD") is administered by the DOD from Battle Creek, Michigan and serviced by TIG's offices in Honolulu, Hawaii. TIG's contract with the General Services Administration is administered by the GSA in Arlington, Virginia and serviced by TIG's offices in Torrance, California and San Diego, California. TIG also has contracts with the Department of Energy in New Mexico and Seattle, Washington, and none of the administration of those contracts occurs in Washington, D.C. or Vienna, Virginia. TIG also has a business relationship with the United States Patent & Trademark Office in Alexandria, Virginia, that is administered by TIG's Las Vegas, Nevada office. In fiscal year 2005 TIG made 1,268 sales to the USPTO, yet only 2 of those sales, which were minor, went to Washington, D.C.

5. In or around July 2005, I received a voicemail message from Paul Corsinita, General Manager of the La Jolla Marriott, and a resident of San Diego County. Mr. Corsinita stated that he had seen an advertisement by an entity known as "TIG Global" in a hospitality industry magazine, and wondered if that company had any affiliation with TIG. Mr. Corsinita faxed me a copy of the advertisement, a true and correct copy of which is attached hereto as Exhibit A. I subsequently called Mr. Corsinita and informed him there was no affiliation

between TIG and "TIG Global." Seeing as how "TIG Global" was using a federally registered trademark belonging to TIG, I turned the matter over to TIG's attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2005 at San Diego, California.

_____
Bruce A. Geier

2138818.1

# EXHIBIT A

# TECHNOLOGY Today

*Bruce 858-566 1243*
*Per my voice message to you - Paul*

## AMERICAS BEST VALUE INN BOOSTS RES BIZ

Americas Best Value Inn is now a partner in GenaRes, a new central reservation system formed by the founders of Lexington Services, a res system now owned by Vantis. Americas Best Value Inn previously used Pegasus Solutions for all GDS, Internet and voice reservations. Roger Bloss, ABVI founder and president, and Bernard Moyle, ABVI CFO, now sit on the board of GenaRes, a Dallas-area company that was formed by brothers Michael and Ricky Wilkins, along with Eugene Harris.

In a related move, ABVI has customized GenaRes for Asian American Hotel Owners Association members who own independent hotels. The AAHOA Independent Reservation System, or AIRS, aims to set up websites and booking engines and put such hoteliers into all third-party programs and GDSs, says Bloss. AIRS members pay only for business AIRS generates. Also imminent: a chain code for AIRS members to help with marketing.

Bloss also says the National Association of Black Hotel Owners, Operators & Developers (NABHOOD) has expressed interest in a version of AIRS. So has a group of independent hoteliers in China.



**Risk-Free Internet Marketing**
**TIG Global**
**GUARANTEED!**

**We make your revenue our business**

TIG Global drives substantial direct Internet revenue and delivers unrivaled ROI to hotels. We're so confident, we'll guarantee your success!

Contract for TIG Global's integrated online marketing services by September 2005 and we will guarantee your hotel's online revenues will meet or beat the program cost.

Call 202.465.3939, or visit www.TIGglobal.com/guarantee to learn more.

*The leading provider of interactive marketing services for hotels.*

CIRCLE 64 ON READER SERVICE CARD

86 LODGING HOSPITALITY MAY 15, 2005

## Holiday Inn Tests Self-Serve Kiosk

The Holiday Inn Gwinnett Center in Duluth, GA gets tested a lot. First, it was the electronic menu and concierge service. Next came a modernized "Great Sign." Now, it boasts a reception kiosk that allows guests to check in and out, change hotel reservations and access airline systems to print boarding passes on the spot.

Developed for InterContinental Hotels Group by Micros Systems, the kiosk has a real time interface to the Micros OPERA property management system. Customer feedback will shape the brand's plan for implementation, tentatively set for this summer.