IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05-CV-01503 (JR) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL HEILBRONNER

Pursuant to Local Rule 83.2(d), Daniel H. Marti, a member in good standing of the Bar of this Court, respectfully moves this Court to grant attorney Michael Heilbronner permission to appear *pro hac vice* as counsel for Plaintiff Thayer Interactive Group in the above-captioned matter. In support of this motion, Daniel H. Marti states:

1. I am an associate with the law firm of Kilpatrick Stockton LLP, located at 607 14th Street, N.W., Suite 900, Washington, DC 20005, and I am acquainted with Mr. Heilbronner. I am an attorney of record representing the Plaintiff in the above-captioned matter.

2. Mr. Heilbronner is President of the law firm IdeaLegal, P.C., located at 121 SW Morrison, Suite 1020, Portland, OR 97204, and his phone number is (503) 449-9084.

3. Mr. Heilbronner is a member in good standing of the Bar of the State of Oregon.

4. To my knowledge, Mr. Heilbronner has not been the subject of any disciplinary investigation, action, or grievance procedure, is not currently disbarred in others courts, and has not been denied admission to the courts of any state or any court of the United States.

5. To my knowledge, Mr. Heilbronner has never been admitted pro hac vice to this Court.

6. The Declaration of Mr. Heilbronner is attached hereto.

WHEREFORE, it is respectfully requested that Michael Heilbronner be permitted to participate in the matter *pro hac vice* pursuant to Local Rule 83.2.

Respectfully submitted,

_____
Daniel H. Marti, Esq. (D.C. Bar No. 481691)
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005-2018
Tel: (202) 508-5800
Fax: (202) 508-5858

Attorney for Plaintiff

This 21st day of December, 2005.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:05-CV-01503 (JR)<br>) |
| PC SPECIALISTS, INC. | )<br>) |
| Defendant. | )<br>) |

## DECLARATION OF MICHAEL HEILBRONNER, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael Heilbronner, Esq, declare the following under penalty of perjury:

1. My full name is Michael Kevin Heilbronner.

2. I am President of the law firm IdeaLegal, P.C., located at 121 SW Morrison, Suite 1020, Portland, OR 97204, and my phone number is (503) 449-9084.

3. I am a member in good standing of the Bar of the State of Oregon and am admitted to the Bar of the State of Georgia (currently, on "inactive" status).

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated this 20th day of December, 2005.

*/s/ Michael Heilbronner*
_____
Michael Heilbronner, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05-CV-01503 (JR) |
| PC SPECIALISTS, INC. | ) |
| Defendant. | ) |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Michael Heilbronner, it is this _____ day of _____, 200__, hereby

**ORDERED** that the Motion for Admission Pro Hac Vice of Michael Heilbronner be, and the same is, **GRANTED**; and it further

**ORDERED** that Michael Heilbronner be permitted to represent plaintiff Thayer Interactive Group LLC and to participate in any proceedings on behalf of Thayer Interactive Group in the above-captioned matter.

**SO ORDERED.**

_____
Honorable James Robertson
United States District Judge