**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THAYER INTERACTIVE GROUP LLC,   : | |
| : | |
| Plaintiff,   : | |
| : | |
| v.   : | Civil Action No. 05-1503 (JR) |
| : | |
| PC SPECIALISTS, INC.,   : | |
| : | |
| Defendant.   : | |

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Michael Heilbronner, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge