AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THAYER INTERACTIVE GROUP, LLC

   Plaintiff(s)   )  
             ) **APPEARANCE**  
             )  
     vs.      ) CASE NUMBER 1:05-CV-01503-JR  
PC SPECIALISTS, INC.   )  
             )  
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Edward W. Gray, Jr.__ as counsel in this
              (Attorney's Name)

case for: __PC Specialists, Inc.__
     (Name of party or parties)

__February 24, 2006__  
Date

__382838__  
BAR IDENTIFICATION

*(signature)*  
Signature

__Edward W. Gray, Jr.__  
Print Name

__2000 Pennsylvania Ave., NW__  
Address

__Washington, DC 20006__  
City   State   Zip Code

__202-887-1500__  
Phone Number