AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THAYER INTERACTIVE GROUP, LLC )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER 1:05-CV-01503-JR
PC SPECIALISTS, INC. )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Christopher E. George__ as counsel in this
                         (Attorney's Name)

case for: __PC Specialists, Inc.__
             (Name of party or parties)

February 24, 2006
Date

_____
Signature

447218
BAR IDENTIFICATION

Christopher E. George
Print Name

2000 Pennsylvania Ave., NW
Address

Washington, DC 20006
City    State    Zip Code

202-887-1500
Phone Number