AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THAYER INTERACTIVE GROUP, LLC

|  |  |  |
|---|---|---|
| | ) | **APPEARANCE** |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER    1:05-CV-01503-JR |
| PC SPECIALISTS, INC. | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of    G. Brian Busey    as counsel in this
(Attorney's Name)

case for: PC Specialists, Inc.
(Name of party or parties)

February 24, 2006
Date

366760
BAR IDENTIFICATION

_Signature_
Signature

G. Brian Busey
Print Name

2000 Pennsylvania Ave., NW
Address

Washington, DC 20006
City          State          Zip Code

202-887-1500
Phone Number