UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thayer Interactive Group, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC Specialists, Inc. )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No.: 1:05-CV-01503 (JR) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. Rule 6(b), Defendant, PC Specialists, Inc., by and through counsel, moves for an extension of time for filing its response to the complaint in this matter. Michael Heilbronner, Esq. and Daniel H. Marti, Esq. counsel for Plaintiff consent to this motion.

As grounds for this motion, Defendant states as follows:

1.      Plaintiff filed its Complaint on July 29, 2005, requesting a declaratory judgment finding that Plaintiff has not infringed Defendant's trademarks.

2.      Defendant filed a Motion to Dismiss and a Motion for Change of Venue on December 25, 2005.

3.      The Court Ruled on Defendant's Motions on February 14, 2006, denying Defendant's Motions, setting Defendant's time to respond to Plaintiff's Complaint.

4.      Defendant's response to Plaintiff's Complaint is currently due on March 1, 2006.

5. On February 24, 2006, Defendant recently retained new counsel to represent it in this matter. Counsel filed Notices of Appearance in this matter.

6. Defendant has sought and obtained Plaintiff's consent to an extension of time to respond to Plaintiff Complaint until March 22, 2006.

WHEREFORE, Defendant PC Specialists, Inc. respectfully requests an extension of time until March 22, 2006 within which to file its response to Plaintiff's Complaint.

Dated: February 28, 2006

Respectfully submitted,

*/s/ Edward W. Gray*
Edward W. Gray, Jr.
G. Brian Busey
Christopher E. George
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
(202) 887-1500

Attorneys for Defendant
PC Specialists, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2006, a true and correct copy of the foregoing Motion to Extend Time was served via first class mail, postage prepaid, as indicated below:

Michael Heilbronner
Idealegal, P.C.
121 SW Morrison
Suite 1020
Portland, OR 97204

Daniel H. Marti
Kilpatrick Stockton, LLP
607 14th Street, NW
Suite 900
Washington, D.C. 20005
(202) 508-5800

Attorneys for Plaintiff
Thayer Interactive Group, LLC

_____
Christopher E. George

Christopher E. George
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
(202) 887-1500

Attorneys for Defendant
PC Specialists, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thayer Interactive Group, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC Specialists, Inc. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 1:05-CV-01503 (JR) |

## **ORDER**

IT IS HEREBY ORDERED that upon consideration of the Consent Motion for Extension of Time to Respond to Complaint filed by defendant PC Specialists, Inc., the Court hereby GRANTS Defendant's Consent Motion and PC Specialists, Inc. shall have until March 22, 2006 to respond to the Complaint.

Entered this \_\_ day of _____, 2006   _____

                                                                           The Honorable James Robertson
                                                                           United States District Judge