UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THAYER INTERACTIVE GROUP LLC,

    Plaintiff,

v.     Civil Action No. 1:05CV01503 (JR)

PC SPECIALISTS, INC.,

    Defendant.

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT PC SPECIALISTS, INC.

Pursuant to Local Rule 83.6(b), Luce, Forward, Hamilton & Scripps LLP and its attorneys Callie A. Bjurstrom and Michelle A. Herrera hereby withdraw their appearance and representation as counsel for Defendant PC Specialists, Inc. in the above-captioned action. Defendant PC Specialists, Inc. has retained alternate counsel that have already entered their appearances for Defendant.

Respectfully submitted,

/s/ Michelle A. Herrera
CALLIE A. BJURSTROM (Cal. Bar #137816)
MICHELLE A. HERRERA (Cal. Bar #209842)
LUCE, FORWARD, HAMILTON
& SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
(619)236-1414

/s/ Thomas Hicks
THOMAS HICKS
PC Specialists, Inc.
7810 Trade Street
San Diego, CA 92121

216110/.1