UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THAYER INTERACTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01503 (JR) |

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANT PC SPECIALISTS, INC.

Pursuant to Local Rule 83.6(b), Arnold & Porter LLP and its attorneys Roberta Horton and Leslie M. Hill hereby withdraw their appearance and representation as counsel for Defendant PC Specialists, Inc. in the above-captioned action. Defendant PC Specialists, Inc. has retained alternate counsel that have already entered their appearances for Defendant.

Respectfully submitted,

THOMAS HICKS
PC Specialists, Inc.
7810 Trade Street
San Diego, CA 92121

ROBERTA HORTON (D.C. Bar #413577)
LESLIE M. HILL (D.C. Bar #476008)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000