IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PC SPECIALISTS, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 05CV01503 JR |

PLAINTIFF'S NOTICE WITHDRAWING
COUNSEL OF RECORD AND SUBSTITUTING COUNSEL

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Daniel H. Marti and Kilpatrick Stockton, LLP, as counsel of record for Plaintiff and substitute the law firm of London and Mead as counsel of record for Plaintiff.

London and Mead's address and other information are as follows:

Mark London
D.C. Bar No. 293548
Hanoi Veras
D.C. Bar No. 491285
London and Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
(202) 331-3334
(202) 785-4280 *facsimile*

Respectfully submitted,

_____
Daniel H. Marti
D.C. Bar No. 481691
Kilpatrick Stockton, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5800
*Withdrawing Counsel for Plaintiff*

_____
Mark London
D.C. Bar No. 293548
Hanoi Veras
D.C. Bar No. 491285
London and Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
(202) 331-3334
*Substituted Counsel for Plaintiff*

- 2 -

Respectfully submitted,

_____
Daniel H. Marti
D.C. Bar No. 481691
Kilpatrick Stockton, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5800
*Withdrawing Counsel for Plaintiff*

_____
Mark London
D.C. Bar No. 293548
Hanoi Veras
D.C. Bar No. 491285
London and Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
(202) 331-3334
*Substituted Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Plaintiff's Notice Withdrawing Counsel of Record and Substituting Counsel** was sent via First Class Mail, postage prepaid, the 8th day of March, 2006 to:

Edward W. Gray, Jr.
Fitch, Even, Tabin & Flannery
1801 K Street, NW
Washington, DC 20006

George B. Busey
Christopher E. George
Morrison & Foerster LLP
2000 Pennsylvania Avenue
Suite 5500
Washington, DC 20006

_/s/ Hanoi Veras_
Hanoi Veras