IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THAYER INTERACTIVE GROUP, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PC SPECIALISTS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-01503 (JR) |

## CONSENT MOTION TO RESET DATE OF INITIAL SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 6, Plaintiff, Thayer Interactive Group, LLC, by and through counsel, moves this Court to reset the date of the Fed. R. Civ. P. 16(b) Initial Scheduling Conference from March 29, 2006 to April 12, 2006. Christopher E. George, counsel for Defendant, consents to this Motion.

1. On March 2, 2006, the Court set the Rule 16(b) Initial Scheduling Conference for March 29, 2006 at 9:30 a.m.

2. On March 8, 2006, Plaintiff retained new counsel to represent it in this matter, and counsel filed a Notice of Appearance in this matter.

3. Counsel for the parties have not held a Fed. R. Civ. P. 26(f)/LCvR 16.3 conference to discuss initial disclosures and a discovery plan.

4. Counsel for the parties desire a resetting of the Rule 16(b) Initial Scheduling Conference so that new counsel for Plaintiff can become familiar with the case and the parties will have sufficient time to comply with their obligations under Rule 26 and LCvR16.3.

5. Plaintiff has sought and obtained Defendant's permission to file this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court reset the Rule 16(b) Initial Scheduling Conference from March 29, 2006 to April 12, 2006.

Dated: March 13, 2006                                  Respectfully submitted,

*[signature]*

Mark London
D.C. Bar No. 293548
Hanoi Veras
D.C. Bar No. 491285
London and Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
(202) 331-3334
(202) 785-4280 *facsimile*


Of Counsel:
Michael K. Heilbronner
**IDEALEGAL, P.C.**
121 SW Morrison; Suite 1020
Portland, OR 97204
Phone: (503) 449-9084
Facsimile: (503) 914-0301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Consent Motion to Reset Date of Initial Scheduling Conference** was duly served upon counsel for PC Specialists, Inc. by depositing a copy with the United States Postal Service as First Class Mail, postage prepaid, in an envelope addressed to:

> Edward W. Gray, Jr.
> Christopher E. George
> George B. Busey
> Morrison & Foerster LLP
> 2000 Pennsylvania Avenue
> Suite 5500
> Washington, DC 20006

This 13th day of March 2006.

*/s/ Hanoi Veras*
Hanoi Veras
D.C. Bar No. 491285
London and Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
(202) 331-3334