IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THAYER INTERACTIVE GROUP, LLC**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:05-CV-01503 (JR)<br>) |
| **PC SPECIALISTS, INC.**, | )<br>) |
| Defendant. | )<br>) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that I have caused a true and correct copy of the following pleadings: **(1) Plaintiffs' First Set of Interrogatories; and (2) Plaintiffs' First Set of Document Requests** to be delivered on the 16th day of March, 2006 via courier, to Edward W. Gray, Jr., Esquire, Christopher E. George, Esquire, George B. Busey, Esquire, Morrison & Foerster LLP, 2000 Pennsylvania Avenue, NW, Suite 5500, Washington, DC 20006.

Respectfully submitted,

_____
Mark London                               #293548
Hanoi Veras                                 #491285
London & Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C.  20036
(202) 331-3334
(202) 785-4280 – *facsimile*

Of Counsel:
Michael K. Heilbronner
IDEALEGAL, P.C.
121 SW Morrison
Suite 1020
Portland, Oregon 97204
(503) 449-9084
(503) 914-0301 – *facsimile*

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing **Certificate Regarding Discovery** to be sent on the 17th day of March, 2006 via First Class Mail, postage prepaid, to the following:

Edward W. Gray, Jr., Esquire
Christopher E. George, Esquire
George B. Busey, Esquire
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006

_____
Mark London