## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Thayer Interactive Group, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:05-CV-01503 (JR) |
| v. | ) | |
| | ) | |
| PC Specialists, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## CONSENT MOTION TO RESET DATE OF
## INITIAL SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. Rule 6(b), Defendant, PC Specialists, Inc., by and through counsel, moves this Court to reset the date of the Fed. R. Civ. P. 16(b) Initial Scheduling Conference from April 12, 2006 to April 26, 2006. Michael Heilbronner, Esq., counsel for Plaintiff, consents to this motion.

As grounds for this motion, Defendant states as follows:

1.    On March 2, 2006, the Court set the Rule 16(b) Initial Scheduling Conference for March 29, 2006 at 9:30 a.m.

2.    On March 8, 2006, Plaintiff retained new counsel to represent it in this matter and thereafter filed a Consent Motion seeking to reset the Initial Scheduling Conference to April 12, 2006.

3.    The parties have met pursuant to Rule 26(f) to confer respecting settlement possibilities and to discuss a discovery plan.

4.      During that conference, the parties discussed the possibility of seeking resolution through alternate dispute resolution (ADR).

5.      The parties desire a resetting of the Rule 16(b) Initial Scheduling Conference to provide them with additional time to more fully consider ADR and whether ADR or settlement is appropriate in this case.

6.      Defendant has sought and obtained Plaintiff's permission to file this Motion.

WHEREFORE, Defendant PC Specialists, Inc. respectfully requests that the Court reset the Rule 16(b) Initial Scheduling Conference from April 12, 2006 to April 26, 2006.


Dated:  April 7, 2006                          Respectfully submitted,


                                               _____
                                               Edward W. Gray, Jr.
                                               G. Brian Busey
                                               Christopher E. George
                                               Morrison & Foerster LLP
                                               2000 Pennsylvania Avenue, NW
                                               Washington, D.C.  20006-1888
                                               (202) 887-1500

                                               Attorneys for Defendant
                                               PC Specialists, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, a true and correct copy of the foregoing

Consent Motion to Reset Date of Initial Scheduling Conference was served via first class

mail, postage prepaid, as indicated below:

Michael Heilbronner
Idealegal, P.C.
121 SW Morrison
Suite 1020
Portland, OR 97204

Mark London
Hanoi Veras
London and Mead
1225 19th Street, NW
Washington, DC 20036

Attorneys for Plaintiff
Thayer Interactive Group, LLC

Christopher E. George

Christopher E. George
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006-1888
(202) 887-1500

Attorneys for Defendant
PC Specialists, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Thayer Interactive Group, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:05-CV-01503 (JR) |
| v. | ) | |
| | ) | |
| PC Specialists, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

IT IS HEREBY ORDERED that upon consideration of the Consent Motion to Reset Date for Initial Scheduling Conference, filed by defendant PC Specialists, Inc., the Court hereby GRANTS Defendant's Consent Motion and sets the Rule 16(b) Initial Scheduling Conference for April 26, 2006.

Entered this ___ day of _____, 2006    _____

The Honorable James Robertson
United States District Judge

dc-446923