UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THAYER INTERACTIVE GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PC SPECIALISTS, INC.,<br><br>    Defendant. | Civil Action No. 1:05CV01503 (JR) |

**[PROPOSED] SCHEDULING AND CASE MANAGEMENT ORDER**

In accordance with Fed. R. Civ. P. 16 and in consideration of the Joint Discovery Plan submitted by the parties in this case, it is this __ day of April, 2006, hereby ORDERED that:

I. *SCHEDULE*

*A. Initial Disclosures.* The parties have agreed to waive exchange of their Rule 26(a)(1) initial disclosures.

*B. Amendment of Pleadings or Joinder of Additional Parties.* The parties shall amend their pleadings or join other parties in the case by June 1, 2006.

*C. Discovery Period Excluding Expert Witness Discovery.* The period for all fact discovery shall begin upon entry of this order and shall be completed by January 10, 2007. All discovery shall be served in a time frame that will permit timely responses, under this Order or pursuant to the Federal Rules of Civil Procedure.

*D. Expert Witness Reports and Depositions.* Each party shall serve initial expert report(s) in conformity with Fed. R. Civ. P. 26(a)(2) no later than March 2, 2007. Each party shall serve supplemental and rebuttal expert report(s) on April 2, 2007. Unless otherwise agreed, depositions of the parties' experts shall be conducted after the exchange of the above-referenced reports and shall be completed by April 30, 2007 (subject to expert availability). The parties agree that communications with counsel, including draft expert reports, are not subject to discovery.

*E. Schedule for Summary Judgment Motions.* Parties shall file motions for summary judgment no later than May 28, 2007. Oppositions to motions for summary judgment shall be filed no later than June 15, 2007. Replies to responses shall be filed no later than June 25, 2007. Sur-replies shall not be permitted except by leave of the Court.

*F. Pretrial Conference.* The pretrial conference shall be held no later than 15 days after any rulings by the Court on summary judgment motions (assuming such rulings do not dispose of the case in its entirety).

*G. Trial.* The trial shall be held no later than 60 days after the final pretrial conference.

II. ALTERNATIVE DISPUTE RESOLUTION

*A.* The parties discussed whether the case could benefit from the Court's alternative dispute resolution ("ADR") procedures and concluded that the dispute is not currently amenable to resolution under ADR. The parties agree to reconsider the issue as the case progresses.

III. CASE MANAGEMENT

*A. Limit on Number of Depositions.* Each side may take no more than 10 fact witness depositions, excluding any document custodian depositions that may be necessary to establish the admissibility of documents, except upon motion with leave of the court.

*B. Limit on Duration of Depositions.* In accordance with Rule 30(d)(2) of the Federal Rules of Civil Procedure, all depositions are limited to one day 7 hours in length. The parties and non-parties, if applicable, may stipulate to additional time for individual depositions. Absent agreement of the parties, the duration of depositions provided for in this Order may be modified only by order of this Court for good cause shown.

*C. Service of Pleadings and Discovery on Other Parties.* Plaintiff and Defendant shall serve discovery requests, including Rule 45 subpoenas for documents, on the other party by either e-mail, hand-delivery, or facsimile no later than the due date of service. Any party served by e-mail will promptly confirm receipt. Plaintiff and Defendant shall serve all counsel representing the other party. Service by e-mail or facsimile (with confirming receipt) shall constitute service by U.S. Mail for purposes of calculating discovery response times under the Federal Rules. To minimize burdens on non-parties, any documents produced to a party by a non-party, pursuant to a Rule 45 subpoena for documents, shall be copied by the party that issued the subpoena and served by overnight delivery or e-mail by that party on the other side within one business day after receipt of the documents.

*D. Discovery Dispute Resolution*: Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to Local Rule LCvR 26.2 and expected to fully conform with its directives. Moreover, counsel

3

are required, under both Fed. R. Civ. P. 26(f) and Local Rule LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. If, in what should be the unusual case, counsel are unable to resolve their dispute, counsel shall contact chambers in order to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior conference with the Court and opposing counsel.

*F. Modification of this Order*. This Order shall control the subsequent course of this action, unless modified by agreement of the parties and approved by the Court or modified by the Court for good cause shown.

**SO ORDERED.**


_____
The Honorable James Robertson
United States District Judge

dc-447555