**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THAYER INTERACTIVE GROUP LLC, :
:
      Plaintiff, :
:
  v. : Civil Action No. 05-1503 (JR)
:
PC SPECIALISTS, INC., :
:
      Defendant. :

## SCHEDULING ORDER

After an initial scheduling conference in open court on April 26, 2006, the proposed scheduling and case management order submitted by defendant is **approved** and the dates set forth therein **SO ORDERED.** It is

**FURTHER ORDERED** that a status conference is set for **October 6, 2006 at 2:00 p.m.** Counsel are to come to that conference prepared to discuss the status of discovery, their respective settlement positions and the theories of any then contemplated dispositive motions. Dates for a final pretrial conference and trial will be set at that time. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and

if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order**.

JAMES ROBERTSON  
United States District Judge