**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THAYER INTERACTIVE GROUP, LLC**, ) ) Plaintiff, ) ) v. ) **PC SPECIALISTS, INC.**, ) ) Defendant. ) | Civil Action No. 1:05-CV-01503 (JR) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that I have caused a true and correct copy of the following pleadings: **(1) Plaintiff's Responses to Defendant's First Set Of Document Requests; and (2) Plaintiff's Responses to Defendant's First Set Of Interrogatories** to be sent via electronic mail on the 17th day of May, 2006, to Edward W. Gray, Jr., Esquire (EGray@mofo.com), and Christopher E. George, Esquire (CGeorge@mofo.com).

Respectfully submitted,

_[signature]_

Mark London                    #293548
Hanoi Veras                    #491285
London & Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036
(202) 331-3334
(202) 785-4280 *facsimile*

Of Counsel:

        Michael K. Heilbronner
        IDEALEGAL, P.C.
        121 SW Morrison
        Suite 1020
        Portland, Oregon 97204
        (503) 449-9084
        (503) 914-0301 *facsimile*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing **Certificate Regarding Discovery** to be sent on the 17th day of May, 2006 via electronic mail to:

Edward W. Gray, Jr.(Egray@mofo.com)
Christopher E. George (CGeorge@mofo.com).

_____
Mark London