UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------x
                                                            :
THAYER INTERACTIVE GROUP, LLC                               :   Civil Action No. 1:05-cv-1503 (JR)
                                                            :
                    Plaintiff,                              :
                                                            :   **STIPULATION OF**
         v.                                                 :   **DISMISSAL**
                                                            :
PC SPECIALISTS, INC.                                        :
                                                            :
                                                            :
                    Defendant.                              :
------------------------------------------------------------x

Plaintiff, Thayer Interactive Group, LLC, and Defendant, PC Specialists, Inc., by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: August 14, 2007         By: _____
                                   Mike Heilbronner
                                   IdeaLegal, P.C.
                                   2328 NE Fremont
                                   Portland, OR 97212

                                   Attorney for Plaintiff
                                   Thayer Interactive Group, LLC


Dated: October 10, 2007        By: _____
                                   Edward W. Gray, Jr
                                   MORRISON & FOERSTER LLP
                                   2000 Pennsylvania Ave, NW
                                   Suite 5500
                                   Washington, D.C. 20006

                                   Attorney for Defendant
                                   PC Specialists, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, a true and correct copy of the foregoing Stipulation of Dismissal was served via first class mail, postage prepaid, as indicated below:

Michael Heilbronner
Idealegal, P.C.
2328 NE Fremont
Portland, OR 97212

Mark London
Hanoi Veras
London and Mead
1225 19th Street, NW
Washington, DC 20036

Attorneys for Plaintiff
Thayer Interactive Group, LLC

*/s/ Edward W. Gray, Jr.*
Edward W. Gray, Jr.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
(202) 887-1500

Attorneys for Defendant
PC Specialists, Inc.

dc-494138