UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

THAYER INTERACTIVE GROUP, LLC : Civil Action No. 1:05-cv-1503 (JR)

        Plaintiff, : **[PROPOSED] ORDER**

   v.

PC SPECIALISTS, INC.

        Defendant.

---

Upon consideration of the parties' Stipulation of Dismissal filed in this matter, the Stipulation of Dismissal is GRANTED and the clerk is directed enter the stipulation dismissing this matter.

Dated: _____          _____

                                           Judge James Robertson
                                           United States District Court
                                           For the District of Columbia